IN THE UNITED STATES COURT
OF INTERNATIONAL TRADE

| | |
|---|---|
| JOHANNA FOODS, INC. and | : |
| JOHANNA BEVERAGE COMPANY, LLC, | : |
| | : |
| Plaintiffs | : |
| | : |
| v. | : |
| | : Case No. 25-00155 |
| EXECUTIVE OFFICE OF THE PRESIDENT | : |
| OF THE UNITED STATES OF AMERICA, | : |
| UNITED STATES OF AMERICA, | : |
| UNITED STATES CUSTOMS AND BORDER | : |
| PROTECTION AGENCY, | : |
| PETE R. FLORES, in his official capacity as | : |
| Acting Commissioner of United States Customs | : |
| And Border Protection, | : |
| OFFICE OF THE UNITED STATES TRADE | : |
| REPRESENTATIVE, | : |
| JAMIESON GREER, in his official capacity as | : |
| United States Trade Representative, and | : |
| HOWARD LUTNICK, in his official capacity as | : |
| Secretary of Commerce, | : |
| | : |
| Defendants | : |

## **PROPOSED ORDER**

Upon consideration of Plaintiffs Johanna Foods, Inc.'s and Johanna Beverage Company, LLC's Application for Temporary Restraining Order and Motion for Preliminary Injunction and/or Summary Judgment for Permanent Injunction, and after due deliberation, it is hereby:

ORDERED that Plaintiffs' Application for Temporary Restraining Order, Motion for Preliminary Injunction, and/or Motion for Summary Judgment for Permanent Injunction is GRANTED; it is further

ORDERED that Defendants are enjoined from imposing and enforcing the tariff on orange juice imports from Brazil imposed by the President's July 9, 2025 letter to Luiz Inacia Lula da Silva, President of the Federative Republic of Brazil (the **"Brazil Letter"**); it is further

ORDERED that Defendants are enjoined from imposing and enforcing the tariff on orange juice imports from Brazil imposed by Executive Order 14257; it is further

ORDERED that Plaintiffs are awarded money damages in the amount already paid by Plaintiffs on tariffs imposed by the Brazil Letter and Executive Order 14257; and it is further

ORDERED that Plaintiffs are awarded their attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).


_____
JUDGE, United States Court of International Trade


Dated: _____

IN THE UNITED STATES COURT
OF INTERNATIONAL TRADE

_____

| | |
|---|---|
| JOHANNA FOODS, INC. and | : |
| JOHANNA BEVERAGE COMPANY, LLC, | : |
| | : |
| Plaintiffs | : |
| | : |
| v. | : |
| | : Case No. 25-00155 |
| EXECUTIVE OFFICE OF THE PRESIDENT | : |
| OF THE UNITED STATES OF AMERICA, | : |
| UNITED STATES OF AMERICA, | : |
| UNITED STATES CUSTOMS AND BORDER | : |
| PROTECTION AGENCY, | : |
| PETE R. FLORES, in his official capacity as | : |
| Acting Commissioner of United States Customs | : |
| And Border Protection, | : |
| OFFICE OF THE UNITED STATES TRADE | : |
| REPRESENTATIVE, | : |
| JAMIESON GREER, in his official capacity as | : |
| United States Trade Representative, and | : |
| HOWARD LUTNICK, in his official capacity as | : |
| Secretary of Commerce, | : |
| | : |
| Defendants | : |

**PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER
AND MOTION FOR PRELIMINARY INJUNCTION AND/OR SUMMARY
JUDGMENT FOR PERMANENT INJUNCTION**

In accordance with Rule 7 and 65 of the Rules of the United States Court of International

Trade, Plaintiffs Johanna Foods, Inc. and Johanna Beverage Company, LLC respectfully request

that the Court enter a temporary restraining order and a preliminary injunction, preventing

Defendants from imposing and enforcing tariffs on orange juice imports from Brazil imposed by

the President's July 9, 2025 letter to letter to Luiz Inacia Lula da Silva, President of the Federative

Republic of Brazil (**"Brazil Letter"**) and Executive Order 14257 dated April 2, 2025 "Regulating

Imports With a Reciprocal Tariff To Rectify Trade Practices That Contribute to Large and

Persistent Annual United States Goods Trade Deficits", 90 Fed. Reg. 15041 (**"EO 14257"**), for the

1

pendency of this litigation, including any appeals.  In addition, or in the alternative, Plaintiffs move

for summary judgment and request the entry of a permanent injunction, pursuant to Rule 56 of the

United States Court of International Trade, to permanently enjoin Defendants from imposing and

enforcing the tariffs on orange juice imported from Brazil imposed by the Brazil Letter and EO

14257.

     As detailed in Plaintiffs' Memorandum of Law, which is incorporated herein, Plaintiffs will

suffer immediate, irreparable harm from tariffs on orange juice imports from Brazil imposed by

the Brazil Letter, which go into effect on <u>August 1, 2025</u>, and by EO 14257. Plaintiffs have a

likelihood of success on the merits of their claims that: (1) the Brazil Letter is not a legally binding

executive action which can levy tariffs on Brazil; (2) IEEPA grants the President limited statutory

authority to impose tariffs; (ii) the President has not identified a valid national emergency as

required by IEEPA to impose tariffs on orange juice imports from Brazil; (3) the President has

failed to make any showing of an "unusual and extraordinary threat" as required by IEEPA to

impose tariffs on orange juice imports from Brazil; (4)  the tariffs imposed by the Brazil Letter and

EO 14257 do not deal with the stated threat or emergency; and (5) the tariffs imposed by the Brazil

Letter and EO 14257 exceed the scope of the President's statutory authority.

     WHEREFORE, Plaintiffs Johanna Foods, Inc. and Johanna Beverage Company, LLC

respectfully request that Plaintiffs' Motion be granted and the attached Proposed Order be entered.

KAPLIN STEWART MELOFF REITER & STEIN, PC


/s/ *Marc B. Kaplin*
Marc B. Kaplin, Esquire
Sandhya M. Feltes, Esquire
Amy L. SantaMaria, Esquire
James N. Hendershot, Esquire
910 Harvest Drive
PO Box 3037
Blue Bell PA 19422-0765
610-260-6000
mkaplin@kaplaw.com
sfeltes@kaplaw.com
asantamaria@kaplaw.com
jhendershot@kaplaw.com
Attorneys for Plaintiffs

Dated:  July 22, 2025

IN THE UNITED STATES COURT
OF INTERNATIONAL TRADE

_____

| | |
|---|---|
| JOHANNA FOODS, INC. and | : |
| JOHANNA BEVERAGE COMPANY, LLC, | : |
| | : |
| Plaintiffs | : |
| | : |
| v. | : |
| | : Case No. 25-00155 |
| EXECUTIVE OFFICE OF THE PRESIDENT | : |
| OF THE UNITED STATES OF AMERICA, | : |
| UNITED STATES OF AMERICA, | : |
| UNITED STATES CUSTOMS AND BORDER | : |
| PROTECTION AGENCY, | : |
| PETE R. FLORES, in his official capacity as | : |
| Acting Commissioner of United States Customs | : |
| And Border Protection, | : |
| OFFICE OF THE UNITED STATES TRADE | : |
| REPRESENTATIVE, | : |
| JAMIESON GREER, in his official capacity as | : |
| United States Trade Representative, and | : |
| HOWARD LUTNICK, in his official capacity as | : |
| Secretary of Commerce, | : |
| | : |
| Defendants | : |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR TEMPORARY RESTRAINING ORDER AND
MOTION FOR PRELIMINARY INJUNCTION AND/OR
<u>SUMMARY JUDGMENT FOR PERMANENT INJUNCTION</u>**

# TABLE OF CONTENTS

Table of Authorities ................................................................................................ iii

I.     FACTS .......................................................................................................... 2
       A.    The Executive Actions ...................................................................... 2
       B.    The Brazil Letter ............................................................................... 3
       C.    The Irreparable Harm to Plaintiffs and American Consumers ................. 4
II.    SUMMARY OF ARGUMENT ........................................................................ 6
III.   LEGAL ARGUMENT .................................................................................... 7
       A.    Legal Standards ................................................................................. 7
             1.   Temporary Restraining Order and Preliminary Injunction ................ 7
             2.   Summary Judgment ................................................................. 8
       B.    The International Emergency Economic Powers Act of 1977 .................... 8
       C.    Standard for Judicial Review of Executive Actions under IEEPA ........... 11
       D.    The Brazil Tariff Exceeds the President's Lawful Authority under IEEPA and is
             Therefore *Ultra Vires* and Contrary to Law .............................................. 13
             1.   The Brazil Tariff cannot be Imposed by Letter ................................ 13
             2.   The Brazil Tariff is *Ultra Vires* .................................................... 15
       E.    The Trade Deficit Tariff Exceeds the President's Lawful Authority and is Therefore
             *Ultra Vires* and Contrary to Law ............................................................. 18
             1.   This Court has Already Decided that the Trade Deficit Tariff is *Ultra Vires* and
                  Contrary to Law .......................................................................... 19
             2.   The Trade Deficit Tariff as Applied to NFCOJ Imported from Brazil is *Ultra
                  Vires* .......................................................................................... 20
                  a.   The Purported Emergency. ...................................................... 22
                  b.   The Action Taken with Respect to NFCOJ does not Deal with any Unusual
                       and Extraordinary Threat with Respect to which a National Emergency has
                       been Declared ......................................................................... 22
                  c.   The Tariffs Damage and Strain American Industry Contrary to the
                       Articulated Purposes of Exercising Emergency Power. .................. 23
       F.    Plaintiffs are Entitled to Injunctive Relief as to Application of the Brazil Tariff and
             Trade Deficit Tariff to NFCOJ. ................................................................. 25
             1.   Plaintiffs have Demonstrated a Likelihood of Success on the Merits. ......... 25
             2.   Plaintiffs will Suffer Immediate and Irreparable Harm Absent Injunctive Relief
                  ................................................................................................. 25

i

3.  The Balance of Equities and Public Interest Weigh in Favor of the Requested
    Injunctive Relief.......................................................................................... 27

G.  Plaintiffs are Entitled to Summary Judgment as a Matter of Law that the Executive
    Actions Exceed the President's Lawful Authority under IEEPA ........................... 28

IV.  CONCLUSION............................................................................................................ 31

Certificate of Compliance .........................................................................................32

Certificate of Service ................................................................................................33

## <u>TABLE OF AUTHORITIES</u>

**Page(s)**

**Cases**

Celsis In Vitro, Inc. v. CellzDirect, Inc.,
  664 F.3d 922 (Fed. Cir. 2012)....................................................................................26

Continental Serv. Grp. v. United States,
  722 Fed. Appx. 986 (Fed. Cir. 2018).........................................................................25

Ctr. for Effective Gov't v. U.S. Dep't of State,
  7 F. Supp. 3d 16 (D.D.C. 2013).................................................................................13

Doran v. Salem Inn, Inc.,
  422 U.S. 922, 95 S.Ct. 2561, 45 L.Ed.2d 648 (1975)................................................26

Falcon Sales Company v. United States,
  199 F.Supp. 97 (1961) ...........................................................................................12, 28

Florsheim Shoe Co. v. United States,
  744 F.2d 787 (Fed. Cir. 1984)................................................................................11, 28

FMC Corp. v. United States,
  3 F.3d 424 (Fed. Cir. 1993)........................................................................................25

Harmoni Int'l Spice, Inc. v. United States,
  211 F. Supp. 3d 1298 (Ct. Int'l Trade 2017) .........................................................7, 26

KWV, Inc. v. United States,
  108 Fed.Cl. 448 (2013) ...............................................................................................25

Legal Effectiveness of a Presidential Directive, as Compared to an Executive
Order,
  24 Op. O.L.C. 29 (OLC Opinion), 2000 WL 33155723 (2000)................................14

Maple Leaf Fisch Co. v. U.S.,
  762 F.2d 86 (1985)..................................................................................................11, 28

New Hampshire v. Maine,
  532 U.S. 742, 121 S.Ct. 1808, 149 L.Ed.2d 968 (2001)............................................21

Nken v. Holder,
  556 U.S. 418 129 S.Ct. 1749173 L.Ed.2d 550 (2009)................................................7

Regan v. Wald,
  468 U.S. 222, 102 S.Ct. 3026, 82 L.Ed. 2d 171 (1984)..............................................9

Retractable Techs., Inc. v. United States,
  739 F. Supp. 3d 1330 (Ct. Int'l Trade 2024) ......................................................7

Sampson v. Murray,
  415 U.S. 61, 94 S.Ct. 937, 39 L.Ed.2d 166 (1974) ..........................................26

Serco, Inc. v. United States,
  101 Fed.Cl. 717 (2011) ......................................................................................25

Silfab Solar, Inc. v. United States,
  892 F.3d 1340 (Fed. Cir. 2018)...........................................................................7

Sumecht NA, Inc. v. United States,
  331 F.Supp.3d 1408 (Ct. Int'l Trade 2018), *aff'd*, 923 F.3d 1340 (Fed. Cir.
  2019) .............................................................................................................25, 26

Suntec Indus. Co. v. United States,
  37 ITRD 3004, 2016 WL 1621088 (Ct. Int'l Trade Apr. 21, 2016), *aff'd*, 857
  F.3d 1363 (Fed. Cir. 2017).................................................................................8

U.S. v. Yoshida International, Inc.,
  526 F. 2d 560 (1975) ...........................................8, 10, 11, 20, 21, 23,  28

United States v. Dhafir,
  461 F.3d 211 (2d Cir. 2006)...............................................................................21

United States v. U.S. Coin & Currency,
  401 U.S. 715, 91 S.Ct. 1041, 28 L.Ed.2d 434 (1971) (Brennan, J. concurring).....................27

USP Holdings, Inc. v. United States,
  36 F.4th 1359 (2022)....................................................................................11, 28

V.O.S. Selections, Inc. v. United States,
  772 F.Supp.3d 1350 (2025) ................................................9, 11, 18, 19, 20

Vaqueria Tres Monjitas, Inc. v. Irizarry,
  587 F.3d 464 (1st Cir. 2009)..............................................................................26

Zenith Radio Corp. v. United States,
  710 F.2d 806 (Fed. Cir. 1983)...........................................................................25

**Statutes**

1 C.F.R. §19.1 ................................................................................................14, 15

3 U.S.C. §301 ....................................................................................................2, 19

19 U.S.C. §1862 ..............................................................................................10, 11

19 U.S.C. §2132(a) ................................................................................................10

19 U.S.C. § 2252 ...................................................................................................11

19 U.S.C. § 2253 ...................................................................................................11

19 U.S.C. §2411(c) ..........................................................................................10, 16

44 U.S.C. §1505(a) ...............................................................................................15

50 U.S.C. §1701(a) ......................................................................................9, 17, 29

50 U.S.C. §1701(b) ..............................................................................9, 17, 20, 29

50 U.S.C. § 1702 ...............................................................................8, 9, 19, 30

50 U.S.C. §4301 ...............................................................................................8, 10

50 U.S.C. §4305 ...............................................................................................8, 10

International Emergency Economic Powers Act of 1977,
    50 U.S.C. §1701*et seq.*............2, 6, 7, 8, 9, 10, 11, 12, 13, 16, 17, 18, 19, 20, 21, 28, 29, 30, 31

National Emergencies Act, 50 U.S.C. §1621................................................9, 16, 18, 29

National Emergencies Act, 50 U.S.C. §1622................................................9, 16, 18, 29

91 Stat. 1625 .........................................................................................................8

Trade Act of 1974 19 U.S.C. §2483 ................................................................2, 19

Trade Act of 1974 §122 .......................................................................................10

Trade Act of 1974 §301 .............................................................................10, 15, 16

Trade Act of 1974 §604 ..................................................................................2, 19

Trading With the Enemy Act §5(b)(1)..................................................................8

Trading With the Enemy Act ...........................................................8, 9, 10, 19, 21

## Other Authorities

Am. Bar. Ass'n (January 25, 2021),
    https://www.americanbar.org/groups/public_education/publications/teaching-
    legal-docs/what-is-an-executive-order-/ .................................................................14

Brazil Trade Summary by Office of The United States Trade Representative,
    https://ustr.gov/countries-regions/americas/brazil ......................................17, 22, 23

Executive Order No. 14257 (90 FR 15041)

............................................................ 2, 7, 10, 18, 19, 22, 23, 24, 25, 28, 30, 31

Executive Order No. 14266 ...................................................................................2, 3, 4

H.R. Rep. No. 95-459 ...................................................................................................21

https://www.onmanorama.com/news/world/2025/07/10/us-president-trump-
    imposes-tariff-on-brazil.html, July 10, 2025 ........................................................18

United States Court of International Trade Rule 65 ....................................................7

**Constitutional Provisions**

U.S. Const. Art. I, §8, Cl. 1............................................................................................8

Plaintiffs Johanna Foods, Inc. and Johanna Beverage Company, LLC respectfully submit their Memorandum of Law in support of Plaintiffs' Motion to enjoin Defendants from imposing and enforcing tariffs on orange juice imports from Brazil imposed by the President's July 9, 2025 Letter to Brazil ("Brazil Letter") and Executive Order No. 14257 (90 FR 15041).  As detailed herein, the Brazil Letter and Executive Order 14257 are *ultra vires* actions which exceed the statutory authority to impose tariffs delegated by Congress to the President.

## I.  FACTS

### A.  The Executive Actions

On April 2, 2025, the President of the United States (the "President") issued Executive Order No. 14257 entitled "Regulating Imports with a Reciprocal Tariff to Rectify Trade Practices that Contribute to Large and Persistent Annual United States Goods Trade Deficits."[1] ("EO 14257"). The Executive Order imposes an *ad valorem* duty of ten percent on all imports from all trading partners, including Brazil ("Trade Deficit Tariff"). Id.[2]

In EO 14257, the President states that he is declaring a national emergency based on U.S. goods trade deficits and "non-reciprocal differences in tariff rates among foreign partners". Id. The President lists the International Emergency Economic Powers Act of 1977, 50 U.S.C. §1701, *et seq.* ("IEEPA"); Section 604 of the Trade Act of 1974, as amended, 19 U.S.C. §2483 ("Trade Act"); and Section 301 of Title 3, United States Code, as the statutory bases for the imposition of the tariffs.  Id.

Thereafter, on April 9, 2025, the President issued Executive Order No. 14266 entitled "Modifying Reciprocal Tariff Rates To Reflect Trading Partner Retaliation And Alignment",

---

[1] Executive Order No. 14257 (90 FR 15041) is attached as Exhibit 1.
[2] Although Executive Order No. 14257 applies an additional *ad valorem* duty to the imports of certain countries listed in the Annex, Brazil is not listed in the Annex and is not subject to the additional *ad valorem* duty.

which paused the elevated tariff rates on certain countries for 90 days, while leaving the global 10% tariff in place for all countries. On July 7, 2025, the President issued an Executive Order entitled "Extending The Modification of The Reciprocal Tariff Rates", which extended the suspension of certain tariffs effectuated by Executive Order No. 14266 until August 1, 2025. Neither Executive Order altered or amended the 10% tariff on goods imported from Brazil.

### B.    The Brazil Letter

On July 9, 2025, the President issued a letter to Luiz Inacia Lula da Silva, President of the Federative Republic of Brazil (the "Brazil Letter").[3]  In the core text of the Brazil Letter, the President purportedly imposed a <u>50% tariff</u> on "any and all Brazilian products sent to the United States, separate from Sectoral Tariffs," beginning on August 1, 2025 (the "Brazil Tariff"). <u>Id</u>. The Brazil Letter states that the 50% tariff may be increased by the amount that Brazil chooses to raise its tariffs on U.S. imports:  "[i]f for any reason you decide to raise your Tariffs, then, whatever the number you choose to raise them by, will be added onto the 50% that we charge."  <u>Id</u>.

The President identifies the Brazilian government's treatment of Brazil's former president, Jair Bolsonaro, as the primary reason for imposition of the Brazil Tariff:

> I knew and dealt with former President Bolsonaro, and respected him greatly, as did most other Leaders of Countries. The way that Brazil has treated former President Bolsonaro, a Highly Respected Leader throughout the World during his Term, including by the United States, is an international disgrace. This Trial should not be taking place. It is a Witch Hunt that should end IMMEDIATELY!

<u>Id</u>.  The President states further that the Brazil Tariff is necessary "to recify the grave injustices of the current regime".  <u>Id</u>.

As secondary and tertiary bases for the Brazil Tariff, the President references elections, free speech rights, and the longstanding trade relationship between the countries:

---

[3] The Brazil Letter is attached as <u>Exhibit 2</u>.

> Due in part to Brazil's insidious attacks on Free Elections, and the fundamental Free Speech Rights of Americans (as lately illustrated by the Brazilian Supreme Court, which has issued hundreds of SECRET and UNLAWFUL Censorship Orders to U.S. Social Media platforms, threatening them with Millions of Dollars in Fines and Eviction from the Brazilian Social Media market), starting on August 1, 2025, we will charge Brazil a Tariff of 50% on any and all Brazilian products sent into the United States, separate from all Sectoral Tariffs. Goods transshipped to evade this 50% Tariff will be subject to that higher Tariff.
>
> In addition, we have had years to discuss our Trading Relationship with Brazil, and have concluded that we must move away from the longstanding, and very unfair trade relationship engendered by Brazil's Tariff, and Non-Tariff, Policies and Trade Barriers....

Id.

The Brazil Letter does not rely on any legal or statutory authority for the President's levy of the Brazil Tariff. The Brazil Letter does not reference or incorporate any Executive Order or modify or amend any existing Executive Order.

### C.    The Irreparable Harm to Plaintiffs and American Consumers

The President's imposition of a 50% (or more) tariff on Brazilian orange juice will cause immediate, significant, and direct financial harm to Plaintiffs and to American consumers.

Brazil is the world's leading producer of orange juice and is the second largest supplier of orange juice to the United States. Currently, more than half of the orange juice sold in the United States comes from Brazil, with approximately eighty percent of Not From Concentrate Orange Juice ("NFCOJ") imported from Brazil.

Plaintiffs chilled  juice business represents the vast majority of the volume and profitability of the business, with an overwhelming portion of the juice business being orange juice.[4]  Plaintiffs'

---

[4] See Declaration of Robert A. Facchina, Chief Executive Officer of Plaintiffs Johnanna Foods, Inc. and Johanna Beverage Company, LLC, attached hereto as Exhibit 3, at ¶4.

supply of orange juice is wholly reliant on imported not from concentrate orange juice originating in Brazil. Id.

Plaintiffs receive the orange juice from Brazilian importers of record, who initially pay all duties and tariffs on the product. The duties and tariffs are then passed on, dollar for dollar, by the Brazilian importers to the Plaintiffs.

The 50% tariff imposed on Brazil by the Executive will significantly impact Plaintiffs' business, resulting in an estimated additional cost of at least $68 million over a twelve-month period, which exceeds any single year of profits in the 30-year history of the Plaintiffs' business. Ex. 3, at ¶6. The Brazil Tariff will disrupt Plaintiffs' ability to plan and meet production requirements and manage cash flow, as the additional costs impose an immediate and unmanageable financial burden that cannot be absorbed by Plaintiffs' current profit margins. Id., at ¶8. Without relief from these tariffs, Plaintiffs face potential layoffs of union manufacturing employees as well as administrative staff, reduced production capacity, and an existential threat to the sustainability of its business, which supports almost 700 American jobs and contributes significantly to the economies of New Jersey and Washington state. Id., at ¶11.

The increased costs from the Brazil Tariff will force Plaintiffs to raise prices to their customers, which in turn will result in an increase to consumers of approximately 20-25% of the retail price, a significant, and perhaps prohibitive, price increase in a staple American breakfast food. Id., at ¶10.

The NFC orange juice ingredients imported from Brazil are not reasonably available from any supplier in the United States in sufficient quantity or quality to meet the Plaintiffs' production needs. Ex. 3, at ¶5. Presently, oranges grown in Florida are used primarily for producing orange

juice concentrate due to inferior quality of the product, with very little of the crop dedicated to NFC orange juice.

U.S. orange juice production, particularly in Florida, has declined by over 95% in the past 25 years due to factors such as citrus greening disease, hurricanes, and urban development, rendering domestic supply insufficient to meet Plaintiffs' production requirements. Ex. 3, at ¶7. Florida orange production for 2025 is down approximately 33% from last year's production.[5] It is anticipated that Florida orange production could be the lowest in 95 years and will account for 10% of domestic orange juice for the current season, with Brazil and Mexico supplying 95% of U.S. juice imports.[6]

## II.   SUMMARY OF ARGUMENT

The President's levy of tariffs on orange juice imported from Brazil to the United States should be enjoined.

Plaintiffs are likely to succeed on the merits of their claims, Plaintiffs will suffer irreparable harm in the absence of injunctive relief, the balance of hardships weighs in favor of Plaintiffs, and the injunction is in the public interest.

The Brazil Tariff is unsupported by a declaration of national emergency or statutory authority. The Brazil Tariff and the Trade Deficit Tariff on Brazilian imports also fail to comport with the requirements of IEEPA. Those tariffs do not deal with an unusual or extraordinary threat arising from the importation of goods from Brazil, and instead, improperly attempt to leverage economic force to alter the Brazilian government's internal political activities.

The imposition of a fifty-percent tariff on orange juice imports from Brazil will significantly impact the viability of Plaintiffs' business, which is dependent on Brazilian orange

---

[5] See, USDA December Forecast dated December 10, 2024, which is attached hereto as <u>Exhibit 4</u>.
[6] See, USDA Fruit and Tree Nuts Outlook: March 2025, which is attached hereto as <u>Exhibit 5</u>.

juice, and will likely result in the loss of American jobs. The American consumer will be similarly

harmed by a 20% - 25% increase in the retail price of private label orange juice supplied by

Plaintiffs. Defendants, on the other hand, will suffer no harm by an injunction preventing

Defendants from imposing tariffs on one product from one country.

## III.    LEGAL ARGUMENT

The Court should temporarily, preliminarily, or permanently enjoin Defendants from

imposing and enforcing the Brazil Tariff and the Trade Deficit Tariff on orange juice imported

from Brazil to the United States. The Brazil Letter and EO 14257 (the "Executive Actions") exceed

the authority delegated by Congress to the President under IEEPA to impose tariffs on Brazil and

are thus *ultra vires* Presidential acts that are void and of no force and effect.

### A.    Legal Standards

#### 1.    Temporary Restraining Order and Preliminary Injunction

The Court may issue injunctive relief in the form of a temporary restraining order or a

preliminary injunction pursuant to United States Court of International Trade Rule 65. USCIT R.

65; see also Harmoni Int'l Spice, Inc. v. United States, 211 F. Supp. 3d 1298, 1306 (Ct. Int'l Trade

2017). To obtain injunctive relief, a party must demonstrate: "(1) likelihood of success on the

merits, (2) irreparable harm absent immediate relief, (3) the balance of interests weighing in favor

of relief, and (4) that the injunction serves the public interest." Retractable Techs., Inc. v. United

States, 739 F. Supp. 3d 1330, 1336–37 (Ct. Int'l Trade 2024) (quoting Silfab Solar, Inc. v. United

States, 892 F.3d 1340, 1345 (Fed. Cir. 2018)). The last two factors "merge when the Government

is the opposing party." Nken v. Holder, 556 U.S. 418, 435 129 S.Ct. 1749173 L.Ed.2d 550,

(2009)).

### 2.    **Summary Judgment**

"The court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." USCIT R. 56(a); see also Suntec Indus. Co. v. United States, 37 ITRD 3004, 2016 WL 1621088, at *2 (Ct. Int'l Trade Apr. 21, 2016), *aff'd*, 857 F.3d 1363 (Fed. Cir. 2017).

### B.    **The International Emergency Economic Powers Act of 1977**

Congress has the power to impose tariffs. The Constitution has vested the "Power to lay and collect Taxes, Duties, Imposts and Excises" with Congress. U.S. Const. Art. I, §8, Cl. 1.

The President, on the other hand, has no independent discretion to impose tariffs; any Presidential tariff-making authority must be delegated by Congress. U.S. v. Yoshida International, Inc., 526 F. 2d 560 (1975) ("Yoshida II").

Congress has the power to delegate authority to impose tariffs to the Executive.

In 1917, Congress passed the Trading with the Enemy Act (**"TWEA"**) which gave the President a broad range of powers over international trade in times of war and, as amended in 1933, national emergencies. 50 U.S.C. §4301 *et seq*. TWEA provides the President with limited authority to "regulate . . . importation . . . of any property in which any foreign country or a national thereof has any interest." 50 U.S.C. §4305(b)(1)(B). In 1977, Congress narrowed TWEA's application "solely to times of war." P.L. 95-223 (December 28, 1977) (Title I) ("Section 5(b)(1) of the Trading With the Enemy Act is amended by striking out "or during any other period of national emergency declared by the President" in the text preceding subparagraph (A)."); 91 Stat. 1625, codified as amended at 50 U.S.C. §4305 (2018). The President's tariff-making authority under TWEA has always been limited. Yoshida II, *supra* 582.

As a further restraint on the President's emergency economic powers, in 1977, Congress passed the International Emergency Economic Powers Act of 1977 ("IEEPA") to "counter the

perceived abuse of emergency controls by presidents to . . . interfere with international trade in non-emergency, peacetime situations." 50 U.S.C. §1701 *et seq*.[7] IEEPA regulates the President's "exercise of emergency economic powers in response to peacetime crises." <u>Regan v. Wald</u>, 468 U.S. 222, 102 S.Ct. 3026, 82 L.Ed. 2d 171 (1984). It limits the scope of the President's authority under TWEA and establishes standards against which executive action is measured. 50 U.S.C. §§1701-1710.

Section 1701 of IEEPA provides the President with authority "to deal with any unusual and extraordinary threat, which has its source in whole or substantial part outside the United States, to the national security, foreign policy, or economy of the United States," if the President declares a national emergency "with respect to such threat" pursuant to the National Emergencies Act, 50 U.S.C. §§1621 and 1622. The President's IEEPA powers "may not be exercised for any other purpose." 50 U.S.C. §1701(a) and (b).

Importantly, IEEPA authorizes the President to regulate importation only when Section 1701's requirements are met. 50 U.S.C. §1702(a)(1)(B). The President must identify an unusual and extraordinary threat to the national security, foreign policy, or economy of the United States, the source of which is outside the United States; declare a national emergency with respect to such threat; and notify Congress of such declaration, before the President may exercise his authority under IEEPA to "deal with" the threat. This authority under IEEPA to "deal with" the threat by "regulating importation" has been interpreted to permit the President to impose and implement tariffs. <u>V.O.S. Selections, Inc. v. United States</u>, 772 F.Supp.3d 1350, 1381 (2025).

---

[7] IEEPA contains the same language as in TWEA authorizing the President to "regulate . . . importation . . . of . . . any property in which any foreign country or a national thereof has any interest by any person . . .." 50 U.S.C. §1702(a)(1)(B).

The President's authority under IEEPA is not unlimited and boundless and does not permit the President to rewrite Congressional tariff schedules. Id. at 1376 (holding that an unbounded tariff, with no limitation in duration and scope "exceeds any tariff-making authority delegated to the President under IEEPA.").

The constraints and conditions on the President's authority under IEEPA are consistent with limitations contained in every statute delegating tariff-making authority to the President by Congress. For example, the power delegated to the President under the TWEA to "regulate . . . importation" during war is restrained by the requirement that the regulations be "compatible with the safety of the United States and with the successful prosecution of the war." 50 U.S.C. § 4301, §4305(a). "Declaration of a national emergency is not a talisman enabling the President to rewrite the tariff schedules." Yoshida, supra 582.

Section 122 of the Trade Act of 1974 ("Trade Act") authorizes the President to impose an "import surcharge ... in the form of duties ... on articles imported into the United States" to "deal with large and serious United States balance-of-payments deficits." However, the Trade Act only allows temporary surcharges, capping tariffs at fifteen percent and limiting the duration to 150 days without Congressional approval. 19 U.S.C. §2132(a).

Section 301 of the Trade Act of 1974, authorizes an executive officer who serves under the President to "impose duties or other import restrictions on the goods of" a foreign country only if, after notice and investigation, the country is found to have committed unfair trade practices or violated trade agreements with the United States. 19 U.S.C. §2411(c). Similarly, 19 U.S.C. §1862, authorizes the President to impose tariffs only against specific products and only after the Secretary of Commerce has conducted a predicate investigation into national security risks.

10

### C.    Standard for Judicial Review of Executive Actions under IEEPA

This Court has authority to review the President's actions taken under IEPPA and to enjoin *ultra vires* exercises of power by the President. V.O.S. Selections, *supra* 1370.

The Court may interpose in international trade controversies of a highly discretionary kind, involving the President and foreign affairs if there is a clear misconstruction of the governing statute, significant procedural violation, or action outside delegated authority. USP Holdings, Inc. v. United States, 36 F.4th 1359 (2022); Maple Leaf Fisch Co. v. U.S., 762 F.2d 86 (1985).[8] An Executive's decisions in the sphere of international trade are reviewable to determine whether the President's action falls within his delegated authority, whether the statutory language has been properly construed and whether the President's action conforms to relevant procedural requirements. Florsheim Shoe Co. v. United States, 744 F.2d 787, 795 (Fed. Cir. 1984).

Though courts will not normally review the essential political questions surrounding the declaration of a national emergency, or the unusual and extraordinary threat or threats identified that form the basis for the declaration of a national emergency, they may review the Presidential actions taken in response thereto or in reliance thereon. Yoshida II, *supra.* 579. The President's choice of means of execution must also bear a reasonable relation to the particular emergency confronted. Id.

Each Presidential action must be evaluated on its own facts and circumstances. Presidential actions must be judged in the light of what the President actually did, not in the light of what he

---

[8] While USP Holdings involved review of challenged actions of the President to impose tariffs on steel imports to safeguard national security pursuant to 19 U.S.C. § 1862, and Maple Leaf involved review of challenged actions of the President to increase tariffs on imports of mushrooms to protect the domestic mushroom industry pursuant to 19 U.S.C. § 2252 and 2253, and neither case specifically discussed Presidential action taken under IEEPA, both cases similarly involved the President and his close relationship to foreign affairs, our nation's connections with other countries, and the external ramifications of international trade. Id.

could have done and not in the light of what he might do. <u>Falcon Sales Company v. United States</u>, 199 F.Supp. 97 (1961).

At a minimum, the standard of judicial review of executive action is to make sure the executive action "checks the boxes" of the Congressional delegation of authority to the President under IEEPA. Those "boxes" are:

1. There must be a threat, which has as its source outside the United States, to the national security, foreign policy, or economy of the United States.

2. The threat must be unusual and extraordinary.

3. A national emergency must be declared with respect to the threat.

4. The President's exercise of IEEPA authority must "deal with" the threat or be reasonably related to the emergency declared.

In the instant matter, the Brazil Letter does not check any of the boxes under IEEPA. There is no unusual or extraordinary threat to national security, foreign policy, or the economy of the United States is identified. There has been no declaration of a national emergency. The Brazil Letter does not constitute executive action; it is not an executive order or proclamation. The Brazil Letter is not an amendment of an existing executive order. And, the threatened 50% tariff on all imports from Brazil in no way "deals with" the President's stated criticisms and/or political grievances with Brazil - the "Witch Hunt" against former Brazilian President Jair Bolsonaro; Brazil's "insidious attacks" on Free Elections; the fundamental Free Speech Rights of Americans; and alleged unfair trade between the United States and Brazil.

Similarly, the Trade Deficit Tariff on orange juice imports from Brazil does not check the box as to the reasonable relation of the tariff to the declared emergency. The unusual and extraordinary threat identified, namely "trade practices that contribute to large and persistent

annual United States goods trade deficits," fails as it relates to the United States' trade relationship with Brazil, which is marked by significant and persistent annual trade surpluses. Any tariff on importation of goods from Brazil does not "deal with" the identified threat.

The Court's review of these Presidential actions is both necessary and proper to consider and determine whether the Executive Actions exceed the President's delegated authority and constitute *ultra vires* exercises of power under IEEPA.

### D.    The Brazil Tariff Exceeds the President's Lawful Authority under IEEPA and is Therefore *Ultra Vires* and Contrary to Law

The Brazil Letter purports to impose the Brazil Tariff, a 50% tariff on "any and all Brazilian products sent to the United States, separate from sectoral tariffs," beginning on August 1, 2025, which includes NFCOJ imports from Brazil. Ex. 2. The Brazil Letter further states that the 50% tariff may be increased by the amount that Brazil chooses to raise its tariffs on United States imports: "If for any reason you decide to raise your Tariffs, then, whatever the number you choose to raise them by, will be added onto the 50% that we charge." Id.

The Brazil Letter constitutes executive action that exceeds the delegated authority to the President under IEEPA.

### 1.    The Brazil Tariff cannot be Imposed by Letter

The Brazil Letter purportedly imposing the Brazil Tariff is not an executive order, proclamation, or other form of legally binding executive action by which the President can impose tariffs on Brazil.

Presidents use different names for documents executing their duties of office. Regardless of name, documents used by the President can be divided into two categories: (1) those which are legally binding; and (2) those which are not legally binding but rather ceremonial, symbolic, or hortatory. *See* Ctr. for Effective Gov't v. U.S. Dep't of State, 7 F. Supp. 3d 16, 19 n.3 (D.D.C.

2013); <u>Legal Effectiveness of a Presidential Directive, as Compared to an Executive Order</u>, 24 Op.

O.L.C. 29 (OLC Opinion), 2000 WL 33155723, at *1 (2000)).

An executive order is a signed, written, and published directive from the President of the United States that manages operations of the federal government. Executive orders are numbered consecutively, so they may be referenced by their assigned number, or their topic. *See What is an ExecutiveOrder?*, Am.Bar.Ass'n(January25,2021), <u>https://www.americanbar.org/groups/public_ed</u> <u>ucation/publications/teaching-legal-docs/what-is-an-executive-order-/.</u>

Other presidential documents have different purposes. Proclamations, which are also signed and numbered consecutively, communicate information on holidays, commemorations, federal observances, and trade. Administrative orders – e.g., memos, notices, letters, messages – are not numbered, but are still signed, and are used to manage administrative matters of the federal government. <u>Id</u>.

All three types of presidential documents, executive orders, proclamations, and certain administrative orders, are published in the Federal Register, the daily journal of the federal government that is published to inform the public about federal regulations and actions. They are also catalogued by the National Archives as official documents produced by the federal government. <u>Id</u>. Both executive orders and proclamations have the force of law and are codified under Title 3 of the Code of Federal Regulations, which is the formal collection of all of the rules and regulations issued by the executive branch and other federal agencies. <u>Id</u>.

1 C.F.R. §19.1 sets forth the required form for executive orders and proclamations. The law requires, among other things, that each order or proclamation (a) be given a suitable title; (b) contain a citation of the authority under which it is issued; and (c) conform punctuation, capitalization, spelling and other matters of style to the most recent edition of the U.S. Government

Printing Office Style Manual. C.F.R. §19.1(a)-(c). Proclamations issued by the President shall conclude with the following recitation:

> IN WITNESS WHEREOF, I have hereunto set my hand this ____ day of _____, in the year of our Lord _____, and of the independence of the United States of America the _____.

C.F.R. §19.1(g).

Additionally, 44 U.S.C. §1505(a) requires that all Presidential executive orders and proclamations having general applicability and legal effect shall be published in the Federal Register. Notably, "every document or order which prescribes a penalty has general applicability and legal effect." Id.

The Brazil Letter is not a legally binding Presidential document; it is correspondence. It does not purport to be an executive order or proclamation. It does not contain any citation to the legal authority that authorizes the imposition of the Brazil Tariff and does not comply with style set forth in the most recent edition of the U.S. Government Printing Office Style Manual, nor does it conclude with the required recitation. The Brazil Letter is also not published in the Federal Register.

Accordingly, the Brazil Letter purportedly imposing the Brazil Tariff is not legally binding executive action. No Executive Order gives legal effect to the Brazil Letter or the Brazil Tariff or attempts to implement the threatened increased tariff rates on NFCOJ imports from Brazil.

### 2.    The Brazil Tariff is *Ultra Vires*

The Brazil Tariff is devoid of any reference to the substantive tariff-making authority for the significantly increased tariff on goods from Brazil.

The Brazil Letter's reference to "unfair trade relationship" and "unfair trading practices" suggests that the President may be acting under Section 301 of the Trade Act of 1974, which authorizes an executive officer who serves under the President to "impose duties or other import

restrictions on the goods of" a foreign country that has been found, after notice and investigation, to have committed unfair trade practices or violated trade agreements with the United States. Ex. 2, 19 U.S.C. §2411(c). Specifically, the President states, "we [United States] must move away from the longstanding, and very unfair trade relationship . . .," which ". . . has been, unfortunately, far from Reciprocal" and directs the United States Trades Representative to immediately initiate a Section 301 Investigation of Brazil. Ex. 2.

However, reliance on Section 301 of the Trade Act of 1974 for the Brazil Tariff is misplaced. Section 2411(c) of the Trade Act specifically limits the President's tariff-making authority thereunder until the foreign country has been found, after notice and investigation, to have committed unfair trade practices or violated trade agreements with the United States. 19 U.S.C. §2411(c) The Brazil Tariff precedes any such investigation or conclusion that Brazil has committed unfair trade practices or violated trade agreements. In fact, the Brazil Letter, seems to be the only "notice" of an investigation of Brazil to date. The Brazil Tariff is therefore an *ultra vires* exercise of power under Section 301 of the Trade Act of 1974, as it represents a significant violation of the procedural requirements of the delegation of authority to the President.

To the extent the Brazil Letter and the Brazil Tariff are actions taken by the President under IEEPA, that statute provides no legal support for same.

An express condition for executive action under Section 1701 of IEEPA is that the President not only identify an unusual and extraordinary threat to the national security, foreign policy, or economy of the United States, but also that the President declare a national emergency "with respect to such threat" pursuant to the National Emergencies Act, 50 U.S.C. §1621 and 1622.

There has been no declaration of a national emergency pursuant to the National Emergencies Act relating to the Brazil Letter or the Brazil Tariff. The Brazil Tariff also does not reference or rely upon any prior declaration of a national emergency by the President.

It is only when Section 1701's conditions have been met, which they have not, that the President may exercise his authority under IEEPA to "deal with" the threat and for no other purpose. The President's IEEPA powers "may not be exercised for any other purpose." 50 U.S.C. §1701(a) and (b).

The Brazil Tariff does not "deal with" the threat identified. The Brazil Letter states ". . . these Tariffs are necessary to correct the many years of Brazil's Tariff, and Non-Tariff, Policies and Trade Barriers, causing these unsustainable Trade Deficits against the United States. This Deficit is a major threat to our Economy and, indeed, our National Security!" Ex. 2.

As is set forth above, it is undisputed that there is no U.S. goods trade deficit between the United States and Brazil. To the contrary, the United States has enjoyed a substantial and consistent bilateral trade surplus with Brazil. See, Brazil Trade Summary by the Office of U.S. Trade Representative, https://ustr.gov/countries-regions/americas/brazil ("The U.S. goods trade surplus with Brazil was $7.4 billion in 2024, a 31.9 percent increase ($1.8 billion) over 2023"). As a result, the Brazil Tariff of 50% on NFCOJ imports from Brazil is not reasonably related to the "threat" of persistent and annual trade deficits even if a national emergency had been declared. More than half of the orange juice sold in the U.S. comes from Brazil, which has an 80% share of the juice's global trade. "This measure [50% tariff on Brazil imports] impacts not only Brazil, but the whole U.S. juice industry that employs thousands of people and has had Brazil as its main supplier for decades." Ibiapaba Netto, Executive Director of the National Association of Citrus Juice Exporters (CitrusBR), "Trump Imposes 50% Tariff on Brazil after Lula's 'Unwanted Emperor' Jibe."

https://www.onmanorama.com/news/world/2025/07/10/us-president-trump-imposes-tariff-on-brazil.html, July 10, 2025.

In addition to the non-existent trade deficit, the Brazil Letter identifies Brazil's treatment of its former President Bolsonaro and the President's characterization of same as "an international disgrace" and "witch hunt." Ex. 2. The Brazil Letter also identifies "Brazil's insidious attacks on Free Elections, and the fundamental Free Speech Rights of Americans . . .," as the "threat" upon which the Brazil Tariff is based. Id. There is simply no explanation in the Brazil Letter as to how or why the President's criticisms constitute an unusual or extraordinary threat to the national security, foreign policy, or economy of the United States and again no known declaration of a national emergency pursuant to the National Emergencies Act, 50 U.S.C. §1621 and §1622, with respect to the President's political grievances.

The threatened 50% tariff on all imports from Brazil in no way "deals with" the President's criticisms and identified tensions between the United States and Brazil. Rather, the Brazil Tariff seems to be an attempt to use trade to influence a criminal trial in a foreign nation or other international political agendas. Tariffs which "aim to create leverage to 'deal with' objectives other than the balance of trade, are not authorized by IEEPA." V.O.S. Selections, *supra* 1381.

The Brazil Letter imposing the Brazil Tariff of 50% on NFCOJ imports from Brazil does not comport with the President's delegated authority under IEEPA, in that the procedural requirements of Section 1701 have not been satisfied and the Executive Action is not reasonably related to nor does it deal with the "threats" identified therein.

### E.    The Trade Deficit Tariff Exceeds the President's Lawful Authority and is Therefore *Ultra Vires* and Contrary to Law

The Brazil Letter does not rely upon or reference an Executive Order or statute as the basis for levying the tariffs on imports from Brazil. Reliance on EO 14257 as a basis for imposition of

the Brazil Tariff would be unjustified since EO 14257 exceeds the President's statutory authority to impose tariffs on Brazilian imports.

EO 14257 imposes the Trade Deficit Tariff under authority of IEEPA, section 604 of the Trade Act of 1974, as amended, 19 U.S.C. §2483, and Section 301 of title 3, United States Code (3 U.S.C. §301). 19 U.S.C. §2483 merely addresses bookkeeping requirements related to changes in tariff schedules but does not grant any substantive authority to set tariffs. Similarly, 3 U.S.C. §301 only authorizes the President to delegate his lawful authority but does not otherwise grant any substantive authority. Thus, the only substantive authority under which Presidential tariff-making authority is claimed for EO 14257 is IEEPA.

The Trade Deficit Tariff, applied to imports of NFCOJ from Brazil, exceeds the President's lawful authority under IEEPA and is therefore *ultra vires* and void.

### 1. This Court has Already Decided that the Trade Deficit Tariff is *Ultra Vires* and Contrary to Law

On May 28, 2025, this Court issued an opinion in <u>V.O.S. Selections</u>, *supra*. This Court determined in <u>V.O.S. Selections</u> that the Trade Deficit Tariff is *ultra vires* and contrary to law. <u>Id</u>. at 1376. Specifically, the Court found that 50 U.S.C. § 1702 does not authorize the Trade Deficit Tariff on several grounds, including that: (1) an unlimited delegation of tariff authority would be unconstitutional; (2) the words "regulate . . . importation" do not authorize the President to impose unlimited tariffs; (3) Congress delegated narrower authority to the President through IEEPA than it delegated under TWEA; and (4) Congress cabined the President's authority to impose tariffs in response to balance of payments deficits to non-emergency legislation. <u>Id</u>. at 1371-76. For all of

the reasons set forth in <u>V.O.S. Selections</u>, the Trade Deficit Tariff is *ultra vires* and contrary to

law, and Defendants should be enjoined from imposing and enforcing the tariff.[9]

### 2. The Trade Deficit Tariff as Applied to NFCOJ Imported from Brazil is <u>*Ultra Vires*</u>

There are additional reasons, beyond those set forth in <u>V.O.S. Selections</u>, that the Trade

Deficit Tariff exceeds the President's scope of authority under IEEPA and  is *ultra vires,* when

applied to orange juice imports from Brazil. The Trade Deficit Tariff, when applied to NFCOJ,

does not "deal with" any unusual and extraordinary threat to the national security, foreign policy,

or economy of the United States. To the contrary, the Trade Deficit Tariff, as applied to orange

juice, damages and strains American industry.

The language of IEEPA is explicit that the authority granted to the President under IEEPA

may only be exercised to deal with an unusual and extraordinary threat with respect to which a

national emergency has been declared. IEEPA does not authorize emergency powers for any other

purpose. *See* 50 U.S.C. §1701(b). Even assuming, *arguendo*, that IEEPA permits tariffs of the kind

at issue here, it does not authorize application of the Trade Deficit Tariff to NFCOJ. This is because

the Trade Deficit Tariff, as applied to NFCOJ, does not deal with the declared national emergency

relating to trade practices that contribute to large and persistent U.S. trade deficits.

Defendants have already conceded, effectively, that this Court may review whether

executive action under IEEPA deals with an unusual and extraordinary threat with respect to which

a national emergency has been declared. In the similar case of <u>VOS Selections</u>, Defendants

represented to this Court that <u>Yoshida</u> II, *supra*[10] is "binding authority" that "controls"

---

[9] The decision in <u>V.O.S. Selections, Inc. v. United States</u>, 772 F.Supp.3d 1350 (Ct. Int'l Trade 2025) is on appeal before the Court of Appeals for the Federal Circuit, at Case No. 25-1812. Oral argument in that case is scheduled to be heard on July 31, 2025 at 10:00 a.m.

[10] The United States Court of Customs and Patent Appeals was the predecessor to the United States Court of Appeals for the Federal Circuit. *See VOS*, 772 F.Supp.3d at 1360.

interpretation of IEEPA.[11]  *See* Defendants' Response in Opposition to Motion for Preliminary Injunction and Summary Judgment, Case No. 1:25-cv-00066, Doc. No. 32, at 28.  In that concededly binding case, which Congress was aware of when creating IEEPA, is clear that courts will review the relationship between Presidential action and the emergency confronted to determine whether action is a valid exercise of power. *See* H.R. Rep. No. 95-459, at 5 (discussing Yoshida II).

Before the court in Yoshida II was the question of whether certain Presidential action was *ultra vires*. *See* Yoshida II, *supra* 571. Resolution of that question required the court to determine whether Presidential Action was within authority delegated to the President. Id. The court stated that "[a] standard inherently applicable to the exercise of delegated emergency powers is the extent to which the action taken bears a reasonable relation to the power delegated and to the emergency giving rise to the action." Id. at 560. The court found that although courts will not normally review the essentially political question as to whether an emergency exists, "courts . . . will not hesitate to review the actions taken in response [to a national emergency] or in reliance thereon." Id. at 579. The court was unequivocal that "[t]he President's choice of means of execution must . . . bear a reasonable relation to the particular emergency confronted."  Yoshida II, *supra* at 579.[12]

---

[11] Having already represented to this Court that Yoshida, 526 F.2d 560 is controlling authority, and having succeeded in persuading the Court to rely upon Yoshida in rendering the VOS Selections opinion (*see, e.g.* VOS Selections, 772 F. Supp. 3d 1350, *et seq.*), Defendants are judicially estopped from arguing otherwise now.  *See* New Hampshire v. Maine, 532 U.S. 742, 121 S.Ct. 1808, 149 L.Ed.2d 968 (2001) (discussing principles of judicial estoppel, which doctrine prohibits parties from deliberately changing positions according to the exigencies of the moment).

[12] Defendants have previously argued, in arguing that IEEPA contains more meaningful constraints than TWEA, that "[t]he authorities granted to the President . . . may only be exercised to deal with an unusual and extraordinary threat with respect to which a national emergency has been declared."  *See* Defendants' Response in Opposition to Motion for Preliminary Injunction and Summary Judgment, Case No. 1:25-cv-00066, Doc. No. 32, at 29 (quoting United States v. Dhafir, 461 F.3d 211, 216–17 (2d Cir. 2006)).

A review of the connection between the President's EO 14257 and imposition of the Trade Deficit Tariff considered against the backdrop of the declared emergency, demonstrates no nexus or reasonable relation between the Executive Action taken and the identified threat with respect specifically to NFCOJ imported from Brazil.

### a.     <u>The Purported Emergency.</u>

EO 14257 states that "a lack of reciprocity in our bilateral trade relationships, disparate tariff rates and non-tariff barriers, and U.S. trading partners' economic policies that suppress domestic wages and consumption, as indicated by large and persistent annual U.S. goods trade deficits, constitute an unusual and extraordinary threat to the national security and economy of the United States." EO 14257, 90 FR 15041. EO 14257 "declare[d] a national emergency with respect to this threat." *Id*. EO 14257 clearly ties the national emergency to "large and persistent annual U.S. goods trade deficits" resulting from problematic trade practices. EO 14257, 90 FR 15041.

### b.     **The Action Taken with Respect to NFCOJ does not Deal with any Unusual and Extraordinary Threat with Respect to which a <u>National Emergency has been Declared.</u>**

The challenged action here is the application of the Trade Deficit Tariff on NFCOJ imported from Brazil. That action bears no relationship to any unusual or extraordinary threat with respect to which a national emergency has been declared.

There is no unusual or extraordinary threat posed by the trading relationship with Brazil. EO 14257 identifies the unusual or extraordinary threat with respect to trade to be "indicated by large and persistent annual U.S. goods trade deficits . . . ." EO 14257, 90 FR 15041. Yet, it is undisputed there is no U.S. goods trade deficit between the United States and Brazil. *See*, Brazil Trade Summary by Office of The United States Trade Representative, <u>https://ustr.gov/countries-regions/americas/brazil</u>. In fact there is a US goods trade <u>surplus</u> with Brazil, which has increased 31.9% between 2023 and 2024. <u>Id,</u> ("The U.S. goods trade surplus with Brazil was $7.4 billion in

2024, a 31.9 percent increase ($1.8 billion) over 2023").  The United States has reported a goods trade surplus with Brazil every year since 2008.  Id.

EO 14257 does not declare a national emergency with respect to countries as to which there has been a consistent U.S. goods trade surplus. At best, it offhandedly references "countries with which the United States may enjoy an occasional bilateral trade surplus" as to which it references "the accumulation of tariff and non-tariff barriers on U.S. exports may make that surplus smaller than it would have been without such barriers."  EO 14257, 90 FR 15041. But Brazil is not a country with which the United States has enjoyed a mere occasional bilateral trade surplus—it is a country with a consistent and persistent U.S. goods trade surplus every year, since 2008.

Yoshida II warned: "[t]he mere incantation of 'national emergency' cannot, of course, sound the death-knell of the Constitution."  Yoshida II, *supra* 583. As to tariffs, Yoshida II elaborated: "[t]he declaration of a national emergency is not a talisman enabling the President to rewrite the tariff schedules . . . ."  Id. at 583. This is precisely the situation here, as applied to NFCOJ imports from Brazil.

EO 14257 clearly states that it is intended "to rectify trade practices that contribute to large and persistent annual United States goods deficits."  The Trade Deficit Tariff on NFCOJ imports from Brazil does not deal with or have any reasonable relation to any trade practice that contributes to large and persistent annual United States goods deficits.

### c.    The Tariffs Damage and Strain American Industry Contrary to the Articulated Purposes of Exercising Emergency Power.

Far from dealing with the purported threat articulated in EO 14257, the imposition of the Trade Deficit Tariff on NFCOJ imports from Brazil is antithetical to the goals stated in the Executive Order, namely protecting domestic manufacturing and the American supply chain.

Plaintiffs supply nearly 75% of all private label not from concentrate orange juice customers in the United States, as well as two of the largest branded orange juice producers, making their operations a cornerstone of the national private label orange juice supply chain. Ex. 3, at ¶ 12, Ex. 5. The not from concentrate orange juice ingredients imported from Brazil are not reasonably available from any supplier in the United States in sufficient quantity or quality to meet the Plaintiffs' production needs. Id. ¶ 4. Brazilian NFCOJ imports are critical to the Plaintiffs' operations due to the catastrophic decline in orange juice production in the state of Florida. Id. ¶ 7, Ex. 5. U.S. orange juice production, particularly in Florida, has declined by over 95% in the past 25 years due to factors such as citrus greening disease, hurricanes, and urban development, rendering domestic supply insufficient to meet Plaintiffs production requirements. Id., Ex. 5.

Applying the Trade Deficit Tariff to NFCOJ does not grow the United States' manufacturing base; it strains it. Tariff application will not improve the United States' ability to scale advanced domestic manufacturing capacity—it reduces working capital that may otherwise be invested in advanced domestic manufacturing capacity. Far from securing critical supply chains, the Trade Deficit Tariff strains the present supply chain utilized by Plaintiffs. Finally, NFCOJ has no reasonable connection to the defense-industrial base. In short, none of the reasons provided supporting the declaration of a national emergency justify imposing the Trade Deficit Tariff on NFCOJ from Brazil, particularly against the background of a trade surplus with Brazil.

Imposing the Trade Deficit Tariff on NFCOJ imports from Brazil is not consistent with the rationale for executive action set forth in EO 14257. Its application to NFCOJ imports from Brazil must thus be enjoined.

**F.  Plaintiffs are Entitled to Injunctive Relief as to Application of the Brazil Tariff and Trade Deficit Tariff to NFCOJ.**

When deciding whether to grant a preliminary injunction, the Court weighs four factors: (1) the likelihood of plaintiff's success on the merits; (2) the prospect of irreparable harm to the plaintiff in the absence of injunctive relief; (3) the balance of hardships; and (4) the public interest. KWV, Inc. v. United States, 108 Fed.Cl. 448, 455 (2013); Serco, Inc. v. United States, 101 Fed.Cl. 717, 720 (2011). No single factor is determinative, and "the weakness of the showing regarding one factor may be overborne by the strength of the others." FMC Corp. v. United States, 3 F.3d 424, 427 (Fed. Cir. 1993).

Given all of the facts and circumstances, injunctive relief is warranted.

**1.  Plaintiffs have Demonstrated a Likelihood of Success on the Merits.**

For the reasons above, Plaintiffs have demonstrated a likelihood of success on the merits of their challenges to the Brazil Letter and Executive Order 14257.

**2.  Plaintiffs will Suffer Immediate and Irreparable Harm Absent Injunctive Relief**

According to the Brazil Letter, Defendants will impose a 50% tariff on all goods imported from Brazil beginning on August 1, 2025. Plaintiffs will suffer immediate and irreparable harm if a 50% tariff is imposed on NFCOJ imported from Brazil.

"Irreparable harm includes 'a viable threat of serious harm which cannot be undone.'" Sumecht NA, Inc. v. United States, 331 F.Supp.3d 1408, 1412 (Ct. Int'l Trade 2018), aff'd, 923 F.3d 1340 (Fed. Cir. 2019) (quoting Zenith Radio Corp. v. United States, 710 F.2d 806, 809 (Fed. Cir. 1983)). The purpose of a preliminary injunction is to preserve the status quo and prevent harm to a plaintiff that may occur before a court can render a final judgment. Continental Serv. Grp. v. United States, 722 Fed. Appx. 986, 994 (Fed. Cir. 2018).

While claims of pecuniary loss generally do not constitute irreparable harm, bankruptcy or a substantial loss of business are irreparable harm because such events render a final judgment ineffective and deprive a movant of meaningful judicial review. *See* <u>Sumecht</u>, 331 F.Supp.3d at 1412 (citing <u>Sampson v. Murray</u>, 415 U.S. 61, 94 S.Ct. 937, 39 L.Ed.2d 166 (1974)); <u>Harmoni Int'l Spice, Inc. v. United States</u>, 211 F.Supp.3d 1298, 1307 (Ct. Int'l Trade 2017) (citing <u>Doran v. Salem Inn, Inc</u>., 422 U.S. 922, 95 S.Ct. 2561, 45 L.Ed.2d 648 (1975)). Price erosion, loss of goodwill, damage to reputation, and loss of business opportunities are forms of irreparable harm as well. <u>Harmoni</u>, 211 F.Supp.3d at 1307 (quoting <u>Celsis In Vitro, Inc. v. CellzDirect, Inc.</u>, 664 F.3d 922, 930 (Fed. Cir. 2012)); see also, See also, <u>Vaqueria Tres Monjitas, Inc. v. Irizarry</u>, 587 F.3d 464, 485 (1st Cir. 2009) ("[T]he inability to supply a full line of products may irreparably harm a merchant by shifting purchasers to other suppliers.").

Plaintiffs' chilled juice business represents the vast majority of their volume and profitability, with an overwhelming portion of the Plaintiffs' juice business being orange juice wholly reliant on imported NFCOJ originating from Brazil. Ex. 3, at ¶4. NFCOJ ingredients imported from Brazil are not reasonably available from any supplier in the United States in sufficient quantity or quality to meet the Plaintiffs' production needs. <u>Id</u>., at ¶5. Brazilian NFCOJ imports are critical to Plaintiffs' operations due to the catastrophic decline in orange juice production in the state of Florida. <u>Id</u>., at ¶7.

The imposition of the Brazil Tariff will devastate Plaintiffs' import-reliant business. The Brazil Tariff will result in an estimated additional cost to Plaintiffs of at least $68 million in the first twelve months, which exceeds any single year of profits in the 30-year history of Plaintiffs' business. <u>Id</u>., at ¶6. The Brazil Tariff will, among other things: (1) disrupt the Plaintiffs' partnerships with Brazilian suppliers; (2) disrupt Plaintiffs' ability to plan and meet production

requirements and manage cash flow, as the additional costs impose an immediate and unmanageable financial burden that cannot be absorbed by Plaintiffs' current profit margins; and (3) force Plaintiffs to raise prices to their customers, resulting in increased costs to consumers of approximately 20-25%. Id. The increased tariffs make it impossible for Plaintiffs to provide supply and price certainty to their customers. Id. ¶12. Without relief from the Brazil Tariff, Plaintiffs face potential layoffs of 700 union manufacturing employees as well as administrative staff, reducing production capacity—all posing an existential threat to the sustainability of Plaintiffs' business. Id. ¶11.

The Brazil Tariff as applied to NFCOJ threatens irreparable harm to the Plaintiffs and should be enjoined.

### 3. The Balance of Equities and Public Interest Weigh in Favor of the Requested Injunctive Relief

The balance of equities and public interest weigh in favor of enjoining imposition of the Brazil Tariff to NFCOJ imports from Brazil.

As noted above, the Brazil Tariff and Trade Deficit Tariff were not legally effectuated and are *ultra vires* as applied to NFCOJ imports from Brazil. There is no valid interest in any unconstitutional exercise of power. *See, e.g.*, United States v. U.S. Coin & Currency, 401 U.S. 715, 91 S.Ct. 1041, 28 L.Ed.2d 434 (1971) (Brennan, J. concurring) ("Of course a government has no legitimate interest in upholding an unconstitutional system of criminal procedure."). Furthermore, there is no valid national security or foreign policy objective that can be reasonably tied to NFCOJ imports from Brazil (a net buyer of U.S. goods) under the rationales of any of the documents issued by the President.

Defendants will suffer no harm from an injunction preventing the Brazil Tariff and Trade Deficit Tariff on orange juice imports from Brazil. The requested injunctive relief is narrowly

tailored to the harm suffered by Plaintiffs and will have no impact on the broad economic and policy objectives propounded in the Brazil Letter or EO 14257.

On the other hand, Plaintiffs will be irreparably harmed by the tariffs as stated above, Moreover, injunctive relief is in the public interest. The American consumer will be better served by the narrow injunctive relief sought by Plaintiffs, which would: (1) allow continued access to Plaintiffs' orange juice products without significant and prohibitive price increases, (2) allow orange juice products to be supplied by a variety of American suppliers including Plaintiffs, and (3) maintain the jobs of the 700 American union workers and administrators employed by Plaintiffs.

### G.    Plaintiffs are Entitled to Summary Judgment as a Matter of Law that the Executive Actions Exceed the President's Lawful Authority under IEEPA

Plaintiffs are entitled to summary judgment on their claims for declaratory relief and injunctive relief relating to the challenged Presidential authority for the Brazil Letter and the Trade Deficit Tariff. Plaintiffs' claims hinge on pure questions of law and there are no material facts in dispute.

It is well settled that the President has no independent discretion to impose tariffs. Rather, Presidential tariff-making authority must be delegated by Congress. Yoshida II, *supra*. Such delegated authority under IEEPA is limited and subject to the Court's review to determine whether the President's actions fall within his delegated authority, whether the statutory language has been properly construed and whether the President's actions conform with relevant procedural requirements. Florsheim, *supra*; USP Holdings, *supra*; Maple Leaf, *supra*.

The Brazil Letter and the Trade Deficit Tariff are executive actions, each of which must be evaluated on their own facts and circumstances. Falcon, *supra*.

As is clearly set forth in IEEPA, the President's exercise of authority thereunder must comply with the following procedural and substantive requirements:

1. Identify a threat to the national security, foreign policy, or economy of the United States, the source of which is outside the United States.

2. Determine or conclude that the threat is unusual and extraordinary.

3. Declare a national emergency with respect to the threat under the National Emergencies Act, which declaration must be communicated to Congress. 50 U.S.C. §§1621 and 1622.

4. Take such action under his limited IEEPA authority to "deal with" the threat or reasonably address the emergency declared.

50 U.S.C. §1701(a) and (b).

As a matter of law, the Brazil Letter and the Brazil Tariff exceed the President's delegated authority under IEEPA, do not properly construe the statutory language of IEEPA and do not conform to the relevant procedural requirements of IEEPA.

Any review of the Brazil Letter reveals the following:

- No unusual or extraordinary threat to national security, foreign policy, or the economy of the United States is identified;

- There has been no declaration of a national emergency or even a reference to a prior declared national emergency;

- The Brazil Letter does not constitute executive action as it fails to conform to the procedural mandates of a legally binding executive order or proclamation and does not even purport to be an amendment of or supplement to an existing executive order;

29

- Finally, the Brazil Tariff, contained therein, of 50% on "any and all Brazilian products sent to the United States including NFCOJ imports" does not and cannot "deal with" the unidentified threat and the undeclared national emergency. Rather the Brazil Tariff on trade attempts to "deal with" political tensions identified by the President.

Any reliance on IEEPA authority for the Brazil Letter and the Brazil Tariff fails by the express language of the statute, "The authorities granted to the President by Section 1702 of this title may only be exercised to deal with an unusual and extraordinary threat with respect to which a national emergency has been declared . . . and may not be exercised for any other purpose." 50 U.S.C. §1701(b).

There are no genuine issues of material fact that preclude summary judgment.

Accordingly, Plaintiffs are entitled to summary judgment declaring that these Executive Actions are *ultra vires* and void and of no force and effect.

Similarly, the Trade Deficit Tariff, as applied to imports of NFCOJ from Brazil, exceeds the President's delegated authority under IEEPA as a matter of law as it does not "deal with" the identified threat and declared national emergency under EO 14257 relating to "regulating imports with a reciprocal tariff to rectify trade practices that contribute to large and persistent annual United States goods trade deficits." There is no reasonable relation of the Trade Deficit Tariff, as imposed against imports of NFCOJ from Brazil, with whom the United States has a large and persistent annual United States goods trade surplus.

Plaintiffs are therefore entitled to summary judgment declaring that this Executive Action, EO 14257/the Trade Deficit Tariff, is *ultra vires* and void and of no force and effect.

30

## IV.    <u>CONCLUSION</u>

Injunctive relief is essential to prevent significant irreparable harm which Plaintiffs and American consumers will suffer when the Brazil Tariff goes into effect on August 1, 2025.

The President's imposition of tariffs on goods imported from Brazil exceeds the scope of any tariff-making authority delegated by Congress to the President. The Brazil Tariff is unbounded, imposing a fifty-percent (or more) tariff on Brazilian imports for an unlimited amount of time.  The Brazil Tariff and the Trade Deficit Tariff do not comply with the mandatory requirements necessary for the President's limited tariff-making authority under IEEPA or any other statute or regulation.

No harm will be suffered by Defendants in enjoining the tariffs on orange juice from Brazil.

For these reasons, Plaintiffs Johanna Foods, Inc. and Johanna Beverage Company, LLC respectfully request that the Court grant Plaintiffs' Application and Motion and issue a Temporary Restraining Order, Preliminary Injunction and/or Permanent Injunction to prevent the imposition and enforcement of the Brazil Tariff and the Trade Deficit Tariff on orange juice imports from Brazil.

Respectfully submitted,

KAPLIN STEWART MELOFF REITER & STEIN, PC
/s/ *Marc B. Kaplin*
Marc B. Kaplin, Esquire
Sandhya M. Feltes, Esquire
Amy L. SantaMaria, Esquire
James N. Hendershot, Esquire
910 Harvest Drive
PO Box 3037
Blue Bell PA 19422-0765
610-260-6000
mkaplin@kaplaw.com
sfeltes@kaplaw.com
asantamaria@kaplaw.com
jhendershot@kaplaw.com
Attorneys for Plaintiffs

31

## CERTIFICATE OF COMPLIANCE

I, Marc B. Kaplin, Esquire, hereby certify that this brief complies with the 14,000-word limitation of the United States Court of International Trade set forth in Standard Chambers Procedure §2(B)(1) because this brief contains 9,183 words.  In making this certification, I have relied upon the word count function of the Microsoft Word processing system used to prepare this brief.

Respectfully submitted,

KAPLIN STEWART MELOFF REITER & STEIN, PC

/s/ *Marc B. Kaplin*
Marc B. Kaplin, Esquire
Sandhya M. Feltes, Esquire
Amy L. SantaMaria, Esquire
James N. Hendershot, Esquire
910 Harvest Drive
PO Box 3037
Blue Bell PA 19422-0765
610-260-6000
mkaplin@kaplaw.com
sfeltes@kaplaw.com
asantamaria@kaplaw.com
jhendershot@kaplaw.com
Attorneys for Plaintiffs

Dated:  July 22, 2025

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 22, 2025, copies of the foregoing Proposed Order, Application for Temporary Restraining Order and Motion for Preliminary Injunction and/or Summary Judgment for Permanent Injunction, and Memorandum of Law in Support were served upon the following electronically via the Court's Case Management/Electronic Filing system:

Executive Office of The President
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500

Justin R. Miller
Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
Room 346
26 Federal Plaza
New York, NY 10278

U.S. Customs and Border Protection
1300 Pennsylvania Avenue, N.W.
Washington, D.C. 20229

Pete R. Flores
Acting Commissioner
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, N.W.
Washington, D.C. 20229

Office of the United States Trade
Representative
600 17th Street, N.W.
Washington, D.C. 20508

Jamieson Greer
United States Trade Representative
600 17th Street, N.W.
Washington, D.C. 20508

Howard Lutnick
Secretary of Commerce
1401 Constitution Avenue, N.W.
Washington, D.C. 20230

Respectfully submitted,

KAPLIN STEWART MELOFF REITER & STEIN, PC

/s/ *Marc B. Kaplin*
Marc B. Kaplin, Esquire
Sandhya M. Feltes, Esquire
Amy L. SantaMaria, Esquire
James N. Hendershot, Esquire
910 Harvest Drive
PO Box 3037
Blue Bell PA 19422-0765
610-260-6000
mkaplin@kaplaw.com
sfeltes@kaplaw.com
asantamaria@kaplaw.com
jhendershot@kaplaw.com
Attorneys for Plaintiffs

# EXHIBIT 1

Federal Register

Vol. 90, No. 65

Monday, April 7, 2025

# Presidential Documents

Title 3—

The President

Executive Order 14257 of April 2, 2025

## Regulating Imports With a Reciprocal Tariff To Rectify Trade Practices That Contribute to Large and Persistent Annual United States Goods Trade Deficits

By the authority vested in me as President by the Constitution and the laws of the United States of America, including the International Emergency Economic Powers Act (50 U.S.C. 1701 *et seq.*)(IEEPA), the National Emergencies Act (50 U.S.C. 1601 *et seq.*)(NEA), section 604 of the Trade Act of 1974, as amended (19 U.S.C. 2483), and section 301 of title 3, United States Code,

I, DONALD J. TRUMP, President of the United States of America, find that underlying conditions, including a lack of reciprocity in our bilateral trade relationships, disparate tariff rates and non-tariff barriers, and U.S. trading partners' economic policies that suppress domestic wages and consumption, as indicated by large and persistent annual U.S. goods trade deficits, constitute an unusual and extraordinary threat to the national security and economy of the United States. That threat has its source in whole or substantial part outside the United States in the domestic economic policies of key trading partners and structural imbalances in the global trading system. I hereby declare a national emergency with respect to this threat.

On January 20, 2025, I signed the America First Trade Policy Presidential Memorandum directing my Administration to investigate the causes of our country's large and persistent annual trade deficits in goods, including the economic and national security implications and risks resulting from such deficits, and to undertake a review of, and identify, any unfair trade practices by other countries. On February 13, 2025, I signed a Presidential Memorandum entitled ''Reciprocal Trade and Tariffs,'' that directed further review of our trading partners' non-reciprocal trading practices, and noted the relationship between non-reciprocal practices and the trade deficit. On April 1, 2025, I received the final results of those investigations, and I am taking action today based on those results.

Large and persistent annual U.S. goods trade deficits have led to the hollowing out of our manufacturing base; inhibited our ability to scale advanced domestic manufacturing capacity; undermined critical supply chains; and rendered our defense-industrial base dependent on foreign adversaries. Large and persistent annual U.S. goods trade deficits are caused in substantial part by a lack of reciprocity in our bilateral trade relationships. This situation is evidenced by disparate tariff rates and non-tariff barriers that make it harder for U.S. manufacturers to sell their products in foreign markets. It is also evidenced by the economic policies of key U.S. trading partners insofar as they suppress domestic wages and consumption, and thereby demand for U.S. exports, while artificially increasing the competitiveness of their goods in global markets. These conditions have given rise to the national emergency that this order is intended to abate and resolve.

For decades starting in 1934, U.S. trade policy has been organized around the principle of reciprocity. The Congress directed the President to secure reduced reciprocal tariff rates from key trading partners first through bilateral trade agreements and later under the auspices of the global trading system. Between 1934 and 1945, the executive branch negotiated and signed 32 bilateral reciprocal trade agreements designed to lower tariff rates on a

reciprocal basis. After 1947 through 1994, participating countries engaged in eight rounds of negotiation, which resulted in the General Agreements on Tariffs and Trade (GATT) and seven subsequent tariff reduction rounds.

However, despite a commitment to the principle of reciprocity, the trading relationship between the United States and its trading partners has become highly unbalanced, particularly in recent years. The post-war international economic system was based upon three incorrect assumptions: first, that if the United States led the world in liberalizing tariff and non-tariff barriers the rest of the world would follow; second, that such liberalization would ultimately result in more economic convergence and increased domestic consumption among U.S. trading partners converging towards the share in the United States; and third, that as a result, the United States would not accrue large and persistent goods trade deficits.

This framework set in motion events, agreements, and commitments that did not result in reciprocity or generally increase domestic consumption in foreign economies relative to domestic consumption in the United States. Those events, in turn, created large and persistent annual U.S. goods trade deficits as a feature of the global trading system.

Put simply, while World Trade Organization (WTO) Members agreed to bind their tariff rates on a most-favored-nation (MFN) basis, and thereby provide their best tariff rates to all WTO Members, they did not agree to bind their tariff rates at similarly low levels or to apply tariff rates on a reciprocal basis. Consequently, according to the WTO, the United States has among the lowest simple average MFN tariff rates in the world at 3.3 percent, while many of our key trading partners like Brazil (11.2 percent), China (7.5 percent), the European Union (EU) (5 percent), India (17 percent), and Vietnam (9.4 percent) have simple average MFN tariff rates that are significantly higher.

Moreover, these average MFN tariff rates conceal much larger discrepancies across economies in tariff rates applied to particular products. For example, the United States imposes a 2.5 percent tariff on passenger vehicle imports (with internal combustion engines), while the European Union (10 percent), India (70 percent), and China (15 percent) impose much higher duties on the same product. For network switches and routers, the United States imposes a 0 percent tariff, but for similar products, India (10 percent) levies a higher rate. Brazil (18 percent) and Indonesia (30 percent) impose a higher tariff on ethanol than does the United States (2.5 percent). For rice in the husk, the U.S. MFN tariff is 2.7 percent (*ad valorem* equivalent), while India (80 percent), Malaysia (40 percent), and Turkey (an average of 31 percent) impose higher rates. Apples enter the United States duty-free, but not so in Turkey (60.3 percent) and India (50 percent).

Similarly, non-tariff barriers also deprive U.S. manufacturers of reciprocal access to markets around the world. The 2025 National Trade Estimate Report on Foreign Trade Barriers (NTE) details a great number of non-tariff barriers to U.S. exports around the world on a trading-partner by trading-partner basis. These barriers include import barriers and licensing restrictions; customs barriers and shortcomings in trade facilitation; technical barriers to trade (e.g., unnecessarily trade restrictive standards, conformity assessment procedures, or technical regulations); sanitary and phytosanitary measures that unnecessarily restrict trade without furthering safety objectives; inadequate patent, copyright, trade secret, and trademark regimes and inadequate enforcement of intellectual property rights; discriminatory licensing requirements or regulatory standards; barriers to cross-border data flows and discriminatory practices affecting trade in digital products; investment barriers; subsidies; anticompetitive practices; discrimination in favor of domestic state-owned enterprises, and failures by governments in protecting labor and environment standards; bribery; and corruption.

Moreover, non-tariff barriers include the domestic economic policies and practices of our trading partners, including currency practices and value-added taxes, and their associated market distortions, that suppress domestic

consumption and boost exports to the United States. This lack of reciprocity is apparent in the fact that the share of consumption to Gross Domestic Product (GDP) in the United States is about 68 percent, but it is much lower in others like Ireland (27 percent), Singapore (31 percent), China (39 percent), South Korea (49 percent), and Germany (50 percent).

At the same time, efforts by the United States to address these imbalances have stalled. Trading partners have repeatedly blocked multilateral and plurilateral solutions, including in the context of new rounds of tariff negotiations and efforts to discipline non-tariff barriers. At the same time, with the U.S. economy disproportionately open to imports, U.S. trading partners have had few incentives to provide reciprocal treatment to U.S. exports in the context of bilateral trade negotiations.

These structural asymmetries have driven the large and persistent annual U.S. goods trade deficit. Even for countries with which the United States may enjoy an occasional bilateral trade surplus, the accumulation of tariff and non-tariff barriers on U.S. exports may make that surplus smaller than it would have been without such barriers. Permitting these asymmetries to continue is not sustainable in today's economic and geopolitical environment because of the effect they have on U.S. domestic production. A nation's ability to produce domestically is the bedrock of its national and economic security.

Both my first Administration in 2017, and the Biden Administration in 2022, recognized that increasing domestic manufacturing is critical to U.S. national security. According to 2023 United Nations data, U.S. manufacturing output as a share of global manufacturing output was 17.4 percent, down from a peak in 2001 of 28.4 percent.

Over time, the persistent decline in U.S. manufacturing output has reduced U.S. manufacturing capacity. The need to maintain robust and resilient domestic manufacturing capacity is particularly acute in certain advanced industrial sectors like automobiles, shipbuilding, pharmaceuticals, technology products, machine tools, and basic and fabricated metals, because once competitors gain sufficient global market share in these sectors, U.S. production could be permanently weakened. It is also critical to scale manufacturing capacity in the defense-industrial sector so that we can manufacture the defense materiel and equipment necessary to protect American interests at home and abroad.

In fact, because the United States has supplied so much military equipment to other countries, U.S. stockpiles of military goods are too low to be compatible with U.S. national defense interests. Furthermore, U.S. defense companies must develop new, advanced manufacturing technologies across a range of critical sectors including bio-manufacturing, batteries, and microelectronics. If the United States wishes to maintain an effective security umbrella to defend its citizens and homeland, as well as for its allies and partners, it needs to have a large upstream manufacturing and goods-producing ecosystem to manufacture these products without undue reliance on imports for key inputs.

Increased reliance on foreign producers for goods also has compromised U.S. economic security by rendering U.S. supply chains vulnerable to geopolitical disruption and supply shocks. In recent years, the vulnerability of the U.S. economy in this respect was exposed both during the COVID–19 pandemic, when Americans had difficulty accessing essential products, as well as when the Houthi rebels later began attacking cargo ships in the Middle East.

The decline of U.S. manufacturing capacity threatens the U.S. economy in other ways, including through the loss of manufacturing jobs. From 1997 to 2024, the United States lost around 5 million manufacturing jobs and experienced one of the largest drops in manufacturing employment in history. Furthermore, many manufacturing job losses were concentrated in specific geographical areas. In these areas, the loss of manufacturing jobs contributed

3

to the decline in rates of family formation and to the rise of other social trends, like the abuse of opioids, that have imposed profound costs on the U.S. economy.

The future of American competitiveness depends on reversing these trends. Today, manufacturing represents just 11 percent of U.S. gross domestic product, yet it accounts for 35 percent of American productivity growth and 60 percent of our exports. Importantly, U.S. manufacturing is the main engine of innovation in the United States, responsible for 55 percent of all patents and 70 percent of all research and development (R&D) spending. The fact that R&D expenditures by U.S. multinational enterprises in China grew at an average rate of 13.6 percent a year between 2003 and 2017, while their R&D expenditures in the United States grew by an average of just 5 percent per year during the same time period, is evidence of the strong link between manufacturing and innovation. Furthermore, every manufacturing job spurs 7 to 12 new jobs in other related industries, helping to build and sustain our economy.

Just as a nation that does not produce manufactured products cannot maintain the industrial base it needs for national security, neither can a nation long survive if it cannot produce its own food. Presidential Policy Directive 21 of February 12, 2013 (Critical Infrastructure Security and Resilience), designates food and agriculture as a ''critical infrastructure sector'' because it is one of the sectors considered ''so vital to the United States that [its] incapacity or destruction . . . would have a debilitating impact on security, national economic security, national public health or safety, or any combination of those matters.'' Furthermore, when I left office, the United States had a trade surplus in agricultural products, but today, that surplus has vanished. Eviscerated by a slew of new non-tariff barriers imposed by our trading partners, it has been replaced by a projected $49 billion annual agricultural trade deficit.

For these reasons, I hereby declare and order:

**Section 1**. *National Emergency*. As President of the United States, my highest duty is ensuring the national and economic security of the country and its citizens.

I have declared a national emergency arising from conditions reflected in large and persistent annual U.S. goods trade deficits, which have grown by over 40 percent in the past 5 years alone, reaching $1.2 trillion in 2024. This trade deficit reflects asymmetries in trade relationships that have contributed to the atrophy of domestic production capacity, especially that of the U.S. manufacturing and defense-industrial base. These asymmetries also impact U.S. producers' ability to export and, consequentially, their incentive to produce.

Specifically, such asymmetry includes not only non-reciprocal differences in tariff rates among foreign trading partners, but also extensive use of non-tariff barriers by foreign trading partners, which reduce the competitiveness of U.S. exports while artificially enhancing the competitiveness of their own goods. These non-tariff barriers include technical barriers to trade; non-scientific sanitary and phytosanitary rules; inadequate intellectual property protections; suppressed domestic consumption (*e.g.*, wage suppression); weak labor, environmental, and other regulatory standards and protections; and corruption. These non-tariff barriers give rise to significant imbalances even when the United States and a trading partner have comparable tariff rates.

The cumulative effect of these imbalances has been the transfer of resources from domestic producers to foreign firms, reducing opportunities for domestic manufacturers to expand and, in turn, leading to lost manufacturing jobs, diminished manufacturing capacity, and an atrophied industrial base, including in the defense-industrial sector. At the same time, foreign firms are better positioned to scale production, reinvest in innovation, and compete

in the global economy, to the detriment of U.S. economic and national security.

The absence of sufficient domestic manufacturing capacity in certain critical and advanced industrial sectors—another outcome of the large and persistent annual U.S. goods trade deficits—also compromises U.S. economic and national security by rendering the U.S. economy less resilient to supply chain disruption. Finally, the large, persistent annual U.S. goods trade deficits, and the concomitant loss of industrial capacity, have compromised military readiness; this vulnerability can only be redressed through swift corrective action to rebalance the flow of imports into the United States. Such impact upon military readiness and our national security posture is especially acute with the recent rise in armed conflicts abroad. I call upon the public and private sector to make the efforts necessary to strengthen the international economic position of the United States.

**Sec. 2**. *Reciprocal Tariff Policy*. It is the policy of the United States to rebalance global trade flows by imposing an additional *ad valorem* duty on all imports from all trading partners except as otherwise provided herein. The additional *ad valorem* duty on all imports from all trading partners shall start at 10 percent and shortly thereafter, the additional *ad valorem* duty shall increase for trading partners enumerated in Annex I to this order at the rates set forth in Annex I to this order. These additional *ad valorem* duties shall apply until such time as I determine that the underlying conditions described above are satisfied, resolved, or mitigated.

**Sec. 3**. *Implementation*. (a) Except as otherwise provided in this order, all articles imported into the customs territory of the United States shall be, consistent with law, subject to an additional *ad valorem* rate of duty of 10 percent. Such rates of duty shall apply with respect to goods entered for consumption, or withdrawn from warehouse for consumption, on or after 12:01 a.m. eastern daylight time on April 5, 2025, except that goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 5, 2025, and entered for consumption or withdrawn from warehouse for consumption after 12:01 a.m. eastern daylight time on April 5, 2025, shall not be subject to such additional duty.

Furthermore, except as otherwise provided in this order, at 12:01 a.m. eastern daylight time on April 9, 2025, all articles from trading partners enumerated in Annex I to this order imported into the customs territory of the United States shall be, consistent with law, subject to the country-specific *ad valorem* rates of duty specified in Annex I to this order. Such rates of duty shall apply with respect to goods entered for consumption, or withdrawn from warehouse for consumption, on or after 12:01 a.m. eastern daylight time on April 9, 2025, except that goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, and entered for consumption or withdrawn from warehouse for consumption after 12:01 a.m. eastern daylight time on April 9, 2025, shall not be subject to these country-specific *ad valorem* rates of duty set forth in Annex I to this order. These country-specific *ad valorem* rates of duty shall apply to all articles imported pursuant to the terms of all existing U.S. trade agreements, except as provided below.

(b) The following goods as set forth in Annex II to this order, consistent with law, shall not be subject to the *ad valorem* rates of duty under this order: (i) all articles that are encompassed by 50 U.S.C. 1702(b); (ii) all articles and derivatives of steel and aluminum subject to the duties imposed pursuant to section 232 of the Trade Expansion Act of 1962 and proclaimed in Proclamation 9704 of March 8, 2018 (Adjusting Imports of Aluminum Into the United States), as amended, Proclamation 9705 of March 8, 2018 (Adjusting Imports of Steel Into the United States), as amended, and Proclamation 9980 of January 24, 2020 (Adjusting Imports of Derivative Aluminum Articles and Derivative Steel Articles Into the United States), as amended, Proclamation 10895 of February 10, 2025 (Adjusting Imports of Aluminum

Into the United States), and Proclamation 10896 of February 10, 2025 (Adjusting Imports of Steel into the United States); (iii) all automobiles and automotive parts subject to the additional duties imposed pursuant to section 232 of the Trade Expansion Act of 1962, as amended, and proclaimed in Proclamation 10908 of March 26, 2025 (Adjusting Imports of Automobiles and Automobile Parts Into the United States); (iv) other products enumerated in Annex II to this order, including copper, pharmaceuticals, semiconductors, lumber articles, certain critical minerals, and energy and energy products; (v) all articles from a trading partner subject to the rates set forth in Column 2 of the Harmonized Tariff Schedule of the United States (HTSUS); and (vi) all articles that may become subject to duties pursuant to future actions under section 232 of the Trade Expansion Act of 1962.

(c) The rates of duty established by this order are in addition to any other duties, fees, taxes, exactions, or charges applicable to such imported articles, except as provided in subsections (d) and (e) of this section below.

(d) With respect to articles from Canada, I have imposed additional duties on certain goods to address a national emergency resulting from the flow of illicit drugs across our northern border pursuant to Executive Order 14193 of February 1, 2025 (Imposing Duties To Address the Flow of Illicit Drugs Across Our Northern Border), as amended by Executive Order 14197 of February 3, 2025 (Progress on the Situation at Our Northern Border), and Executive Order 14231 of March 2, 2025 (Amendment to Duties To Address the Flow of Illicit Drugs Across Our Northern Border). With respect to articles from Mexico, I have imposed additional duties on certain goods to address a national emergency resulting from the flow of illicit drugs and illegal migration across our southern border pursuant to Executive Order 14194 of February 1, 2025 (Imposing Duties To Address the Situation at Our Southern Border), as amended by Executive Order 14198 of February 3, 2025 (Progress on the Situation at Our Southern Border), and Executive Order 14227 of March 2, 2025 (Amendment to Duties To Address the Situation at Our Southern Border). As a result of these border emergency tariff actions, all goods of Canada or Mexico under the terms of general note 11 to the HTSUS, including any treatment set forth in subchapter XXIII of chapter 98 and subchapter XXII of chapter 99 of the HTSUS, as related to the Agreement between the United States of America, United Mexican States, and Canada (USMCA), continue to be eligible to enter the U.S. market under these preferential terms. However, all goods of Canada or Mexico that do not qualify as originating under USMCA are presently subject to additional *ad valorem* duties of 25 percent, with energy or energy resources and potash imported from Canada and not qualifying as originating under USMCA presently subject to the lower additional *ad valorem* duty of 10 percent.

(e) Any *ad valorem* rate of duty on articles imported from Canada or Mexico under the terms of this order shall not apply in addition to the *ad valorem* rate of duty specified by the existing orders described in subsection (d) of this section. If such orders identified in subsection (d) of this section are terminated or suspended, all items of Canada and Mexico that qualify as originating under USMCA shall not be subject to an additional *ad valorem* rate of duty, while articles not qualifying as originating under USMCA shall be subject to an *ad valorem* rate of duty of 12 percent. However, these *ad valorem* rates of duty on articles imported from Canada and Mexico shall not apply to energy or energy resources, to potash, or to an article eligible for duty-free treatment under USMCA that is a part or component of an article substantially finished in the United States.

(f) More generally, the *ad valorem* rates of duty set forth in this order shall apply only to the non-U.S. content of a subject article, provided at least 20 percent of the value of the subject article is U.S. originating. For the purposes of this subsection, "U.S. content" refers to the value of an article attributable to the components produced entirely, or substantially transformed in, the United States. U.S. Customs and Border Protection (CBP),

to the extent permitted by law, is authorized to require the collection of such information and documentation regarding an imported article, including with the entry filing, as is necessary to enable CBP to ascertain and verify the value of the U.S. content of the article, as well as to ascertain and verify whether an article is substantially finished in the United States.

(g) Subject articles, except those eligible for admission under ''domestic status'' as defined in 19 CFR 146.43, which are subject to the duty specified in section 2 of this order and are admitted into a foreign trade zone on or after 12:01 a.m. eastern daylight time on April 9, 2025, must be admitted as ''privileged foreign status'' as defined in 19 CFR 146.41.

(h) Duty-free *de minimis* treatment under 19 U.S.C. 1321(a)(2)(A)-(B) shall remain available for the articles described in subsection (a) of this section. Duty-free *de minimis* treatment under 19 U.S.C. 1321(a)(2)(C) shall remain available for the articles described in subsection (a) of this section until notification by the Secretary of Commerce to the President that adequate systems are in place to fully and expeditiously process and collect duty revenue applicable pursuant to this subsection for articles otherwise eligible for *de minimis* treatment. After such notification, duty-free *de minimis* treatment under 19 U.S.C. 1321(a)(2)(C) shall not be available for the articles described in subsection (a) of this section.

(i) The Executive Order of April 2, 2025 (Further Amendment to Duties Addressing the Synthetic Opioid Supply Chain in the People's Republic of China as Applied to Low-Value Imports), regarding low-value imports from China is not affected by this order, and all duties and fees with respect to covered articles shall be collected as required and detailed therein.

(j) To reduce the risk of transshipment and evasion, all *ad valorem* rates of duty imposed by this order or any successor orders with respect to articles of China shall apply equally to articles of both the Hong Kong Special Administrative Region and the Macau Special Administrative Region.

(k) In order to establish the duty rates described in this order, the HTSUS is modified as set forth in the Annexes to this order. These modifications shall enter into effect on the dates set forth in the Annexes to this order.

(l) Unless specifically noted herein, any prior Presidential Proclamation, Executive Order, or other Presidential directive or guidance related to trade with foreign trading partners that is inconsistent with the direction in this order is hereby terminated, suspended, or modified to the extent necessary to give full effect to this order.

**Sec. 4**. *Modification Authority.* (a) The Secretary of Commerce and the United States Trade Representative, in consultation with the Secretary of State, the Secretary of the Treasury, the Secretary of Homeland Security, the Assistant to the President for Economic Policy, the Senior Counselor for Trade and Manufacturing, and the Assistant to the President for National Security Affairs, shall recommend to me additional action, if necessary, if this action is not effective in resolving the emergency conditions described above, including the increase in the overall trade deficit or the recent expansion of non-reciprocal trade arrangements by U.S. trading partners in a manner that threatens the economic and national security interests of the United States.

(b) Should any trading partner retaliate against the United States in response to this action through import duties on U.S. exports or other measures, I may further modify the HTSUS to increase or expand in scope the duties imposed under this order to ensure the efficacy of this action.

(c) Should any trading partner take significant steps to remedy non-reciprocal trade arrangements and align sufficiently with the United States on economic and national security matters, I may further modify the HTSUS to decrease or limit in scope the duties imposed under this order.

(d) Should U.S. manufacturing capacity and output continue to worsen, I may further modify the HTSUS to increase duties under this order.

**Sec. 5**. *Implementation Authority.* The Secretary of Commerce and the United States Trade Representative, in consultation with the Secretary of State, the Secretary of the Treasury, the Secretary of Homeland Security, the Assistant to the President for Economic Policy, the Senior Counselor for Trade and Manufacturing, the Assistant to the President for National Security Affairs, and the Chair of the International Trade Commission are hereby authorized to employ all powers granted to the President by IEEPA as may be necessary to implement this order. Each executive department and agency shall take all appropriate measures within its authority to implement this order.

**Sec. 6**. *Reporting Requirements.* The United States Trade Representative, in consultation with the Secretary of State, the Secretary of the Treasury, the Secretary of Commerce, the Secretary of Homeland Security, the Assistant to the President for Economic Policy, the Senior Counselor for Trade and Manufacturing, and the Assistant to the President for National Security Affairs, is hereby authorized to submit recurring and final reports to the Congress on the national emergency declared in this order, consistent with section 401(c) of the NEA (50 U.S.C. 1641(c)) and section 204(c) of IEEPA (50 U.S.C. 1703(c)).

**Sec. 7**. *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department, agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,

*April 2, 2025.*

Billing code 3395–F4–P

8

**ANNEX I**

| Country | Reciprocal Tariff, Adjusted |
|---|---|
| Algeria | 30% |
| Angola | 32% |
| Bangladesh | 37% |
| Bosnia and Herzegovina | 35% |
| Botswana | 37% |
| Brunei | 24% |
| Cambodia | 49% |
| Cameroon | 11% |
| Chad | 13% |
| China | 34% |
| Côte d`Ivoire | 21% |
| Democratic Republic of the Congo | 11% |
| Equatorial Guinea | 13% |
| European Union | 20% |
| Falkland Islands | 41% |
| Fiji | 32% |
| Guyana | 38% |
| India | 26% |
| Indonesia | 32% |
| Iraq | 39% |
| Israel | 17% |
| Japan | 24% |
| Jordan | 20% |
| Kazakhstan | 27% |
| Laos | 48% |
| Lesotho | 50% |
| Libya | 31% |
| Liechtenstein | 37% |
| Madagascar | 47% |
| Malawi | 17% |
| Malaysia | 24% |
| Mauritius | 40% |
| Moldova | 31% |
| Mozambique | 16% |
| Myanmar (Burma) | 44% |
| Namibia | 21% |

**15050**    **Federal Register** / Vol. 90, No. 65 / Monday, April 7, 2025 / Presidential Documents

| Country | Reciprocal Tariff, Adjusted |
|---|---|
| Nauru | 30% |
| Nicaragua | 18% |
| Nigeria | 14% |
| North Macedonia | 33% |
| Norway | 15% |
| Pakistan | 29% |
| Philippines | 17% |
| Serbia | 37% |
| South Africa | 30% |
| South Korea | 25% |
| Sri Lanka | 44% |
| Switzerland | 31% |
| Syria | 41% |
| Taiwan | 32% |
| Thailand | 36% |
| Tunisia | 28% |
| Vanuatu | 22% |
| Venezuela | 15% |
| Vietnam | 46% |
| Zambia | 17% |
| Zimbabwe | 18% |

## ANNEX II

Note: All products that are classified in the 8-digit subheadings of the Harmonized Tariff Schedule of the United States (HTSUS) that are listed in this Annex are covered by the action. The product descriptions that are contained in this Annex are provided for informational purposes only, and are not intended to delimit in any way the scope of the action. In all cases, the formal language in Annex III governs the tariff treatment of products covered by the action. Any questions regarding the scope of particular HTSUS subheadings should be referred to U.S. Customs and Border Protection. In the product descriptions, the abbreviation "nesoi" means "not elsewhere specified or included".

| HTSUS | Description |
|---|---|
| 05080000 | Coral, shells, cuttlebone and similar materials, unworked or simply prepared, but not cut to shape; powder and waste thereof |
| 25041050 | Natural graphite, in powder or flakes (other than crystalline flake) |
| 25049000 | Natural graphite, other than in powder or in flakes |
| 25101000 | Natural calcium phosphates, natural aluminum calcium phosphates, unground |
| 25102000 | Natural calcium phosphates, natural aluminum |
| 25111010 | Natural barium sulfate (barytes), ground |
| 25111050 | Natural barium sulfate (barytes), not ground |
| 25191000 | Natural magnesium carbonate (magnesite) |
| 25199010 | Fused magnesia; dead-burned (sintered) magnesia, whether or not cont. small quant. of other oxides added before sintering |
| 25199020 | Caustic calcined magnesite |
| 25249000 | Asbestos other than Crocidolite |
| 25292100 | Fluorspar, containing by weight 97 percent or less of calcium fluoride |
| 25292200 | Fluorspar, containing by weight more than 97 percent of calcium fluoride |
| 25302010 | Kieserite |
| 25302020 | Epsom salts (natural magnesium sulfates) |
| 25309010 | Natural cryolite; natural chiolite |
| 25309020 | Natural micaceous iron oxides |
| 25309080 | Other mineral substances, not elsewhere specified or included |
| 26020000 | Manganese ores and concentrates including ferruginous manganese ores & concentrates, with manganese content over 20%, calculated on dry weight |
| 26030000 | Copper ores and concentrates |
| 26050000 | Cobalt ores and concentrates |
| 26060000 | Aluminum ores and concentrates |
| 26080000 | Zinc ores and concentrates |
| 26100000 | Chromium ores and concentrates |
| 26110030 | Tungsten ores |
| 26110060 | Tungsten concentrates |
| 26121000 | Uranium ores and concentrates |
| 26140030 | Synthetic rutile |

1

**15052**    **Federal Register** / Vol. 90, No. 65 / Monday, April 7, 2025 / Presidential Documents

| HTSUS | Description |
|---|---|
| 26140060 | Titanium ores and concentrates, other than synthetic rutile |
| 26159030 | Synthetic tantalum-niobium concentrates |
| 26159060 | Niobium, tantalum or vanadium ores and concentrates, nesoi |
| 26161000 | Silver ores and concentrates |
| 26171000 | Antimony ores and concentrates |
| 26203000 | Ash and residues (other than from the manufacture of iron or steel), containing mainly copper |
| 26209950 | Slag (other than from the manufacture of iron or steel), containing by weight over 40% titanium, and which if containing over 2% by weight of copper, lead, or zinc is not to be treated for the recovery thereof |
| 27011100 | Coal, anthracite, whether or not pulverized, but not agglomerated |
| 27011200 | Coal, bituminous, whether or not pulverized, but not agglomerated |
| 27011900 | Coal, other than anthracite or bituminous, whether or not pulverized, but not agglomerated |
| 27012000 | Coal, briquettes, ovoids and similar solid fuels manufactured from coal |
| 27021000 | Lignite (excluding jet), whether or not pulverized, but not agglomerated |
| 27022000 | Lignite (excluding jet), agglomerated |
| 27030000 | Peat (including peat litter), whether or not agglomerated |
| 27040000 | Coke and semicoke of coal, lignite or peat, whether or not agglomerated; retort carbon |
| 27050000 | Coal gas, water gas, producer gas and similar gases, other than petroleum gases and other gaseous hydrocarbons |
| 27060000 | Tars (including reconstituted tars), distilled from coal, lignite or peat, and other mineral tars, whether dehydrated or partially distilled |
| 27071000 | Benzene, from the distillation of high-temperature coal tar, or in which the weight of the aromatic constituents exceeds that of the nonaromatic constituents |
| 27072000 | Toluene, from the distillation of high-temperature coal tar, or in which the weight of aromatic constituents exceeds that of the nonaromatic constituents |
| 27073000 | Xylenes, from the distillation of high-temperature coal tar, or in which the weight of the aromatic constituents exceeds that of the nonaromatic constituents |
| 27074000 | Naphthalene, from the distillation of high-temperature coal tar, or in which the weight of the aromatic constituents exceeds that of the nonaromatic constituents |
| 27075000 | Aromatic hydrocarbon mixtures (from the distillation of high-temperature coal tar, or similar products in which the weight of the aromatic constituents exceeds that of the nonaromatic constituents), other than Benzene, Toluene, Xylenes, and Naphathalene, in which 65% or more by volume (including losses) distills at 250 C by the ISO 3405 method (equivalent to the ASTM D 86 method) |
| 27079100 | Creosote oils, from the distillation of high-temperature coal tar or similar products in which the weight of the aromatic constituents exceeds that of the nonaromatic constituents |
| 27079910 | Light oil, from the distillation of high-temperature coal tar or similar products in which the weight of the aromatic constituents exceeds that of the nonaromatic constituents |

2

| HTSUS | Description |
|---|---|
| 27079920 | Picolines, from the distillation of high-temperature coal tar or similar products in which the weight of the aromatic constituents exceeds that of the nonaromatic constituents |
| 27079940 | Carbazole, from the distillation of high-temperature coal tar or similar products in which the weight of the aromatic constituents exceeds that of the nonaromatic constituents, having a purity of 65% or more by weight |
| 27079951 | Phenols, from the distillation of high-temperature coal tar or similar products in which the weight of aromatic constituents exceeds that of nonaromatic constituents, containing more than 50% by weight of hydroxybenzene |
| 27079955 | Metacresol, orthocresol, paracresol, and metaparacresol, from the distillation of high-temperature coal tar or similar products where the weight of the aromatic constituents exceeds that of the nonaromatic constituents, having a purity of 75% or more by weight |
| 27079959 | Phenols, nesoi |
| 27079990 | Other products of the distillation of high-temperature coal tar and similar products in which the weight of the aromatic constituents exceed that of the nonaromatic constituents, nesoi |
| 27081000 | Pitch, obtained from coal tar or other mineral tars |
| 27082000 | Pitch coke, obtained from coal tar or other mineral tars |
| 27090010 | Petroleum oils and oils from bituminous minerals, crude, testing under 25 degrees A.P.I. |
| 27090020 | Petroleum oils and oils from bituminous minerals, crude, testing 25 degrees A.P.I. or more |
| 27101215 | Light oil motor fuel from petroleum oils and oils from bituminous minerals (other than crude) and containing by weight 70% or more of petroleum oils or oils from bituminous minerals |
| 27101218 | Light oil motor fuel blending stock from petroleum oils and oils from bituminous minerals (other than crude) containing by weight 70% or more from petroleum oils or oils from bituminous minerals |
| 27101225 | Naphthas (except motor fuel or motor fuel blending stock) |
| 27101245 | Light oil mixtures of hydrocarbons nesoi which contain by weight not over 50% of any single hydrocarbon compound |
| 27101290 | Light oils and preparations, from petroleum oils and oils from bituminous minerals or preparations nesoi containing by weight 70% or more of petroleum oils or oils obtained from bituminous minerals |
| 27101906 | Distillate and residual fuel oils (including blended fuel oils), derived from petroleum or oils from bituminous minerals, testing < 25 degrees A.P.I. |
| 27101911 | Distillate and residual fuel oils (including blended fuel oils), derived from petroleum oils or oils from bituminous minerals, testing 25 degrees A.P.I. or > |
| 27101916 | Kerosene-type jet fuel, from petroleum oils and oils of bituminous minerals (other than crude) or preparations containing by weight 70%+ of petroleum oils or oils obtained from bituminous minerals |
| 27101924 | Kerosene motor fuel (except kerosene-type jet fuel), from petroleum oils and oils of bituminous minerals (other than crude) or preparations containing by weight 70%+ of petroleum oils or oils obtained from bituminous minerals |

3

| HTSUS | Description |
|---|---|
| 27101925 | Kerosene motor fuel blending stock (except kerosene-type jet fuel), from petroleum oils and oils of bituminous minerals (other than crude) or preparations containing by weight 70%+ of petroleum oils or oils obtained from bituminous minerals |
| 27101926 | Kerosene (except kerosene-type jet fuel, kerosene motor fuel, and kerosene motor fuel blending stock), from petroleum oils and oils of bituminous minerals (other than crude) or preparations containing by weight 70%+ of petroleum oils or oils obtained from bituminous minerals |
| 27101930 | Lubricating oils, with or without additives, from petroleum oils and oils of bituminous minerals (other than crude) or preparations containing by weight 70%+ of petroleum oils or oils obtained from bituminous minerals |
| 27101935 | Lubricating greases, containing not over 10% by weight of salts of fatty acids of animal or vegetable origin, from petroleum oils and oils of bituminous minerals (other than crude) or preparations containing by weight 70%+ of petroleum oils or oils obtained from bituminous minerals |
| 27101940 | Lubricating greases, containing 10% or more by weight of salts of fatty acids of animal or vegetable origin, from petroleum oils and oils of bituminous minerals (other than crude) or preparations containing by weight 70%+ of petroleum oils or oils obtained from bituminous minerals |
| 27101945 | Mixture of hydrocarbons nesoi, which contain by weight not over 50% of any single hydrocarbon compound, from petroleum oils and oils of bituminous minerals (other than crude) or preparations containing by weight 70%+ of petroleum oils or oils obtained from bituminous minerals |
| 27101990 | Petroleum oils and oils from bituminous minerals or preparations nesoi containing by weight 70% or more of petroleum oils or oils obtained from bituminous minerals |
| 27102005 | Distillate and residual fuel oils (including blended fuel oils), testing under 25 degrees A.P.I., from petroleum oils and oils of bituminous minerals (other than crude) or preparations nesoi containing by weight 70%+ of petroleum oils or oils obtained from bituminous minerals, containing biodiesel, other than waste oils |
| 27102010 | Dist and resid fuel oil (including blends) derived from petro or oils fr bitum min testing 25 degree A.P.I. or >, contng biodiesel |
| 27102015 | Kerosene-type jet fuel/mtr ful/mtr ful blend stck fr pet oils & bitumin min (o/th crude), or preps. 70%+ by w fr pet oils, ctg biodiesel |
| 27102025 | Kerosene (ex jet fuel,mtr ful/mtr ful blend stck/jet), fr pet oils and bitumin. min (o/th crude) or preps 70%+ by wt fr pet oils, ctg biodie |
| 27109100 | Waste oils from petro oils/bitum minerals/preps 70%+ by wt. fr. petro oils/bitum minerals containing PCBs, PCTs or PBBs |
| 27109905 | Wastes of distillate and residual fuel oil (including blends) derived from petroleum oil/bituminous minerals, testing under 25 degree A.P.I. |
| 27109910 | Wastes of distillate and residual fuel oil (including blends) derived from petroleum oil/bituminous minerals, testing 25 degrees A.P.I. or > |
| 27109916 | Waste motor fuel or motor fuel blending stock from petro oils and bitumin. minerals (o/than crude) or preps. 70%+ by wt. from petro oils |
| 27109921 | Waste kerosene or naphthas from petro oils and bitumin minerals (o/than crude) or preps. 70%+ by wt. From petro oils/bitumin minerals |

4

**Federal Register** / Vol. 90, No. 65 / Monday, April 7, 2025 / Presidential Documents    **15055**

| HTSUS | Description |
|---|---|
| 27109931 | Waste lubricating oils, w/or w/o additives, from petro oils and bitumin minerals (o/than crude) or preps. 70%+ by wt. from petro oils |
| 27109932 | Waste lubricating greases from petro oil/bitum min/70%+ by wt. fr petro oils but n/o 10% by wt. of fatty acid salts animal/vegetable origin |
| 27109939 | Waste lubricating greases from petro oil/bitum min/70%+ by wt. fr petro oils but over 10% by wt. of fatty acid salts animal/vegetable origin |
| 27109945 | Waste mixtures of hydrocarbons from petro oils & bitum. min. or preps.70%+ by wt. fr. petro oils, nesoi, n/o 50% any single hydrocarbon |
| 27109990 | Waste petroleum oils & oils from bitum. min. or preps nesoi 70%+ by wt. from petro. oils or bitum. min., nesoi |
| 27111100 | Natural gas, liquefied |
| 27111200 | Propane, liquefied |
| 27111300 | Butanes, liquefied |
| 27111400 | Ethylene, propylene, butylene and butadiene, liquefied |
| 27111900 | Liquefied petroleum gases and other gaseous hydrocarbons, nesoi |
| 27112100 | Natural gas, in gaseous state |
| 27112900 | Petroleum gases and other gaseous hydrocarbons, except natural gas |
| 27121000 | Petroleum jelly |
| 27122000 | Paraffin wax (whether or not colored), obtained by synthesis or other process and less than 0.75% oil by wt. |
| 27129010 | Montan wax (whether or not colored), obtained by synthesis or other process |
| 27129020 | Mineral waxes (i.e.,paraffin w/0.75%+ oil, microcrystall. wax, slack lignite & peat waxes, ozokerite), obtained by synthesis |
| 27131100 | Coke, petroleum, not calcined |
| 27131200 | Coke, petroleum coke, calcined |
| 27132000 | Petroleum bitumen |
| 27139000 | Residues (except petroleum coke or petroleum bitumen) of petroleum oils or of oils obtained from bituminous materials |
| 27141000 | Bituminous or oil shale and tar sands |
| 27149000 | Bitumen and asphalt, natural; asphaltites and asphaltic rocks |
| 27150000 | Bituminous mixtures based on natural asphalt, natural bitumen, petroleum bitumen, mineral tar or mineral tar pitch |
| 27160000 | Electrical energy |
| 28012000 | Iodine |
| 28042900 | Rare gases, other than argon |
| 28045000 | Boron; tellurium |
| 28046000 | Silicon containing by weight not less than 99.99 percent of silicon |
| 28048000 | Arsenic |
| 28049000 | Selenium |
| 28051910 | Strontium |
| 28051920 | Barium |
| 28051990 | Alkali metals, other than sodium |

5

**15056**    **Federal Register** / Vol. 90, No. 65 / Monday, April 7, 2025 / Presidential Documents

| HTSUS | Description |
|---|---|
| 28053000 | Rare-earth metals, scandium and yttrium, whether or not intermixed or interalloyed |
| 28111100 | Hydrogen fluoride (Hydrofluoric acid) |
| 28111910 | Arsenic acid |
| 28112910 | Arsenic trioxide |
| 28112920 | Selenium dioxide |
| 28121900 | Other chlorides and chloride oxides |
| 28139010 | Arsenic sulfides |
| 28152000 | Potassium hydroxide (Caustic potash) |
| 28161000 | Hydroxide and peroxide of magnesium |
| 28164010 | Oxides, hydroxides and peroxides of strontium |
| 28164020 | Oxides, hydroxides and peroxides of barium |
| 28170000 | Zinc oxide; zinc peroxide |
| 28181010 | Artificial corundum, crude |
| 28181020 | Artificial corundum, in grains, or ground, pulverized or refined |
| 28182000 | Aluminum oxide, other than artificial corundum |
| 28183000 | Aluminum hydroxide |
| 28201000 | Manganese dioxide |
| 28211000 | Iron oxides and hydroxides |
| 28212000 | Earth colors containing 70 percent or more by weight of combined iron evaluated as Fe2O3 |
| 28220000 | Cobalt oxides and hydroxides; commercial cobalt oxides |
| 28230000 | Titanium oxides |
| 28252000 | Lithium oxide and hydroxide |
| 28255030 | Copper hydroxides |
| 28256000 | Germanium oxides and zirconium dioxide |
| 28258000 | Antimony oxides |
| 28259015 | Niobium oxide |
| 28259030 | Tungsten oxides |
| 28259090 | Other inorganic bases; other metal oxides, hydroxides and peroxides, nesoi |
| 28261200 | Fluorides of aluminum |
| 28263000 | Sodium hexafluoroaluminate (Synthetic cryolite) |
| 28269090 | Other complex fluorine salts, nesoi |
| 28273100 | Magnesium chloride |
| 28273945 | Barium chloride |
| 28273960 | Cobalt chlorides |
| 28273990 | Chlorides, nesoi |
| 28274100 | Chloride oxides and chloride hydroxides of copper |
| 28274950 | Chloride oxides and chloride hydroxides other than of copper or of vanadium |
| 28275951 | Other bromides and bromide oxides, other than ammonium, calcium or zinc |
| 28276010 | Iodide and iodide oxide of calcium or copper |

6

**Federal Register** / Vol. 90, No. 65 / Monday, April 7, 2025 / Presidential Documents    **15057**

| HTSUS | Description |
|---|---|
| 28276051 | Iodides and iodide oxides, other than of calcium, copper or potassium |
| 28332100 | Magnesium sulfate |
| 28332500 | Copper sulfate |
| 28332700 | Barium sulfate |
| 28332910 | Cobalt sulfate |
| 28332945 | Zinc sulfate |
| 28332951 | Other sulfates nesoi |
| 28342100 | Potassium nitrate |
| 28342920 | Strontium nitrate |
| 28342951 | Nitrates, nesoi |
| 28366000 | Barium carbonate |
| 28369100 | Lithium carbonates |
| 28369200 | Strontium carbonate |
| 28369910 | Cobalt carbonates |
| 28369950 | Carbonates nesoi, and peroxocarbonates (percarbonates) |
| 28418000 | Tungstates (wolframates) |
| 28419020 | Ammonium perrhenate |
| 28419040 | Aluminates |
| 28432901 | Silver compounds, other than silver nitrate |
| 28433000 | Gold compounds |
| 28439000 | Inorganic or organic compounds of precious metals, excluding those of silver and gold; amalgams of precious metals |
| 28441010 | Natural uranium metal |
| 28441020 | Natural uranium compounds |
| 28442000 | Uranium enriched in U235 and plutonium and their compounds; alloys, dispersions, ceramic products and mixtures containing these products |
| 28443020 | Compounds of uranium depleted in U235 |
| 28443050 | Uranium depleted in U235, thorium; alloys, dispersions, ceramic products and mixtures of these products and their compounds |
| 28444300 | Other radioactive elements, isotopes, compounds, nesoi; alloys, dispersions, ceramic products and mixtures thereof |
| 28459001 | Isotopes not in heading 2844 and their compounds other than boron, lithium and helium |
| 28461000 | Cerium compounds |
| 28469020 | Mixtures of rare-earth oxides or of rare-earth chlorides |
| 28469040 | Yttrium materials and compounds containing by wt. >19% But < 85% yttrium oxide equivalent |
| 28469080 | Compounds, inorganic or organic, of rare-earth metals, of yttrium or of scandium, or of mixtures of these metals, nesoi |
| 28492010 | Silicon carbide, crude |
| 28492020 | Silicon carbide, in grains, or ground, pulverized or refined |

| HTSUS | Description |
|---|---|
| 28499030 | Tungsten carbide |
| 28539010 | Phosphor copper containing more than 15% by weight of phosphorus, excluding ferrosphosphorus |
| 28539090 | Other phosphides, excl ferrophosphorous, nesoi |
| 29034510 | 1,2,1,2-Tetrafluoroethane (HFC-134a) and 1,1,2,2-tetrafluoroethane (HFC-134) |
| 29035990 | Other unsaturated fluorinated derivatives of acyclic hydrocarbons |
| 29036990 | Other brominated or iodinated derivatives of acyclic hydrocarbons |
| 29037800 | Other perhalogenated acyclic hydrocarbon derivatives, nesoi |
| 29037990 | Other halogenated derivatives of acyclic hydrocarbons containing two or more different halogens, nesoi |
| 29038915 | Halogenated products derived in whole or in part from benzene or other aromatic hydrocarbon, described in additional U.S. note 3 to sec. VI |
| 29038920 | Halogenated derivatives derived in whole or in part from benzene or other aromatic hydrocarbon, nesoi |
| 29038970 | Other halogenated derivatives of cyclanic etc hydrocarbons not deriv from benzene or other aromatic hydrocarbons |
| 29039200 | Hexachlorobenzene (ISO) and DDT (clofenatone (INN), (1,1,1-Trichloro-2,2-bis(p-chlorophenyl)ethane)) |
| 29049940 | Sulfonated, nitrated or nitrosated derivatives of aromatic products described in additional US note 3 to section 6 |
| 29052990 | Unsaturated monohydric alcohols, other than allyl alcohol or acyclic terpene alcohols |
| 29053990 | Dihydric alcohols (diols), nesoi |
| 29055910 | Halogenated, sulfonated, nitrated or nitrosated derivatives of monohydric alcohols |
| 29055990 | Halogenated, sulfonated, nitrated or nitrosated derivatives of acyclic alcohols, nesoi |
| 29061950 | Other cyclanic, cyclenic or cycloterpenic alcohols and their halogenated, sulfonated, nitrated or nitrosated derivatives |
| 29062960 | Other aromatic alcohols and their halogenated, sulfonated, nitrated or nitrosated derivatives |
| 29072990 | Other polyphenols, nesoi |
| 29081960 | Other halogenated, sulfonated, nitrated or nitrosated derivatives of phenol or phenol-alcohols |
| 29091918 | Ethers of acyc monohydric alcohols & deriv, nesoi |
| 29092000 | Cyclanic, cyclenic or cycloterpenic ethers and their halogenated, sulfonated, nitrated or nitrosated derivatives |
| 29093060 | Other aromatic ethers and their halogenated, sulfonated, nitrated, or nitrosated derivatives, nesoi |
| 29094910 | Other aromatic ether-alcohols, their halogenated, sulfonated, nitrated or nitrosated derivatives described in add. US note 3 to section VI |
| 29094915 | Aromatic ether-alcohols and their halogenated, sulfonated, nitrated or nitrosated derivatives, nesoi |
| 29094920 | Nonaromatic glycerol ethers |
| 29094960 | Other non-aromatic ether-alcohols and their halogenated, sulfonated, nitrated or nitrosated derivatives |

8

| HTSUS | Description |
|---|---|
| 29095040 | Odoriferous or flavoring compounds of ether-phenols, ether-alcohol-phenols & their halogenated, sulfonated, nitrated, nitrosated derivatives |
| 29095045 | Ether-phenols, ether-alcohol-phenols & their halogenated, sulfonated, nitrated, nitrosated derivatives nesoi, in add. U.S. note 3 to sec. VI |
| 29095050 | Ether-phenols, ether-alcohol-phenols and their halogenated, sulfonated, nitrated or nitrosated derivatives, nesoi |
| 29121950 | Acyclic aldehydes without other oxygen function, nesoi |
| 29124926 | Other aromatic aldehyde-alcohols, aldehyde-ethers, aldehyde-phenols and aldehydes with other oxygen function |
| 29141900 | Acyclic ketones without other oxygen function, nesoi |
| 29144090 | Nonaromatic ketone-alcohols and ketone-aldehydes, nesoi |
| 29145030 | Aromatic ketone-phenols and ketones with other oxygen function |
| 29145050 | Nonaromatic ketone-phenols and ketones with other oxygen function |
| 29146200 | Coenzyme Q10 (ubidecarenone (INN) |
| 29146921 | Quinone drugs |
| 29146990 | Quinones, nesoi |
| 29147940 | Other halogenated, sulfonated, nitrated, etc derivatives of aromatic ketones and quinones whether or not with other oxygen function |
| 29152930 | Cobalt acetates |
| 29153931 | Aromatic esters of acetic acid described in additional U.S. note 3 to section VI |
| 29153935 | Aromatic esters of acetic acid, nesoi |
| 29153947 | Acetates of polyhydric alcohols or of polyhydric alcohol ethers |
| 29153990 | Other non-aromatic esters of acetic acid |
| 29159010 | Fatty acids of animal or vegetable origin, nesoi |
| 29159014 | Valproic acid |
| 29159018 | Saturated acyclic monocarboxylic acids, nesoi |
| 29159020 | Aromatic anhydrides, halides, peroxides and peroxyacids, of saturated acyclic monocarboxylic acids, and their derivatives, nesoi |
| 29159050 | Nonaromatic anhydrides, halides, peroxides and peroxyacids, of saturated acyclic monocarboxylic acids, and their derivatives, nesoi |
| 29161930 | Unsaturated acyclic monocarboxylic acids, nesoi |
| 29161950 | Unsaturated acyclic monocarboxylic acid anhydrides, halides, peroxides, peroxyacids and their derivatives, nesoi |
| 29162050 | Cyclanic, cyclenic or cycloterpenic monocarboxylic acids, their anhydrides, halides, peroxides, peroxyacids and their derivatives |
| 29163150 | Benzoic acid esters, nesoi |
| 29163946 | Aromatic monocarboxylic acids, their anhydrides, halides, peroxides, peroxyacids and derivatives described in add'l US note 3 to section VI |
| 29163979 | Other aromatic monocarboxylic acids, their anhydrides, halides, peroxides, peroxyacids and their derivatives |
| 29171300 | Azelaic acid, sebacic acid, their salts and esters |
| 29171910 | Ferrous fumarate |

9

**15060**    **Federal Register** / Vol. 90, No. 65 / Monday, April 7, 2025 / Presidential Documents

| HTSUS | Description |
|---|---|
| 29171970 | Acyclic polycarboxylic acids and derivative (excluding plasticizers) |
| 29173401 | Esters of orthophthalic acid, nesoi |
| 29173930 | Aromatic polycarboxylic acids, their anhydrides, halides, peroxides, peroxyacids and their derivatives nesoi, in add. U.S. note 3 to sec. VI |
| 29181151 | Salts and esters of lactic acid |
| 29181350 | Salts and esters of tartaric acid, nesoi |
| 29181650 | Salts and esters of gluconic acid |
| 29181960 | Malic acid |
| 29181990 | Nonaromatic carboxylic acids with alcohol function, without other oxygen function, and their derivatives, nesoi |
| 29182210 | O-Acetylsalicylic acid (Aspirin) |
| 29182250 | Salts and esters of O-acetylsalicylic acid |
| 29182330 | Esters of salicylic acid and their salts, described in additional U.S. note 3 to section VI |
| 29182350 | Esters of salicylic acid and their salts, nesoi |
| 29182920 | Gentisic acid; and hydroxycinnamic acid and its salts |
| 29182965 | Carboxylic acids with phenol function but w/o other oxygen function, described in add'l. U.S. note 3 to section VI |
| 29182975 | Other carboxylic acids w/phenol function but w/o other oxygen function & their derivatives (excluding goods of add. US note 3 to section VI) |
| 29183025 | Aromatic carboxylic acids w/aldehyde or ketone function but w/o other oxygen function & their deriv desc. in add US note 3 to sec VI, nesoi |
| 29183030 | Aromatic carboxylic acids with aldehyde or ketone function, but without other oxygen function, and derivatives, nesoi |
| 29183090 | Non-aromatic carboxylic acids w/aldehyde or ketone function but w/o other oxygen func. their anhydrides, halides, peroxides, etc derivatives |
| 29189930 | Aromatic drugs derived from carboxylic acids with additional oxygen function, and their derivatives, nesoi |
| 29189943 | Aromatic carboxylic acids with add'l oxygen function and their anhydrides, halide, etc deriv described in add US note 3 to sect VI, nesoi |
| 29189947 | Other aromatic carboxylic acids with add'l oxygen function and their anhydrides, halide, etc deriv (exclud goods in add US note 3 to sec VI) |
| 29189950 | Nonaromatic carboxylic acids with additional oxygen function, and their derivatives, nesoi |
| 29199030 | Aromatic phosphoric esters and their salts, including lactophosphates, and their derivatives, not used as plasticizers |
| 29199050 | Nonaromatic phosphoric esters and their salts, including lactophosphates, and their derivatives |
| 29209051 | Nonaromatic esters of inorganic acids of nonmetals and their salts and derivatives, excluding esters of hydrogen halides, nesoi |
| 29211911 | Mono- and triethylamines; mono-, di-, and tri(propyl- and butyl-) monoamines; salts of any of the foregoing |
| 29211961 | N,N-Dialkyl (methyl, ethyl, N-Propyl or Isopropyl)-2-Chloroethylamines and their protonated salts; Acylcic monoamines and their derivatives, nesoi |

10

| HTSUS | Description |
|---|---|
| 29212900 | Acyclic polyamines, their derivatives and salts, other than ethylenediamine or hexamethylenediamine and their salts |
| 29213010 | Cyclanic, cyclenic, cycloterpenic mono- or polyamines, derivatives and salts, from any aromatic compound desc in add US note 3, sec. VI |
| 29213050 | Cyclanic, cyclenic or cycloterpenic mono- or polyamines, and their derivatives and salts, from any nonaromatic compounds |
| 29214290 | Other aniline derivatives and their salts |
| 29214600 | Amfetamine (INN), benzfetamine (INN), dexamfetamine (INN), etilamfetamine (INN), and other specified INNs; salts thereof |
| 29214938 | Aromatic monoamine antidepressants, tranquilizers and other psychotherapeutic agents, nesoi |
| 29214943 | Aromatic monoamine drugs, nesoi |
| 29214945 | Aromatic monoamines and their derivatives nesoi; salts thereof, described in additional U.S. note 3 to section VI |
| 29214950 | Aromatic monoamines and their derivatives and salts thereof, nesoi |
| 29215980 | Aromatic polyamines and their derivatives; salts thereof nesoi |
| 29221100 | Monoethanolamine and its salts |
| 29221400 | Dextropropoxyphene (INN) and its salts |
| 29221909 | Aromatic amino-alcohols drugs, their ethers and esters, other than those containing > one kind of oxygen function; salts thereof; nesoi |
| 29221920 | 4,4'-Bis(dimethylamino)benzhydrol (Michler's hydrol) and other specified aromatic amino-alcohols, their ethers and esters; salts thereof |
| 29221933 | N1-(2-Hydroxyethyl-2-nitro-1,4-phenylendiamine; N1,N4,N4-tris(2-hydroxyethyl)-2-nitro-1,4-phenylenediamine; and other specified chemicals |
| 29221960 | Aromatic amino-alcohols, their ethers and esters, other than those containing more than one oxy func described in add. US note 3 to sect VI |
| 29221970 | Other aromatic amino-alcohols, their ethers & esters, other than those contain more than one oxy func (exc goods of add. US note 3 sect VI) |
| 29221990 | Salts of triethanolamine |
| 29221996 | Amino-alcohols, other than those containing more than one kind of oxygen function, their ethers and esters and salts thereof, nesoi |
| 29222927 | Drugs of amino-naphthols and -phenols, their ethers and esters, except those cont. more than one oxygen function; salts thereof, nesoi |
| 29222961 | Amino-naphthols and other amino-phenols and their derivatives of products described in add'l U.S. note 3 to section VI |
| 29222981 | Amino-naphthols and other amino-phenols; their ethers, esters & salts (not containing more than one oxygen function) thereof nesoi |
| 29223100 | Amfepramone (INN), methadone (INN) and normethadone (INN); salts thereof |
| 29223925 | Aromatic amino-aldehydes, -ketones and -quinones, other than those with more than one oxygen function; salts; desc in add US note 3 sec VI |
| 29223945 | Aromatic amino-aldehydes, -ketones and -quinones, other than those with more than one oxygen function; salts thereof; nesoi |
| 29223950 | Nonaromatic amino-aldehydes, -ketones and -quinones, other than those with more than one kind of oxygen function, salts thereof; nesoi |

11

| HTSUS | Description |
|---|---|
| 29224100 | Lysine and its esters and salts thereof |
| 29224250 | Glutamic acid and its salts, other than monosodium glutamate |
| 29224400 | Tildine (INN) and its salts |
| 29224910 | m-Aminobenzoic acid, technical; and other specified aromatic amino-acids and their esters, except those with more than one oxygen function |
| 29224926 | Aromatic amino-acids drugs and their esters, not containing more than one kind of oxygen function, nesoi |
| 29224930 | Aromatic amino-acids and their esters, excl. those with more than one oxygen function; salts; described in add. U.S. note 3 to sect VI |
| 29224937 | Aromatic amino-acids and their esters, not contng more than 1 kind of oxygen function (excluding goods in add U.S. note 3 to sec VI), nesoi |
| 29224949 | Nonaromatic amino-acids, other than those containing more than one kind of oxygen function, other than glycine |
| 29224980 | Non-aromatic esters of amino-acids, other than those containing more than one kind of oxygen function; salts thereof |
| 29225007 | 3,4-Diaminophenetole dihydrogen sulfate; 2-nitro-5-[(2,3-dihydroxy)propoxy]-N-methylaniline; and other specified aromatic chemicals |
| 29225010 | Specified aromatic amino-alcohol-phenols, amino-acid-phenols and other amino-compounds with oxygen function |
| 29225011 | Salts of d(underscored)-(-)-p-Hydroxyphenylglycine |
| 29225013 | Isoetharine hydrochloride and other specified aromatic drugs of amino-compounds with oxygen function |
| 29225014 | Other aromatic cardiovascular drugs of amino-compounds with oxygen function |
| 29225017 | Aromatic dermatological agents and local anesthetics of amino-compounds with oxygen function |
| 29225025 | Aromatic drugs of amino-compounds with oxygen function, nesoi |
| 29225035 | Aromatic amino-alcohol-phenols, amino-acid-phenols and other amino-compounds with oxygen function described in add. US note 3 to section VI |
| 29225040 | Aromatic amino-alcohol-phenols, amino-acid-phenols and other amino-compounds with oxygen function, nesoi |
| 29225050 | Nonaromatic amino-alcohol-phenols, amino-acid-phenols and other amino-compounds with oxygen function |
| 29231000 | Choline and its salts |
| 29232020 | Lecithins and other phosphoaminolipids, nesoi |
| 29239001 | Quaternary ammonium salts and hydroxides, whether or not chemically defined, nesoi |
| 29241100 | Meprobamate (INN) |
| 29241911 | Acyclic amides (including acyclic carbamates) |
| 29241980 | Acyclic amide derivatives; salts thereof; nesoi |
| 29242116 | Aromatic ureines and their derivatives pesticides, nesoi |
| 29242150 | Nonaromatic ureines and their derivatives; and salts thereof |
| 29242910 | Acetanilide; N-acetylsulfanilyl chloride; aspartame; and 2-methoxy-5-acetamino-N,N-bis(2-acetoxyethyl)aniline |

12

Federal Register / Vol. 90, No. 65 / Monday, April 7, 2025 / Presidential Documents    15063

| HTSUS | Description |
|-------|-------------|
| 29242962 | Other aromatic cyclic amides and derivatives for use as drugs |
| 29242971 | Aromatic cyclic amides and their derivatives of products described in additional U.S. note 3 to section VI, nesoi |
| 29242977 | Aromatic cyclic amides (incl cyclic carbamates) and their derivatives and salts thereof, nesoi |
| 29242995 | Other nonaromatic cyclic amides and their derivatives; salts thereof; nesoi |
| 29251200 | Glutethimide (INN) |
| 29251942 | Other aromatic imides and their derivatives; salts thereof; nesoi |
| 29251991 | Other non-aromatic imides and their derivatives |
| 29252100 | Chlordimeform (ISO) |
| 29252920 | Aromatic drugs of imines and their derivatives, nesoi |
| 29252960 | Aromatic imines and their derivatives; salts thereof (excluding drugs); nesoi |
| 29252990 | Non-aromatic imines and their derivatives; salts thereof |
| 29263010 | Fenproporex (INN) and its salts |
| 29264000 | alpha-Phenylacetoacetonitrile |
| 29269014 | p-Chlorobenzonitrile and verapamil hydrochloride |
| 29269043 | Aromatic nitrile-function compounds, nesoi, described in additional U.S. note 3 to section VI |
| 29269048 | Aromatic nitrile-function compounds other than those products in additional U.S. note 3 to section VI, nesoi |
| 29270040 | Diazo-, azo- or azoxy-compounds, nesoi, described in additional U.S. note 3 to section VI |
| 29270050 | Other diazo-, azo- or azoxy-compounds, nesoi |
| 29280025 | Aromatic organic derivatives of hydrazine or of hydroxylamine |
| 29280030 | Nonaromatic drugs of organic derivatives of hydrazine or of hydroxylamine, other than Methyl ethyl ketoxime |
| 29280050 | Nonaromatic organic derivatives of hydrazine or of hydroxylamine, nesoi |
| 29299020 | Aromatic compounds with other nitrogen function, nesoi |
| 29299050 | Nonaromatic compounds with other nitrogen functions, except isocyanates |
| 29302020 | Aromatic compounds of thiocarbamates and dithiocarbamates, excluding pesticides |
| 29302090 | Other non-aromatic thiocarbamates and dithiocarbamates |
| 29303060 | Thiuram mono-, di- or tetrasulfides, other than tetramethylthiuram monosulfide |
| 29309029 | Other aromatic organo-sulfur compounds (excluding pesticides) |
| 29309049 | Nonaromatic organo-sulfur acids, nesoi |
| 29309092 | Other non-aromatic organo-sulfur compounds |
| 29314900 | Other non-halogenated organo-phosphorous derivatives |
| 29315300 | O-(3-chloropropyl) O-[4-nitro-3-(trifluoromethyl)phenyl] methylphosphonothionate |
| 29319022 | Drugs of aromatic organo-inorganic compounds |
| 29319090 | Other non-aromatic organo-inorganic compounds |
| 29321400 | Sucralose |

13

| HTSUS | Description |
|---|---|
| 29321951 | Nonaromatic compounds containing an unfused furan ring (whether or not hydrogenated) in the ring |
| 29322020 | Aromatic drugs of lactones |
| 29322030 | Aromatic lactones, nesoi, described in additional U.S. note 3 to section VI |
| 29322050 | Nonaromatic lactones |
| 29329961 | Aromatic heterocyclic compounds with oxygen hetero-atom(s) only described in additional U.S. note 3 to section VI, nesoi |
| 29329970 | Aromatic heterocyclic compounds with oxygen hetero-atom(s) only, nesoi |
| 29329990 | Nonaromatic heterocyclic compounds with oxygen hetero-atom(s) only, nesoi |
| 29331100 | Phenazone (Antipyrine) and its derivatives |
| 29331935 | Aromatic or modified aromatic drugs of heterocyclic compounds with nitrogen hetero-atom(s) only containing an unfused pyrazole ring |
| 29331945 | Nonaromatic drugs of heterocyclic compounds with nitrogen hetero-atom(s) only containing an unfused pyrazole ring |
| 29331990 | Other compound (excluding aromatic, modified aromatic & drugs) containing unfused pyrazole ring (whether or n/hydrogenated) in the structure |
| 29332100 | Hydantoin and its derivatives |
| 29332920 | Aromatic or modified aromatic drugs of heterocyclic compounds with nitrogen hetero-atom(s) only cont. an unfused imidazole ring |
| 29332935 | Aromatic or mod. aromatic goods in add US note 3 to sect VI containing an unfused imidazole ring (whether or n/hydrogenated) in structure |
| 29332943 | Aromatic or mod aromatic goods contng unfused imidazole ring (whether or n/hydrogenated) in the structure (exc prod in add US note 3 sec VI) |
| 29332945 | Nonaromatic drugs of heterocyclic compounds with nitrogen hetero-atom(s) only, containing an unfused imidazole ring, nesoi |
| 29332990 | Other compounds (excluding drugs, aromatic and modified aromatic compounds) containing an unfused imidazole ring (whether or n/hydrogenated) |
| 29333301 | Alfentanil (INN), anileridine (INN), bezitramide (INN), bromazepam (INN), difenoxin (INN), and other specified INNs; salts thereof |
| 29333400 | Other fentanyls and their derivatives, containing an unfused pyrazole ring |
| 29333500 | 3-Quinuclidinol |
| 29333700 | N-Phenethyl-4-piperidone (NPP) |
| 29333908 | 1-(3-Sulfapropyl)pryidinium hydroxide; N,N-bis(2,2,6,6-tetramethyl-4-piperidinyl)-1,6-hexanediamine; and 5 other specified chemicals |
| 29333910 | Collidines, lutidines and picolines |
| 29333920 | p-Chloro-2-benzylpyridine & other specified heterocyclic compounds, w nitrogen hetero-atom(s) only cont. an unfused pyridine ring |
| 29333921 | Fungicides of heterocyclic compounds with nitrogen hetero-atom(s) only, containing an unfused pyridine ring |
| 29333923 | o-Paraquat dichloride |
| 29333925 | Herbicides nesoi, of heterocyclic compounds with nitrogen hetero-atom(s) only, containing an unfused pyridine ring |
| 29333927 | Pesticides nesoi, of heterocyclic compounds with nitrogen hetero-atom(s) only, containing an unfused pyridine ring |

14

**Federal Register** / Vol. 90, No. 65 / Monday, April 7, 2025 / Presidential Documents    **15065**

| HTSUS | Description |
|---|---|
| 29333931 | Psychotherapeutic agents of heterocyclic compounds with nitrogen hetero-atom(s) only, containing an unfused pyridine ring, nesoi |
| 29333941 | Drugs containing an unfused pyridine ring (whether or not hydrogenated) in the structure, nesoi |
| 29333961 | Heterocyclic compounds with nitrogen hetero-atom(s) only containing an unfused pyridine ring, described in add. US note 3 to sec. VI |
| 29333992 | Heterocyclic compounds with nitrogen hetero-atom(s) only containing an unfused pyridine ring, nesoi |
| 29334100 | Levorphenol (INN) and its salts |
| 29334908 | 4,7-Dichloroquinoline |
| 29334910 | Ethoxyquin (1,2-Dihydro-6-ethoxy-2,2,4-trimethylquinoline) |
| 29334915 | 8-Methylquinoline and Isoquinoline |
| 29334917 | Ethyl ethyl-6,7,8-trifluoro-1,4-dihydro-4-oxo-3-quinoline carboxylate |
| 29334920 | 5-Chloro-7-iodo-8-quinolinol (Iodochlorhydroxyquin); Decoquinate; Diiodohydroxyquin; and Oxyquinoline sulfate |
| 29334926 | Drugs containing a quinoline or isoquinoline ring-system (whether or not hydrogenated) not further fused, nesoi |
| 29334930 | Pesticides of heterocyclic compounds with nitrogen hetero-atom(s) only, cont. a quinoline or isoquinoline ring-system, not further fused |
| 29334960 | Products described in add. US note 3 to sec VI containing quinoline or isoquinoline ring-system (whether or n/hydrogenated), n/further fused |
| 29334970 | Heterocyclic compounds with nitrogen hetero-atom(s) only, containing a quinoline ring-system, not further fused, nesoi |
| 29335210 | Malonylurea (barbituric acid) |
| 29335290 | Salts of barbituric acid |
| 29335300 | Allobarbital (INN), amobarbital (INN), barbital (INN), butalbital (INN), butobarbital, and other specified INNs; salts thereof |
| 29335400 | Other derivatives of malonylurea (barbituric acid); salts thereof |
| 29335910 | Aromatic or modified aromatic herbicides of heterocyclic compounds with nitrogen hetero-atom(s) only, cont. a pyrimidine or piperazine ring |
| 29335915 | Aromatic or mod. aromatic pesticides nesoi, of heterocyclic compounds with nitrogen hetero-atom(s) only cont. pyrimidine or piperazine ring |
| 29335918 | Nonaromatic pesticides of heterocyclic compounds with nitrogen hetero-atom(s) only, cont. pyrimidine or piperazine ring, nesoi |
| 29335921 | Antihistamines, including those principally used as antinauseants |
| 29335922 | Nicarbazin and trimethoprim |
| 29335936 | Anti-infective agents nesoi, of heterocyclic compounds with nitrogen hetero-atom(s) only, cont. pyrimidine, piperazine ring |
| 29335946 | Psychotherapeutic agents of heterocyclic compounds with nitrogen hetero-atom(s) only, cont. pyrimidine or piperazine ring, nesoi |
| 29335953 | Other aromatic or modified aromatic drugs containing a pyrimidine ring (whether or not hydrogenated) or piperazine ring in the structure |
| 29335959 | Nonaromatic drugs of heterocyclic compounds nesoi, with nitrogen hetero-atom(s) only, cont. a pyrimidine or piperazine ring |

15

**15066**    **Federal Register** / Vol. 90, No. 65 / Monday, April 7, 2025 / Presidential Documents

| HTSUS | Description |
|---|---|
| 29335970 | Aromatic heterocyclic compounds nesoi, with nitrogen hetero-atom(s) only, cont. pyrimidine or piperazine ring, in add. U.S. note 3, sec. VI |
| 29335980 | Aromatic or modified aromatic heterocyclic compounds nesoi, with nitrogen hetero-atom(s) only, cont. pyrimidine or piperazine ring |
| 29335985 | 2-Amino-4-chloro-6-methoxypyrimidine; 2-amino-4,6-dimethoxypyrimidine; and 6-methyluracil |
| 29335995 | Other (excluding aromatic or mod aromatic) compds containing pyrimidine ring (whether or n/hydrogenated) or piperazine ring in the structure |
| 29336960 | Other compounds containing an unfused triazine ring (whether or not hydrogenated) in the structure |
| 29337200 | Clobazam (INN) and methyprylon (INN) |
| 29337908 | Aromatic or modified aromatic lactams with nitrogen hetero-atoms only described in additional U.S. note 3 to section VI |
| 29337915 | Aromatic or modified aromatic lactams, nesoi |
| 29337985 | Aromatic or modified aromatic lactams with nitrogen hetero-atoms only, nesoi |
| 29339100 | Alprazolam (INN), camazepam (INN), chlordiazepoxide (INN), clonazepam (INN), clorazepate, and other specified INNs; salts thereof |
| 29339901 | Butyl (R)-2-[4-(5-triflouromethyl-2-pyridinyloxy)phenoxy]propanoate |
| 29339902 | 2-[4-[(6-Chloro-2-quinoxalinyl)oxy]phenoxy]propionic acid, ethyl ester; and 1 other specified aromatic chemical |
| 29339905 | Acridine and indole |
| 29339906 | alpha-Butyl-alpha-(4-chlorophenyl)-1H-1,2,4-triazole-1-propanenitrile (Mycolbutanil); and one other specified aromatic chemical |
| 29339908 | Acetoacetyl-5-aminobenzimidazolone; 1,3,3-Trimethyl-2-methyleneindoline; and two other specified aromatic chemicals |
| 29339911 | Carbazole |
| 29339912 | 6-Bromo-5-methyl-1H-imidazo-(4,5-b)pyridine; 2-sec-butyl-4-tert-butyl-6-(benzotriazol-2-yl)phenol; 2-methylindoline; and other specific |
| 29339916 | o-Diquat dibromide (1,1-Ethylene-2,2-dipyridylium dibromide) |
| 29339917 | Aromatic or modified aromatic insecticides with nitrogen hetero-atom(s) only, nesoi |
| 29339922 | Other heterocyclic aromatic or modified aromatic pesticides with nitrogen hetero-atom(s) only, nesoi |
| 29339924 | Aromatic or modified aromatic photographic chemicals with nitrogen hetero-atom(s) only |
| 29339926 | Aromatic or modified aromatic antihistamines of heterocyclic compounds with nitrogen hetero-atom(s) only |
| 29339942 | Acriflavin; Acriflavin hydrochloride; Carbadox; Pyrazinamide |
| 29339946 | Aromatic or modified aromatic anti-infective agents of heterocyclic compounds with nitrogen hetero-atom(s) only, nesoi |
| 29339951 | Hydralazine hydrochloride |
| 29339953 | Aromatic or modified aromatic cardiovascular drugs of heterocyclic compounds with nitrogen hetero-atom(s) only, nesoi |
| 29339955 | Aromatic or modified aromatic analgesics and certain like affecting chemicals, of heterocyclic compounds with nitrogen hetero-atom(s) only |

16

**Federal Register** / Vol. 90, No. 65 / Monday, April 7, 2025 / Presidential Documents    **15067**

| HTSUS | Description |
|---|---|
| 29339958 | Droperidol; and Imipramine hydrochloride |
| 29339961 | Aromatic/modified aromatic psychotherapeutic agents, affecting the CNS, of heterocyclic compounds with nitrogen hetero-atom(s) only, nesoi |
| 29339965 | Aromatic or modified aromatic anticonvulsants, hypnotics and sedatives, of heterocyclic compounds with nitrogen hetero-atom(s) only, nesoi |
| 29339970 | Aromatic or modified aromatic drugs affecting the central nervous system, of heterocyclic compounds with nitrogen atom(s) only, nesoi |
| 29339975 | Aromatic or modified aromatic drugs of heterocyclic compounds with nitrogen hetero-atom(s) only, nesoi |
| 29339979 | Aromatic or modified aromatic compounds with nitrogen hetero-atom(s) only described in additional U.S. note 3 to section VI |
| 29339982 | Aromatic or mod. aromatic compounds with nitrogen hetero-atom(s) only other than products described in add. U.S. note 3 to section VI, nesoi |
| 29339985 | 3-Amino-1,2,4-triazole |
| 29339989 | Hexamethyleneimine |
| 29339990 | Nonaromatic drugs of heterocyclic compounds with nitrogen hetero-atom(s) only, nesoi |
| 29339997 | Nonaromatic heterocyclic compounds with nitrogen hetero-atom(s) only, nesoi |
| 29341010 | Aromatic or modified aromatic heterocyclic compounds cont. an unfused thiazole ring, described in add. U.S. note 3 to section VI |
| 29341020 | Aromatic or modified aromatic heterocyclic compounds, nesoi, containing an unfused thiazole ring |
| 29341090 | Other compounds (excluding aromatic or modified aromatic) containing an unfused thiazole ring (whether or not hydrogenated) in the structure |
| 29342040 | Heterocyclic compounds containing a benzothiazole ring-system, not further fused, described in add. U.S. note 3 to section VI |
| 29342080 | Other compounds containing a benzothiazole ring system (whether or not hydrogenated), not further fused |
| 29343023 | Antidepressants, tranquilizers and other pschotherapeutic agents containing a phenothiazine ring-system, not further fused |
| 29343027 | Other drugs containing a phenothiazine ring system (whether or not hydrogenated), not further fused, nesoi |
| 29343043 | Products described in add. US note 3 to section VI containing a phenothiazine ring system (whether or not hydrogenated), not further fused |
| 29343050 | Heterocyclic compounds containing a phenothiazine ring-system (whether or not hydrogenated), not further fused, nesoi |
| 29349100 | Aminorex (INN), brotizolam (INN), clotiazepam (INN), cloxazolam (INN), dextromoramide (INN), and other specified INNs; salts thereof |
| 29349200 | Other fentanyls and their derivatives, containing an unfused thiazole ring |
| 29349901 | Mycophenolate mofetil |
| 29349903 | 2-Acetylbenzo(b)thiophene; and 2 other specified aromatic or modified aromatic compounds |
| 29349905 | 5-Amino-3-phenyl-1,2,4-thiadiazole(3-Phenyl-5-amino-1,2,4-thiadiazole); and 3 other specified aromatic/mod. aromatic heterocyclic compounds |

17

**15068**    **Federal Register** / Vol. 90, No. 65 / Monday, April 7, 2025 / Presidential Documents

| HTSUS | Description |
|---|---|
| 29349906 | 7-Nitronaphth[1,2]oxadiazole-5-sulfonic acid and its salts |
| 29349907 | Ethyl 2-[4-[(6-chloro-2-benzoxazoyl)oxy]phenoxy]propanoate (Fenoxaprop- ethyl) |
| 29349908 | 2,5-Diphenyloxazole |
| 29349909 | 1,2-Benzisothiazolin-3-one |
| 29349911 | 2-tert-Butyl-4-(2,4-dichloro-5-isopropoxyphenyl)-delta(squared)-1,3,4-oxadiazolin-5-one; Bentazon; Phosalone |
| 29349912 | Aromatic or modified aromatic fungicides of other heterocyclic compounds, nesoi |
| 29349915 | Aromatic or modified aromatic herbicides of other heterocyclic compounds, nesoi |
| 29349916 | Aromatic or modified aromatic insecticides of other heterocyclic compounds, nesoi |
| 29349918 | Aromatic or modified aromatic pesticides nesoi, of other heterocyclic compounds, nesoi |
| 29349920 | Aromatic or modified aromatic photographic chemicals of other heterocyclic compounds, nesoi |
| 29349930 | Aromatic or modified aromatic drugs of other heterocyclic compounds, nesoi |
| 29349939 | Aromatic or modified aromatic other heterocyclic compounds described in additional U.S. note 3 to section VI |
| 29349944 | Aromatic or modified aromatic other heterocyclic compounds, nesoi |
| 29349947 | Nonaromatic drugs of other heterocyclic compounds, nesoi |
| 29349970 | Morpholinethyl chloride hydrochloride; 2-methyl-2,5-dioxo-1-oxa-2-phospholan; and 1 other specified nonaromatic chemical |
| 29349990 | Nonaromatic other heterocyclic compounds, nesoi |
| 29355000 | Other perfluorooctane sulfonamides |
| 29359006 | 4-Amino-6-chloro-m-benzenedisulfonamide and Methyl-4-aminobenzenesulfonylcarbamate (Asulam) |
| 29359010 | 2-Amino-N-Ethylbenzenesulfonanilide etc |
| 29359013 | (5-[2-Chloro-4-(Trifluoromeythyl)phenoxy]-N-(Methylsulfonyl)-2-Nitrobenzamide)(fomesafen); etc |
| 29359015 | ortho-Toluenesulfonamide |
| 29359020 | Sulfonamides used as fast color bases and fast color salts |
| 29359030 | Sulfamethazine |
| 29359032 | Acetylsulfisoxazole; Sulfacetamide, sodium; and Sulfamethazine, sodium |
| 29359033 | Sulfathiazole and Sulfathiazole, sodium |
| 29359042 | Salicylazosulfapyridine (Sulfasalazine); Sulfadiazine; Sulfaguanidine; Sulfamerizine; and Sulfapyridine |
| 29359048 | Other sulfonamides used as anti-infective agents |
| 29359060 | Other sulfonamide drugs (excluding anti-infective agents) |
| 29359075 | Other sulfonamides (excluding drugs, etc) of products descibed in US note 3 to section 6 |
| 29359095 | Other sulfonamides, excluding drugs, excluding products described in US note 4 to section 6 |
| 29362100 | Vitamins A and their derivatives, unmixed, natural or synthesized |
| 29362200 | Vitamin B1 (Thiamine) and its derivatives, unmixed, natural or synthesized |

Federal Register / Vol. 90, No. 65 / Monday, April 7, 2025 / Presidential Documents          15069

| HTSUS | Description |
|---|---|
| 29362300 | Vitamin B2 (Riboflavin) and its derivatives, unmixed, natural or synthesized |
| 29362401 | Vitamin B5 (D- or DL-Pantothenic acid) and its derivatives, unmixed, natural or synthesized |
| 29362500 | Vitamin B6 (Pyridoxine and related compounds with Vitamin B6 activity) and its derivatives, unmixed, natural or synthesized |
| 29362600 | Vitamin B12 (Cyanocobalamin and related compounds with Vitamin B12 activity) and its derivatives, unmixed, natural or synthesized |
| 29362700 | Vitamin C (Ascorbic acid) and its derivatives, unmixed, natural or synthesized |
| 29362800 | Vitamin E (Tocopherols and related compounds with Vitamin E activity) and its derivatives, unmixed, natural or synthesized |
| 29362910 | Folic acid and its derivatives, unmixed |
| 29362916 | Niacin and niacinamide |
| 29362920 | Aromatic or modified aromatic vitamins and their derivatives, nesoi |
| 29362950 | Other vitamins and their derivatives, nesoi |
| 29369001 | Vitamins or provitamins (including natural concentrates) and intermixtures of the foregoing, whether or not in any solvent |
| 29371100 | Somatotropin, its derivatives and structural analogues |
| 29371200 | Insulin and its salts |
| 29371900 | Polypeptide hormones, protein hormones and glycoprotein hormones, their derivatives and structural analogues, nesoi |
| 29372100 | Cortisone, hydrocortisone, prednisone (Dehydrocortisone) and prednisolone (Dehydrohydrocortisone) |
| 29372200 | Halogenated derivatives of corticosteroidal hormones |
| 29372310 | Estrogens and progestins obtained directly or indirectly from animal or vegetable materials |
| 29372325 | Estradiol benzoate; and Estradiol cyclopentylpropionate (estradiol cypionate) |
| 29372350 | Other estrogens and progestins not derived from animal or vegetable materials, nesoi |
| 29372910 | Desonide; and Nandrolone phenpropionate |
| 29372990 | Steroidal hormones, their derivatives and structural analogues, nesoi |
| 29375000 | Prostaglandins, thromboxanes and leukotrienes, their derivatives and structural analogues |
| 29379005 | Epinephrine |
| 29379010 | Epinephrine hydrochloride |
| 29379020 | Catecholamine hormones, their derivatives and structural analogues, nesoi |
| 29379040 | l-Thyroxine(Levothyroxine), sodium |
| 29379045 | Amino-acid derivatives of hormones and their derivatives, nesoi |
| 29379090 | Other hormones,their derivatives and structural analogues,other steroid derivatives and structural analogue used primarily as hormones,nesoi |
| 29381000 | Rutoside (Rutin) and its derivatives |
| 29389000 | Glycosides, natural or synthesized, and their salts, ethers, esters, and other derivatives other than rutoside and its derivatives |

19

29

**15070**     **Federal Register** / Vol. 90, No. 65 / Monday, April 7, 2025 / Presidential Documents

| HTSUS | Description |
|---|---|
| 29391100 | Concentrates of poppy straw; buprenorphine (INN), codeine, dihydrocodeine (INN), ethylmorphine, and other specified INNs; salts thereof |
| 29391910 | Papaverine and its salts |
| 29391920 | Synthetic alkaloids of opium and their derivatives; salts thereof; nesoi |
| 29391950 | Nonsynthetic alkaloids of opium and their derivatives; salts thereof; nesoi |
| 29392000 | Alkaloids of cinchona, and their derivatives; salts thereof, other than quinine and its salts |
| 29393000 | Caffeine and its salts |
| 29394100 | Ephedrine and its salts |
| 29394200 | Pseudoephedrine and its salts |
| 29394400 | Norephedrine & its salts |
| 29394500 | Levometamfetamine, metamfetamine (INN), metamfetamine racemate and their salts |
| 29394903 | Alkaloids of ephedra and their salts, other than ephedrine, pseudoephedrine, cathine, norephedrine, levometamfetamine and their salts |
| 29395900 | Theophylline aminophylline (Theophylline-ethylenediamine) and their derivatives; salts thereof; nesoi |
| 29396200 | Ergotamine and its salts |
| 29396300 | Lysergic acid and its salts |
| 29396900 | Alkaloids of rye ergot and their derivatives, nesoi; salts thereof |
| 29397200 | Cocaine, ecgonine; salts, esters and other derivatives thereof |
| 29397900 | Vegetable alkaloids, natural or reproduced by synthesis, their salts and other derivatives, nesoi |
| 29398000 | Other alkaloids, natural or reproduced by synthesis and their salts, ethers, esters & other derivatives, nesoi |
| 29400060 | Other sugars, nesoi excluding d-arabinose |
| 29411010 | Ampicillin and its salts |
| 29411020 | Penicillin G salts |
| 29411030 | Carfecillin, sodium; cloxacillin, sodium; dicloxacillin, sodium; flucloxacillin (Floxacillin); and oxacillin, sodium |
| 29411050 | Penicillins and their derivatives nesoi, with a penicillanic acid structure; salts thereof |
| 29412010 | Dihydrostreptomycins and its derivatives; salts thereof |
| 29412050 | Streptomycins and their derivatives; salts thereof, nesoi |
| 29413000 | Tetracyclines and their derivatives; salts thereof |
| 29414000 | Chloramphenicol and their derivatives; salts thereof |
| 29415000 | Erythromycin and their derivatives; salts thereof |
| 29419010 | Natural antibiotics, nesoi |
| 29419030 | Antibiotics, nesoi, aromatic or modified aromatic, other than natural |
| 29419050 | Antibiotics nesoi, other than aromatic or modified aromatic antibiotics |
| 29420005 | Aromatic or modified aromatic drugs of other organic compounds, nesoi |
| 29420035 | Other aromatic or modified aromatic organic compounds (excluding products described in additional U.S. note 3 to section VI) |

20

**Federal Register** / Vol. 90, No. 65 / Monday, April 7, 2025 / Presidential Documents     **15071**

| HTSUS | Description |
|---|---|
| 29420050 | Nonaromatic organic compounds, nesoi |
| 30012000 | Extracts of glands or other organs or of their secretions for organotherapeutic uses |
| 30019001 | Glands and other organs for organotherapeutic uses, dried, whether or not powdered |
| 30021200 | Antisera and other blood fractions including human blood and fetal bovine serum |
| 30021300 | Immunological products, unmixed, not put up in measured doses or in forms or packings for retail sale |
| 30021400 | Immunological products, mixed, not put up in measured doses or in forms or packings for retail sale |
| 30021500 | Immunological products, put up in measured doses or in forms or packings for retail sale |
| 30024100 | Vaccines for human medicine |
| 30024200 | Vaccines for veterinary medicine |
| 30024900 | Toxins or cultures of micro-organisms (excluding yeasts) |
| 30025100 | Cell therapy products |
| 30025900 | Other cell cultures, other than cell therapy products |
| 30029010 | Ferments, excluding yeasts |
| 30029052 | Human blood; animal blood prepared for therapeutic, prophylactic, diagnostic uses; antisera; antiallergenic preparations nesoi & like products |
| 30031000 | Medicaments, cont. penicillins or streptomycins, not dosage form and not packed for retail |
| 30032000 | Medicaments containing antibiotics, nesoi, not dosage form and not packaged for retail |
| 30033910 | Medicaments containing artificial mixtures of natural hormones, but not antibiotics, not dosage form and not packed for retail |
| 30033950 | Medicaments containing products of heading 2937, nesoi, but not antibiotics, not dosage form and not packed for retail |
| 30034100 | Medicaments containing ephedrine or its salts, not dosage form and not packed for retail |
| 30034200 | Medicaments containing pseudoephedrine (INN) or its salts, not dosage form and not packed for retail |
| 30034900 | Other medicaments containing alkaloids or derivatives thereof, nesoi, not dosage form and not packed for retail |
| 30039001 | Other medicaments excl goods of heading 3002, 3005, 3006 consist of two or more consituents mixed together, not dosage form and not packed for retail |
| 30041010 | Medicaments containing penicillin G salts, in dosage form and packed for retail |
| 30041050 | Medicaments cont. penicillins or streptomycins, nesoi, in dosage form or packed for retail |
| 30042000 | Medicaments containing antibiotics, nesoi, in dosage form or packed for retail |
| 30043100 | Medicaments containing insulin, in dosage form or packed for retail |
| 30043200 | Medicaments, containing adrenal cortical hormones, in dosage form or packed for retail |
| 30043900 | Medicaments, containing products of heading 2937 nesoi, in dosage form or packed for retail |

21

| HTSUS | Description |
|---|---|
| 30044100 | Medicaments containing ephedrine or its salts, in dosage form and packed for retail |
| 30044200 | Medicaments containing pseudoephedrine (INN) or its salts, in dosage form and packed for retail |
| 30044900 | Other medicaments containing alkaloids or derivatives thereof, nesoi, in dosage form and packed for retail |
| 30045010 | Medicaments containing vitamin B2 synthesized from aromatic or mod. aromatic compounds, in dosage form or packed for retail |
| 30045020 | Medicaments containing vitamin B12 synthesized from aromatic or mod. Aromatic compounds, in dosage form or packed for retail |
| 30045030 | Medicaments containing vitamin E synthesized from aromatic or mod. aromatic compounds, in dosage form or packed for retail |
| 30045040 | Medicaments containing vitamins nesoi, synthesized from aromatic or mod. aromatic compounds, in dosage form or packed for retail |
| 30045050 | Medicaments containing vitamins or other products of heading 2936, nesoi, in dosage form or packed for retail |
| 30046000 | Other medicaments containing antimalarial active principles described in subheading note 2 to this chapter, in dosage form and packed for retail |
| 30049010 | Medicaments containing antigens or hyaluronic acid or its sodium salt, nesoi, in dosage form or packed for retail |
| 30049092 | Medicaments nesoi, in dosage form and packed for retail |
| 30063010 | Opacifying preparation for X-ray examination; diagnostic reagent designed to be administered to the patient; all cont. antigens or antisera |
| 30063050 | Opacifying preparations for X-ray examinations; diagnostic reagents designed to be administered to the patient, nesoi |
| 30066000 | Chemical contraceptive preparations based on hormones or spermicides |
| 30067000 | Gel preparation use human/veterinary medicine lubricant in surgical operation, physical exam or coupling agent tween body & med instrument |
| 30069310 | Placebos and blinded clinical trial kits, put up in measured doses, packaged with medicinal preparations |
| 30069320 | Placebos and blinded clinical trial kits, put up in measured doses, containing over 10% by dry weight of sugar |
| 30069350 | Placebos and blinded clinical trial kits, put up in measured doses, containing ingredients having nutritional value |
| 30069360 | Placebos and blinded clinical trial kits, put up in measured doses, in liquid form for oral intake |
| 30069380 | Placebos and blinded clinical trial kits, put up in measured doses, containing other chemicals other than medicaments |
| 31042000 | Potassium chloride |
| 31043000 | Potassium sulfate |
| 31049001 | Mineral or chemical fertilizers, potassic, nesoi |
| 31051000 | Fertilizers of chapter 31 in tablets or similar for |
| 31052000 | Mineral or chemical fertilizers nesoi, containin |
| 31056000 | Mineral or chemical fertilizers nesoi, containin |
| 32030080 | Coloring matter of vegetable or animal origin, nesoi |

22

Federal Register / Vol. 90, No. 65 / Monday, April 7, 2025 / Presidential Documents    15073

| HTSUS | Description |
|---|---|
| 32041380 | Basic dyes and preparations based thereon, nesoi |
| 32041720 | Copper phthalocyanine ([Phthalocyanato(2-)]copper) not ready for use as a pigment |
| 32041800 | Carotenoid coloring matters and preparations based thereon |
| 32061100 | Pigments & preparations based on titanium dioxide containing 80 percent or more by weight off titanium dioxide calculated on the dry weight |
| 32061900 | Pigments and preparations based on titanium dioxide, nesoi |
| 34024210 | Non-ionic organic surface-active agents, aromatic or modified aromatic |
| 34024220 | Fatty substances of animal, vegetable or microbial origin; non-ionic organic surface-active agents, other than aromatic or modified aromatic |
| 34024290 | Non-ionic organic surface-active agents, other than fatty substances of animal, vegetable or microbial origin, other than aromatic / modified aromatic |
| 36069030 | Ferrocerium and other pyrophoric alloys in all forms |
| 38089410 | Disinfectants, containing any aromatic or modified aromatic disinfectant |
| 38089450 | Disinfectants not subject to subheading note 1 of chapter 38,  nesoi |
| 38180000 | Chemical elements doped for use in electronics, in the form of discs, wafers etc., chemical compounds doped for electronic use |
| 38249100 | Mixtures consisting mainly of methylphosphonate etc. |
| 38249929 | Mixtures containing 5% or more by weight of one or more aromatic or modified aromatic substance, nesoi |
| 38249949 | Mixtures that are in whole or in part of hydrocarbons derived in whole or in part from petroleum, shale oil or natural gas |
| 38249955 | Mixtures of halogenated hydrocarbons, nesoi |
| 38249993 | Chemical products and preparations and residual products of the chemical or allied industries, nesoi |
| 39019090 | Polymers of ethylene, nesoi, in primary forms, other than elastomeric |
| 39029000 | Polymers of propylene or of other olefins, nesoi, in primary forms |
| 39046100 | Polytetrafluoroethylene (PTFE), in primary forms |
| 39059110 | Copolymers of vinyl esters or other vinyls, in primary forms, containing by weight 50% or more of derivatives of vinyl acetate |
| 39059980 | Polymers of vinyl esters or other vinyl polymers, in primary forms, nesoi |
| 39069050 | Acrylic polymers (except plastics or elastomers), in primary forms, nesoi |
| 39071000 | Polyacetals in primary forms |
| 39072100 | Bis(polyoxyethylene) methylphosphonate |
| 39072900 | Polyethers, other than polyacetals or bis(polyoxyethylene) methylphosphonate, in primary forms |
| 39073000 | Epoxide resins in primary forms |
| 39076100 | Polyethylene terephthalate, having a viscosity number of 78 ml/g or higher |
| 39076900 | Polyethylene terephthalate, having a viscosity number less than 78 ml/g |
| 39077000 | Poly(lactic acid) |
| 39079950 | Other polyesters nesoi, saturated, in primary forms |
| 39081000 | Polyamide-6, -11, -12, -6,6, -6,9, -6,10 or -6,12 in primary form |
| 39100000 | Silicones in primary forms |

23

**15074**    **Federal Register** / Vol. 90, No. 65 / Monday, April 7, 2025 / Presidential Documents

| HTSUS | Description |
|---|---|
| 39119025 | Thermoplastic polysulfides, polysulfones & oth products spec in note 3, chapt 39, cont aromatic monomer units or derived therefrom |
| 39119091 | Polysulfides, polysulfones & other products specified in note 3 to chapter 39, nesoi |
| 39123100 | Carboxymethylcellulose and its salts |
| 39123900 | Cellulose ethers, other than carboxymethylcellulose and its salts, in primary forms |
| 39129000 | Cellulose and its chemical derivatives nesoi, in primary forms |
| 39139020 | Polysaccharides and their derivatives, nesoi, in primary forms |
| 39139050 | Natural polymers and modified natural polymers, nesoi, in primary forms |
| 39140060 | Ion-exchangers based on polymers of headings 3901 to 3913, in primary forms, nesoi |
| 40011000 | Natural rubber latex, whether or not prevulcanized |
| 40012100 | Natural rubber smoked sheets |
| 40012200 | Technically specified natural rubber (TSNR), in primary forms |
| 40012900 | Natural rubber in primary forms other than latex, smoked sheets or technically specified natural rubber (TSNR) |
| 40013000 | Balata, gutta-percha, guayule, chicle and similar natural rubber gums, in primary forms |
| 44011100 | Coniferous fuel wood, in logs, in billets, in twigs, in faggots or similar forms |
| 44011200 | Nonconiferous fuel wood, in logs, in billets, in twigs, in faggots or similar forms |
| 44012100 | Coniferous wood in chips or particles |
| 44012200 | Nonconiferous wood in chips or particles |
| 44013100 | Sawdust and wood waste and scrap, pellets |
| 44013200 | Wood briquettes |
| 44013942 | Sawdust and wood waste and scrap, agglomerated, excluding wood pellets, wood briquettes and artificial fire logs |
| 44014100 | Sawdust, not agglomerated |
| 44014900 | Other wood waste and scrap, not agglomerated, other than sawdust |
| 44021000 | Wood charcoal (including shell or nut charcoal), whether or not agglomerated, of bamboo |
| 44022000 | Wood charcoal (including shell or nut charcoal), whether or not agglomerated, of shell or nut |
| 44029001 | Wood charcoal (including shell or nut charcoal), whether or not agglomerated, other than of bamboo or shell or nut |
| 44031100 | Coniferous wood in the rough whether or not stripped of bark or sapwood, or roughly squared, treated with preservatives |
| 44031200 | Nonconiferous wood in the rough whether or not stripped of bark or sapwood, or roughly squared, treated with preservatives |
| 44032101 | Pine wood in the rough/roughly squared, the smallest dimension greater than or equal to 15 cm, not treated with preservatives |
| 44032201 | Pine wood in the rough/roughly squared, the smallest dimension less than 15 cm, not treated with preservatives |
| 44032301 | Fir and spruce wood in the rough/roughly squared, the smallest dimension greater than or equal to 15 cm, not treated with preservatives |

**Federal Register** / Vol. 90, No. 65 / Monday, April 7, 2025 / Presidential Documents     **15075**

| HTSUS | Description |
|---|---|
| 44032401 | Fir and spruce wood in the rough/roughly squared, the smallest dimension less than 15 cm, not treated with preservatives |
| 44032501 | Other coniferous wood, except pine, fir and spruce, in the rough/roughly squared, greater than or equal to 15 cm, not treated with preservatives |
| 44032601 | Other coniferous wood, except pine, fir and spruce, in the rough/roughly squared, less than 15 cm, not treated with preservatives |
| 44034200 | Wood in the rough/roughly squared, of teak, not treated with paint/stain/creosote/other preserv |
| 44034902 | Wood in the rough/roughly squared, of tropical wood other than Teak or Meranti, not treated with paint/stain/creosote/other preserv |
| 44039100 | Oak wood in the rough, whether or not stripped of bark or sapwood, or roughly squared, not treated with preservatives |
| 44039301 | Beech wood in the rough/roughly squared, the smallest dimension greater than or equal to 15 cm, not treated with preservatives |
| 44039401 | Beech wood in the rough/roughly squared, the smallest dimension less than 15 cm, not treated with preservatives |
| 44039501 | Birch wood in the rough/roughly squared, the smallest dimension greater than or equal to 15 cm, not treated with preservatives |
| 44039601 | Birch wood in the rough/roughly squared, the smallest dimension less than 15 cm, not treated with preservatives |
| 44039700 | Poplar and aspen wood in the rough/roughly squared, not treated with preservatives |
| 44039800 | Eucalyptus wood in the rough/roughly squared, not treated with preservatives |
| 44039901 | Wood in the rough/roughly squared, not treated with preservatives, nesoi |
| 44041000 | Coniferous wood, roughly shaped into poles, pickets, stakes, sticks and other forms, to be finished into specific articles or products |
| 44042000 | Nonconiferous wood, roughly shaped into poles, pickets, stakes, sticks and other forms, to be finished into specific articles or products |
| 44050000 | Wood wool (excelsior); wood flour |
| 44061100 | Railway or tramway sleepers (cross-ties) of coniferous wood, not impregnated |
| 44061200 | Railway or tramway sleepers (cross-ties) of nonconiferous wood, not impregnated |
| 44069100 | Railway or tramway sleepers (cross-ties) of coniferous wood, impregnated |
| 44069200 | Railway or tramway sleepers (cross-ties) of nonconiferous wood, impregnated |
| 44071100 | Pine wood sawn or chipped lengthwise, sliced or peeled, over 6 mm thick |
| 44071200 | Fir and spruce wood sawn or chipped lengthwise, sliced or peeled, over 6 mm thick |
| 44071300 | Mixtures of spruce, pine and fir (S-P-F) wood sawn or chipped lengthwise, sliced or peeled, over 6 mm thick |
| 44071400 | Mixtures of hemlock and fir (hem-fir) wood sawn or chipped lengthwise, sliced or peeled, over 6 mm thick |
| 44071900 | Other coniferous wood, nesoi, sawn or chipped lengthwise, sliced or peeled, over 6 mm thick |
| 44072100 | Dark Red Meranti, Light Red Meranti and other specified tropical woods, sawn or chipped lengthwise, sliced or peeled, over 6 mm thick |
| 44072200 | Okoume, Obeche, Sapelli and other specified tropical woods, sawn or chipped lengthwise, sliced or peeled, over 6 mm thick |

25

| HTSUS | Description |
|---|---|
| 44072301 | Teak, sawn or chipped lengthwise, sliced or peeled, over 6 mm thick |
| 44072500 | Dark Red Meranti, Light Red Meranti and Meranti Bakau wood sawn or chipped lengthwise, sliced or peeled, over 6 mm thick |
| 44072600 | White Lauan, White Meranti, White Seraya, Yellow Meranta and Alan wood sawn or chipped lengthwise, sliced or peeled, over 6 mm thick |
| 44072700 | Sapelli wood sawn or chipped lengthwise, sliced or peeled, over 6 mm thick |
| 44072800 | Iroko wood sawn or chipped lengthwise, sliced or peeled, over 6 mm thick |
| 44072902 | Tropical wood, nesoi, sawn or chipped lengthwise, sliced or peeled, over 6 mm thick |
| 44079100 | Oak wood, sawn or chipped lengthwise, sliced or peeled, over 6 mm thick |
| 44079200 | Beech wood, sawn or chipped lengthwise, sliced or peeled, over 6 mm thick |
| 44079300 | Maple wood sawn or chipped lengthwise, sliced or peeled, over 6 mm thick |
| 44079400 | Cherry wood sawn or chipped lengthwise, sliced or peeled, over 6 mm thick |
| 44079500 | Ash wood sawn or chipped lengthwise, sliced or peeled, over 6 mm thick |
| 44079600 | Birch wood, sawn or chipped lengthwise, sliced or peeled, over 6 mm thick |
| 44079700 | Poplar and aspen wood, sawn or chipped lengthwise, sliced or peeled, over 6 mm thick |
| 44079902 | Nonconiferous wood, nesoi, sawn or chipped lengthwise, sliced or peeled, over 6 mm thick |
| 44081001 | Coniferous veneer sheets and sheets for plywood & coniferous wood sawn/sliced/peeled not over 6 mm thick |
| 44083101 | Dark Red Meranti, Light Red Meranti and Meranti Bakau veneer sheets and sheets for plywood and other wood sawn/sliced/peeled, n/o 6 mm thick |
| 44083902 | Other tropical wood veneer sheets and sheets for plywood, and wood sawn/sliced/peeled n/o 6 mm thick |
| 44089001 | Nontropical nonconiferous veneer sheets and sheets for plywood and other wood sawn/sliced/peeled, not over 6 mm thick |
| 44091005 | Coniferous wood continuously shaped along any of its ends, whether or not also continuously shaped along any its edges or faces |
| 44091010 | Coniferous wood siding continuously shaped along any of its edges or faces but not on its ends |
| 44091020 | Coniferous wood flooring continuously shaped along any of its edges or faces but not on its ends |
| 44091040 | Standard wood moldings of pine (Pinus spp.) continuously shaped along any of its edges or faces but not on its ends |
| 44091045 | Standard coniferous wood moldings, other than of pine, continuously shaped along any of its edges or faces but not on its ends |
| 44091050 | Coniferous wood moldings, other than standard type, continuously shaped along any of its edges or faces but not on its ends |
| 44091060 | Coniferous wood dowel rods, plain, continuously shaped along any of its edges or faces but not on its ends |
| 44091065 | Coniferous wood dowel rod, sanded/grooved/otherwise advanced in condition, continuously shaped along any of edges or faces but not its ends |
| 44091090 | Coniferous wood, other than siding, flooring, moldings or dowel rod, continuously shaped along any of its edges or faces but not on its ends |

26

Federal Register / Vol. 90, No. 65 / Monday, April 7, 2025 / Presidential Documents    15077

| HTSUS | Description |
|---|---|
| 44092105 | Nonconiferous wood (bamboo) continuously shaped along any of its ends, wether or not also continuously shaped along any its edges or faces |
| 44092190 | Bamboo, other than continuously shaped along any of its ends |
| 44092205 | Nonconiferous tropical wood continuously shaped along any ends, whether or not also continuously shaped along any edges or faces |
| 44092210 | Nonconiferous tropical wood siding, whether or not continuously shaped along its edges or faces but not its ends |
| 44092225 | Nonconiferous tropical wood flooring, whether or not continuously shaped along its edges or faces but not its ends |
| 44092240 | Nonconiferous tropical wood standard moldings, whether or not continuously shaped along its edges or faces but not its ends |
| 44092250 | Other nonconiferous tropical wood moldings, whether or not continuously shaped along its edges or faces but not its ends |
| 44092260 | Plain nonconiferous tropical wood dowel rods, whether or not continuously shaped along its edges or faces but not its ends |
| 44092265 | Nonconif. tropical wood dowel rods, sanded/grooved/otherwise advanced in condition, whether or not continuous. along edges or faces but not ends |
| 44092290 | Other nonconiferous tropical wood, whether or not continuously shaped along its edges or faces but not its ends |
| 44092906 | Other nonconiferous wood, continuously shaped along any ends, whether or not also continuously shaped along any edges or faces |
| 44092911 | Other nonconiferous wood siding, whether or not continuously shaped along its edges or faces but not its ends |
| 44092926 | Other nonconiferous wood flooring, whether or not continuously shaped along its edges or faces but not its ends |
| 44092941 | Other nonconiferous standard wood moldings, whether or not continuously shaped along its edges or faces but not its ends |
| 44092951 | Other nonconiferous wood moldings, whether or not continuously shaped along its edges or faces but not its ends |
| 44092961 | Plain other nonconif. wood dowel rods,  whether or not continuously shaped along edges or faces but not ends |
| 44092966 | Other nonconif. wood dowel rods, sanded/grooved/otherwise advanced in condition, whether or not continuously shaped along edges or faces but not ends |
| 44092991 | Other nonconiferous wood, whether or not continuously shaped along its edges or faces but not its ends |
| 44101100 | Waferboard, including oriented strand board, of wood |
| 44101200 | Oriented strand board and waferboard, of wood, unworked or not further worked than sanded |
| 44101900 | Particle board and similar board of wood, other than waferboard |
| 44109000 | Particle board and similar board of ligneous materials other than wood |
| 44111210 | MDF , <= 5mm thick,  not mechanically worked or surface covered |
| 44111220 | MDF , <= 5mm thick, for construction,  laminated |
| 44111230 | MDF , <= 5mm thick, for construction,   not laminated, nesoi |

27

**15078**    **Federal Register** / Vol. 90, No. 65 / Monday, April 7, 2025 / Presidential Documents

| HTSUS | Description |
| --- | --- |
| 44111260 | Fiberboard of a density over 0.5 g/cm3 but not over 0.8 g/cm3, not mechanically worked surface covered (Except for oil treatment) |
| 44111290 | MDF, <= 5mm thick, not for construction, nesoi |
| 44111310 | MDF, >5mm but <= 9 mm thick, not mechanically worked or surface covered |
| 44111320 | MDF, >5mm but <= 9 mm thick,, for construction, laminated |
| 44111330 | MDF , >5mm but <= 9 mm thick, for construction, not laminated, nesoi |
| 44111360 | Fiberboard of a density over 0.5 g/cm3 but not over 0.8 g/cm3, not mechanically worked surface covered(except for oil treatment) |
| 44111390 | MDF, >5mm but <= 9 mm thick, not for construction, nesoi |
| 44111410 | Fiberboard of a thickness exceeding 9 mm, not mechanically worked or surface covered |
| 44111420 | Fiberboard of a thickness exceeding 9 mm, edgeworked continuously, laminated, for construction uses |
| 44111430 | Fiberboard of a thickness exceeding 9 mm , tongued, grooved or rabbetted continuously, for construction uses, nesoi |
| 44111460 | Fiberboard of a thickness exceeding 9 mm, not mechanically worked surface covered (except for oil treatment) |
| 44111490 | Fiberboard nesoi,of a thickness exceeding 9 mm |
| 44119210 | Fiberboard of a density exceeding 0.8 g/cm3, not mechanically worked or surface covered |
| 44119220 | Fiberboard, of a density exceeding 0.8 g/cm3, mechanically worked, not surface covered (except for oil treatment) |
| 44119230 | Fiberboard, of a density exceeding 0.8 g/cm3, mechanically edged-worked, for construction uses |
| 44119240 | Fiberboard nesoi, density exceeding 0.8 g/cm3 |
| 44119310 | Fiberboard, not MDF, of a density >0.5 but <=0.8 g/cm3, not mechanically worked or surface covered |
| 44119320 | Fiberboard, not MDF, of a density >0.5 but <=0.8 g/cm3, edgeworked continuously, laminated, for construction uses |
| 44119330 | Fiberboard, not MDF, of a density >0.5 but <=0.8 g/cm3, tongued, grooved or rabbetted continuously, for construction, nesoi |
| 44119360 | Fiberboard of a density over 0.5 g/cm3 but not over 0.8 g/cm3, not mechanically worked surface covered (Except for oil) |
| 44119390 | Fiberboard, not MDF, of a density >0.5 but <=0.8 g/cm3, nesoi |
| 44119400 | Fiberboard of a density exceeding 0.35 g/cm3 but not exceeding 0.5 g/cm3, not mechanically worked or surface covered |
| 44121005 | Plywood, veneered panels and similar laminated wood, of bamboo |
| 44121090 | Veneered panels and similar laminated wood, of bamboo, other than plywood |
| 44123106 | Plywood sheets n/o 6mm thick, tropical wood outer ply, birch face ply, not surface covered beyond clear/transparent |
| 44123126 | Plywood sheets n/o 6mm thick, tropical wood outer ply, Spanish cedar or walnut face ply, not surface covered beyond clear/transparent |
| 44123142 | Plywood sheets n/o 6mm thick, tropical wood outer ply, with mahogany face ply, not surface covered beyond clear/transparent |

28

Federal Register / Vol. 90, No. 65 / Monday, April 7, 2025 / Presidential Documents    15079

| HTSUS | Description |
|-------|-------------|
| 44123145 | Plywood sheets n/o 6mm thick tropical wood outer ply not mahogony face ply not surfact covered beyond clear/transparent of spec. thick, width, length |
| 44123148 | Plywood sheets n/o 6mm thick, tropical wood outer ply, not mahogony face ply, not surface covered beyond clear/transparent, nesoi |
| 44123152 | Plywood sheets n/o 6mm thick, tropical wood nesoi at least one outer ply, with face ply nesoi, not surface covered beyond clear/transparent |
| 44123161 | Plywood sheets n/o 6mm thick, with certain specified tropical wood outer ply, surface covered beyond clear or transparent |
| 44123192 | Plywood sheets n/o 6mm thick, tropical wood nesoi at least one outer ply, surface covered beyond clear or transparent |
| 44123306 | Plywood sheets n/o 6mm thick, birch face ply, not surface covered beyond clear/transparent |
| 44123326 | Plywood sheets n/o 6mm thick, walnut face ply, not surface covered beyond clear/transparent |
| 44123332 | Plywood sheets n/o 6mm thick, outerply of specified nonconiferous wood excluding walnut and birch, not surface covered beyond clear/transparent |
| 44123357 | Plywood sheets n/o 6mm thick, outerply of specified nonconiferous wood including birch and walnut, surface covered beyond clear/transparent |
| 44123426 | Plywood sheets n/o 6mm thick, outerply of nonconiferous wood not in 4412.33, spanish cedar face ply, not surface covered beyond clear/transparent |
| 44123432 | Plywood sheets n/o 6mm thick, outerply of nonconiferous wood not in 4412.33, face ply nesoi, not surface covered beyond clear/transparent |
| 44123457 | Plywood sheets n/o 6mm thick, outerply of nonconiferous wood not in 4412.33, face ply nesoi, surface covered beyond clear/transparent |
| 44123910 | Plywood of wood sheets, n/o 6 mm thick each, with outer plies of coniferous wood, face ply of Parana pine, not or clear surface covered |
| 44123930 | Plywood of wood sheets, n/o 6 mm thick each, with outer plies of coniferous wood, European red pine face ply, not or clear surface covered |
| 44123940 | Plywood of wood sheets, n/o 6 mm thick each, with outer plies of coniferous wood, with face ply nesoi, not or clear surface covered |
| 44123950 | Plywood of wood sheets, n/o 6 mm thick each, with outer plies of coniferous wood, nesoi, surface covered, nesoi |
| 44124100 | Laminated veneered lumber with at least one outer ply of tropical wood |
| 44124200 | Laminated veneered lumber with at least one outer ply of nonconiferous wood |
| 44124900 | Laminated veneered lumber with both outer plies of coniferous wood |
| 44125110 | Blockboard etc: plywood nesoi, at least one tropical outer ply, not surface-covered beyond clear/transparent, w/face ply of birch |
| 44125131 | Blockboard etc: plywood nesoi, at least one tropical outer ply, not surface-covered beyond clear/transparent, not w/face ply of birch |
| 44125141 | Blockboard etc: plywood nesoi, at least one tropical outer ply, surface covered other than clear or transparent |
| 44125151 | Blockboard etc: other than plywood nesoi, at least one tropical outer ply |
| 44125210 | Blockboard etc: plywood nesoi, at least one nonconiferous outer ply, not surface-covered beyond clear/transparent, w/face ply of birch |

29

**15080**    **Federal Register**/Vol. 90, No. 65/Monday, April 7, 2025/Presidential Documents

| HTSUS | Description |
|---|---|
| 44125231 | Blockboard etc: plywood nesoi, at least one nonconiferous outer ply, not surface-covered beyond clear/transparent, not w/face ply of birch |
| 44125241 | Blockboard etc: plywood nesoi, at least one nonconiferous outer ply, surface covered other than clear or transparent |
| 44125251 | Blockboard etc: other than plywood nesoi, at least one nonconiferous outer ply |
| 44125980 | Blockboard etc: plywood nesoi, at least one conif. outer ply, not surface-covered beyond transparent, not w/face ply of Europe red pine or Parana pine |
| 44125990 | Blockboard etc: plywood nesoi, at least one coniferous outer ply, surface covered other than clear or transparent |
| 44125995 | Blockboard etc: other than plywood nesoi, at least one coniferous outer ply |
| 44129106 | Not blockboard: plywood/veneered panel/sim. w/at least one outer ply of tropical wood containing at least one layer of particle board |
| 44129110 | Not blockboard: plywood w/at least one outer play of tropical wood, no particle board, not surface-covered beyond clear/transparent, w/face ply of birch |
| 44129131 | Not blockboard: plywood w/at least one outer play of tropical wood, no particle board, not surface-covered beyond transparent, not w/face ply of birch |
| 44129141 | Not blockboard: plywood w/at least one outer ply of tropical, surface covered other than clear or transparent |
| 44129151 | Not blockboard: veneered panels and similar laminated wood w/ at least one tropical outer ply, nesoi |
| 44129207 | Not blockboard: plywood/veneered panel/sim. w/at least one nonconiferous outer ply, at least one layer of particle board |
| 44129211 | Not blockboard: plywood w/at least one outer ply of nonconif wood, no particle board, not surface-covered beyond clear/transparent, w/face ply birch |
| 44129231 | Not blockboard: plywood w/at least one outer play of nonconif wood, no particle board, not surface-covered beyond transparent, not w/face ply of birch |
| 44129242 | Not blockboard: plywood w/at least one outer ply of nonconiferous, surface covered other than clear or transparent |
| 44129252 | Not blockboard: veneered panels and similar laminated wood, not plywood, w/ at least one nonconiferous outer ply, nesoi |
| 44129958 | Not blockboard: plywood/veneered panel/sim. w/both outer plies of coniferous, containing at least one layer of particle board |
| 44129961 | Not blockboard: plywood w/both outer plies of conif, no particle board, not surf.-cov. beyond clear/transp., face ply Parana pine |
| 44129971 | Not blockboard: plywood w/ both outer plies of conif, no particle board, not surf.-cov. beyond clear/transp., face ply Europe red pine |
| 44129981 | Not blockboard: plywood w/ both outer plies of conif, no particle board, not surf-cov. beyond clear/transparent, face ply nesoi |
| 44129991 | Not blockboard: plywood w/ both outer plies of conif, no particle board, surface covered other than clear or transparent |
| 44129997 | Not blockboard: veneered panels and similar laminated wood w/ both outer plies of conif, nesoi |
| 44130000 | Densified wood, in blocks, plates, strips or profile shapes |
| 48202000 | Exercise books of paper or paperboard |

30

| HTSUS | Description |
|---|---|
| 49011000 | Printed books, brochures, leaflets and similar printed matter in single sheets, whether or not folded |
| 49019100 | Printed dictionaries and encyclopedias and serial installments thereof |
| 49019900 | Printed books, brochures, leaflets and similar printed matter, other than in single sheets |
| 49021000 | Newspapers, journals and periodicals, appearing at least four times a week |
| 49029010 | Newspaper supplements printed by a gravure process |
| 49029020 | Newspaper, journals and periodicals, except those appearing at least four times a week |
| 49030000 | Children's picture, drawing or coloring books |
| 49040000 | Music, printed or in manuscript, whether or not bound or illustrated |
| 49052000 | Maps and hydrographic or similar charts of all kinds, including atlases and topographical plans, printed in book form |
| 49059020 | Globes, printed |
| 49059060 | Other printed maps and hydrographic or similar charts, not globes and not in book form, nesoi |
| 49060000 | Hand-drawn original plans and drawings; hand-written texts; photo reproductions on sensitized paper and carbon copies of the foregoing |
| 49111000 | Printed trade advertising material, commercial catalogs and the like |
| 49119960 | Printed matter, nesoi, printed on paper in whole or in part by a lithographic process |
| 49119980 | Printed matter, nesoi |
| 71069110 | Silver bullion and dore |
| 71081210 | Gold, nonmonetary, bullion and dore |
| 71101100 | Platinum, unwrought or in powder form |
| 71101900 | Platinum, in semimanufactured forms |
| 71102100 | Palladium, unwrought or in powder form |
| 71102900 | Palladium, in semimanufactured forms |
| 71103100 | Rhodium, unwrought or in powder form |
| 71103900 | Rhodium, in semimanufactured forms |
| 71104100 | Iridium, osmium and ruthenium, unwrought or in powder form |
| 71104900 | Iridium, osmium and ruthenium, in semimanufactured forms |
| 71129201 | Platinum waste and scrap, incl. metal clad w/ platinum, excluding sweepings containing other precious metals, other than goods of e-waste heading 8549 |
| 71189000 | Coins, nesoi |
| 72021110 | Ferromanganese containing by weight more than 2 percent but not more than 4 percent of carbon |
| 72021150 | Ferromanganese containing by weight more than 4 percent of carbon |
| 72021910 | Ferromanganese containing by weight not more than 1 percent of carbon |
| 72021950 | Ferromanganese containing by weight more than 1 percent but not more than 2 percent of carbon |
| 72023000 | Ferrosilicon manganese |
| 72024100 | Ferrochromium containing by weight more than 4 percent of carbon |

31

**15082**    **Federal Register** / Vol. 90, No. 65 / Monday, April 7, 2025 / Presidential Documents

| HTSUS | Description |
|---|---|
| 72024910 | Ferrochromium containing by weight more than 3 percent but not more than 4 percent of carbon |
| 72024950 | Ferrochromium containing by weight 3 percent or less of carbon |
| 72025000 | Ferrosilicon chromium |
| 72028000 | Ferrotungsten and ferrosilicon tungsten |
| 72029100 | Ferrotitanium and ferrosilicon titanium |
| 72029340 | Ferroniobium containing by weight less than 0.02 percent of phosphorus or sulfur or less than 0.4 percent of silicon |
| 72029380 | Ferroniobium, nesoi |
| 72042100 | Stainless steel waste and scrap |
| 74010000 | Copper mattes; cement copper (precipitated copper) |
| 74020000 | Unrefined copper; copper anodes for electrolytic refining |
| 74031100 | Refined copper cathodes and sections of cathodes |
| 74031200 | Refined copper, wire bars |
| 74031300 | Refined copper, billets |
| 74031900 | Refined copper, unwrought articles nesoi |
| 74032100 | Copper-zinc base alloys (brass), unwrought nesoi |
| 74032200 | Copper-tin base alloys (bronze), unwrought nesoi |
| 74032901 | Copper alloys (o/than copper-zinc, copper-tin alloys), unwrought nesoi |
| 74040030 | Copper spent anodes; copper waste & scrap containing less than 94% by weight of copper |
| 74040060 | Copper, waste and scrap containing 94% or more by weight of copper |
| 74050010 | Copper master alloys, containing 5% or more but n/more than 15% by weight of phosphorus |
| 74050060 | Copper master alloys, not containing 5% or more but n/more than 15% by weight of phosphorus |
| 74061000 | Copper, powders of non-lamellar structure |
| 74062000 | Copper, powders of lamellar structure; copper flakes |
| 74071015 | Refined copper, hollow profiles |
| 74071030 | Refined copper, profiles (o/than hollow profiles) |
| 74071050 | Refined copper, bars and rods |
| 74072115 | Copper-zinc base alloys (brass), hollow profiles |
| 74072130 | Copper-zinc base alloys (brass), profiles (o/than hollow profiles) |
| 74072150 | Copper-zinc base alloys (brass), low fuming brazing rods |
| 74072170 | Copper-zinc base alloys (brass), bars & rods nesoi, having a rectangular cross section |
| 74072190 | Copper-zinc base alloys (brass), bars & rods nesoi, not having a rectangular cross section |
| 74072916 | Copper alloys , hollow profiles |
| 74072934 | Copper-nickel base alloys (cupro-nickel) or copper-nickel-zinc base alloys (nickel silver), profiles (o/than hollow profiles) |
| 74072938 | Copper alloys (o/than cupro-nickel or nickel silver), profiles (o/than hollow profiles) |

32

Federal Register / Vol. 90, No. 65 / Monday, April 7, 2025 / Presidential Documents    15083

| HTSUS | Description |
|---|---|
| 74072940 | Copper-nickel base alloys (cupro-nickel) or copper-nickel-zinc base alloys (nickel silver), bars & rods |
| 74072950 | Copper alloys (o/than brass, cupro-nickel or nickel silver), bars and rods |
| 74081130 | Refined copper, wire, w/maximum cross-sectional dimension over 9.5 mm |
| 74081160 | Refined copper, wire, w/maximum cross-sectional dimension over 6 mm but not over 9.5 mm |
| 74081900 | Refined copper, wire, w/maximum cross-sectional dimension of 6 mm or less |
| 74082100 | Copper-zinc base alloys (brass), wire |
| 74082210 | Copper-nickel base alloys (cupro-nickel) or copper-nickel-zinc base alloys (nickel silver), wire, coated or plated with metal |
| 74082250 | Copper-nickel base alloys (cupro-nickel) or copper-nickel-zinc base alloys (nickel silver), wire, not coated or plated w/metal |
| 74082910 | Copper alloys (o/than brass, cupro-nickel or nickel-silver), wire, coated or plated with metal |
| 74082950 | Copper alloys (o/than brass, cupro-nickel or nickel-silver), wire, not coated or plated with metal |
| 74091110 | Refined copper, plates, sheets and strip, in coils, with a thickness of 5 mm or more |
| 74091150 | Refined copper, plates, sheets and strip, in coils, with a thickness over 0.15mm but less than 5 mm |
| 74091910 | Refined copper, plates, sheets and strip, not in coils, with a thickness of 5 mm or more |
| 74091950 | Refined copper, plates, sheets and strip, not in coils, with a thickness o/0.15mm but less than 5 mm & a width of 500 mm or more |
| 74091990 | Refined copper, plates, sheets and strip, not in coils, with a thickness o/0.15mm but less than 5 mm & a width of less than 500 mm |
| 74092100 | Copper-zinc base alloys (brass), plates, sheets and strip, in coils |
| 74092900 | Copper-zinc base alloys (brass), plates, sheets and strip, not in coils |
| 74093110 | Copper-tin base alloys (bronze), plates, sheets and strip, in coils. with a thickness of 5 mm or more |
| 74093150 | Copper-tin base alloys (bronze), plates, sheets and strip, in coils, with a thickness o/0.15mm but less than 5mm & a width of 500mm or more |
| 74093190 | Copper-tin base alloys (bronze), plates, sheets and strip, in coils, w/thickness o/0.15mm but less than 5mm & a width of less than 500mm |
| 74093910 | Copper-tin base alloys (bronze), plates, sheets and strip, with a thickness of 5 mm or more |
| 74093950 | Copper-tin base alloys (bronze), plates, sheets and strip, with a thickness o/0.15 but less than 5 mm & of a width of 500 mm or more |
| 74093990 | Copper-tin base alloys (bronze), plates, sheets and strip, with a thickness o/0.15 but less than 5 mm & of a width of less than 500 mm |
| 74094000 | Copper-nickel base alloys (cupro-nickel) or copper-nickel-zinc base alloys (nickel silver), plates, sheets and strip, w/thickness o/0.15mm |
| 74099010 | Copper alloys (o/than brass/bronze/cupro-nickel/nickel silver), plates, sheets & strip, with thickness of 5 mm or more |

33

| HTSUS | Description |
|---|---|
| 74099050 | Copper alloys (o/than brass/bronze/cupro-nickel/nickel silver), plates, sheets & strip, w/thick. o/0.15mm but less th/5mm & width 500mm+ |
| 74099090 | Copper alloys (o/than brass/bronze/cupro-nickel/nickel silver), plates, sheets & strip, w/thick. o/0.15mm but less th/5mm & width less 500mm |
| 74101100 | Refined copper, foil, w/thickness of 0.15 mm or less, not backed |
| 74101200 | Copper alloys, foil, w/thickness of 0.15 mm or less, not backed |
| 74102130 | Refined copper, clad laminates, w/thickness of 0.15 mm or less, backed |
| 74102160 | Refined copper, foil, w/thickness of 0.15 mm or less, backed |
| 74102200 | Copper alloys, foil, w/thickness of 0.15 mm or less, backed |
| 74111010 | Refined copper, tubes and pipes, seamless |
| 74111050 | Refined copper, tubes and pipes, other than seamless |
| 74112110 | Copper-zinc base alloys (brass), tubes and pipes, seamless |
| 74112150 | Copper-zinc base alloys (brass), tubes and pipes, other than seamless |
| 74112200 | Copper-nickel base alloys (cupro-nickel) or copper-nickel-zinc base alloys (nickel-silver), tubes and pipes |
| 74112910 | Copper alloys (o/than brass/cupro-nickel/nickel-silver), pipes and tubes, seamless |
| 74112950 | Copper alloys (o/than brass/cupro-nickel/nickel-silver), pipes and tubes, other than seamless |
| 74121000 | Refined copper, fittings for tubes and pipes |
| 74122000 | Copper alloys, fittings for tubes and pipes |
| 74130010 | Copper, stranded wire, not electrically insulated, not fitted with fittings and not made up into articles |
| 74130050 | Copper, cables, plaited bands and the like, not fitted with fittings and not made up into articles |
| 74130090 | Copper, stranded wire, cables, plaited bands and the like, not electrically insulated, fitted with fittings or made up into articles |
| 74151000 | Copper or iron/steel w/heads of copper, nails and tacks, drawing pins, staples and similar articles |
| 74152100 | Copper, washers (including spring washers) |
| 74152900 | Copper, rivets, cotters, cotter pins and similar non-threaded articles (o/than washers) |
| 74153305 | Copper screws for wood |
| 74153310 | Muntz or yellow metal copper bolts |
| 74153380 | Screws (other than wood screws), bolts (other than Muntz or yellow metal) and nuts, of copper, threaded, nesoi |
| 74153900 | Copper, screw hooks and other threaded articles, nesoi |
| 74181000 | Copper & copper alloy table, kitchen, household articles & parts; pot scourers, scouring & polishing pads, gloves, etc |
| 74182010 | Copper-zinc base alloys (brass), sanitary ware and parts thereof |
| 74182050 | Copper (o/than brass), sanitary ware and parts thereof |
| 74192000 | Copper, articles nesoi, cast, molded, stamped, or forged but not further worked |
| 74198003 | Copper, Fourdrinier wires, for use in papermaking machines, w/94 or more wires to the lineal cm |

34

44

| HTSUS | Description |
|-------|-------------|
| 74198006 | Copper cloth, other than Fourdrinier wires, nesoi |
| 74198009 | Copper, wire grill and netting; expanded metal of copper |
| 74198015 | Copper, containers a kind normally carried on the person, in the pocket or in the handbag |
| 74198016 | Copper, springs |
| 74198017 | Copper, chain and parts thereof |
| 74198030 | Copper, articles nesoi, coated or plated with precious metal |
| 74198050 | Copper, articles nesoi, not coated or plated with precious metal |
| 75089050 | Nickel, articles of nesoi |
| 79011100 | Zinc (o/than alloy), unwrought, containing o/99.99% by weight of zinc |
| 79011210 | Zinc (o/than alloy), unwrought, casting-grade zinc, containing at least 97.5% but less than 99.99% by weight of zinc |
| 79011250 | Zinc (o/than alloy), unwrought, o/than casting-grade zinc, containing at least 97.5% but less than 99.99% by wt. of zinc |
| 79012000 | Zinc alloy, unwrought |
| 79020000 | Zinc, waste and scrap |
| 79070060 | Zinc, articles (o/than for household, table or kitchen use), nesoi |
| 80011000 | Tin (o/than alloy), unwrought |
| 80012000 | Tin alloy, unwrought |
| 80020000 | Tin, waste and scrap |
| 80070050 | Tin, articles nesoi |
| 81011000 | Tungsten, powders |
| 81019700 | Tungsten waste and scrap |
| 81032000 | Tantalum, unwrought (including bars and rods obtained simply by sintering); tantalum powders |
| 81033000 | Tantalum waste and scrap |
| 81039100 | Tantalum, crucibles |
| 81039900 | Tantalum, articles other than crucibles, nesoi |
| 81041100 | Magnesium, unwrought, containing at least 99.8 percent by weight of magnesium |
| 81041900 | Magnesium, unwrought, nesoi |
| 81042000 | Magnesium, waste and scrap |
| 81043000 | Magnesium, raspings, turnings and granules graded according to size; magnesium powders |
| 81049000 | Magnesium, articles nesoi |
| 81052030 | Cobalt alloys, unwrought |
| 81052060 | Cobalt (other than alloys), unwrought |
| 81052090 | Cobalt, mattes and other intermediate products of cobalt metallurgy; cobalt powders |
| 81053000 | Cobalt waste and scrap |
| 81059000 | Cobalt, articles thereof nesoi |

35

**15086**    **Federal Register** / Vol. 90, No. 65 / Monday, April 7, 2025 / Presidential Documents

| HTSUS | Description |
|---|---|
| 81061000 | Bismuth (including waste and scrap) and articles thereof, containing more than 99.99 percent of bismuth by weight |
| 81069000 | Bismuth (including waste and scrap) and articles thereof, containing 99.99 percent of bismuth or less, nesoi |
| 81082000 | Titanium, unwrought; titanium powders |
| 81083000 | Titanium waste and scrap |
| 81089030 | Titanium, articles nesoi |
| 81089060 | Titanium, wrought nesoi |
| 81101000 | Antimony, unwrought; antimony powders |
| 81102000 | Antimony waste and scrap |
| 81109000 | Articles of antimony, nesoi |
| 81110047 | Unwrought manganese flake containing at least 99.5 percent by weight manganese |
| 81110049 | Unwrought manganese, nesoi |
| 81122100 | Chromium, unwrought; chromium powders |
| 81122200 | Chromium waste and scrap |
| 81122900 | Articles of chromium, nesoi |
| 81124110 | Rhenium, waste and scrap |
| 81124150 | Rhenium, unwrought; rhenium powders |
| 81124900 | Rhenium, articles, nesoi |
| 81125900 | Articles of thallium, nesoi |
| 81129210 | Gallium, unwrought; gallium powders |
| 81129230 | Indium, unwrought; indium powders |
| 81129240 | Niobium (columbium), unwrought; niobium powders |
| 81129260 | Germanium, unwrought |
| 81129265 | Germanium powder, wrought |
| 81129910 | Germanium nesoi and articles thereof |
| 81129991 | Articles of gallium, indium, or niobium, nesoi |
| 85411000 | Diodes, other than photosensitive or light-emitting diodes |
| 85412100 | Transistors, other than photosensitive transistors, with a dissipation rating of less than 1 W |
| 85412900 | Transistors, other than photosensitive transistors, with a dissipation rating of 1 W or more |
| 85413000 | Thyristors, diacs and triacs, other than photosensitive devices |
| 85414910 | Other photosensitive semiconductor diodes, other than light-emitting |
| 85414970 | Other photosensitive semiconductor transistors |
| 85414980 | Optical coupled isolators |
| 85414995 | Other photosensitive semiconductor devices, other than diodes or transistors, nesoi |
| 85415100 | Other semiconductor-based transducers, other than photosensitive transducers |
| 85415900 | Other semiconductor devices, other than semiconductor-based transducers, other than photosensitive devices, nesoi |

36

| HTSUS | Description |
|---|---|
| 85419000 | Parts of diodes, transistors, similar semiconductor devices, photosensitive semiconductor devices, LED's and mounted piezoelectric crystals |
| 85423100 | Electronic integrated circuits: processors and controllers |
| 85423200 | Electronic integrated circuits: memories |
| 85423300 | Electronic intergrated circuits: amplifiers |
| 85423900 | Electronic integrated circuits: other |
| 85429000 | Parts of electronic integrated circuits and microassemblies |

**15088**    **Federal Register** / Vol. 90, No. 65 / Monday, April 7, 2025 / Presidential Documents

## ANNEX III

1. Effective with respect to goods entered for consumption, or withdrawn from warehouse for consumption, on or after 12:01 a.m. eastern daylight time on April 5, 2025, subchapter III of chapter 99 of the Harmonized Tariff Schedule of the United States (HTSUS) is modified by inserting new headings in numerical sequence, with the material in the new heading inserted in the columns of the HTSUS labeled "Heading/Subheading", "Article Description", "Rates of Duty 1-General", "Rates of Duty 1-Special" and "Rates of Duty 2", respectively:

| Heading/ Subheading | Article Description | Rates of Duty | | 2 |
| | | General | Special | |
|---|---|---|---|---|
| "9903.01.25 | Except for products described in headings 9903.01.26-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of any country, except for articles the product of a country enumerated in subdivision (v)(xiii) of U.S. note 2 to this subchapter that are entered for consumption, or withdrawn from warehouse for consumption, after 12:01 a.m. eastern daylight time on April 9, 2025, and that were not in transit on the final mode of transit prior to 12:01 a.m. eastern daylight time on April 9, 2025, as provided for in subdivision (v) of U.S. note 2 to this subchapter . . . . . . . | The duty provided in the applicable subheading + 10% | The duty provided in the applicable subheading + 10% | The duty provided in the applicable subheading |
| 9903.01.26 | Articles the product of Canada, as provided for in subdivision (v)(iv) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading | The duty provided in the applicable subheading | The duty provided in the applicable subheading |
| 9903.01.27 | Articles the product of Mexico, as provided for in subdivision (v)(v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading | The duty provided in the applicable subheading | The duty provided in the applicable subheading |
| 9903.01.28 | Articles the product of any country that (1) were loaded onto a vessel at the port of loading and in transit on the final mode of transit prior to entry into the United States, before 12:01 a.m. eastern daylight time on April 5, 2025; and (2) are entered for consumption, or withdrawn from | The duty provided in the applicable subheading | The duty provided in the applicable subheading | The duty provided in the applicable subheading |

1

| | | | | |
|---|---|---|---|---|
| | warehouse for consumption after 12:01 a.m. eastern daylight time on April 5, 2025 . . . . . . . . . | | | |
| 9903.01.29 | Articles the product of any country identified in general note 3(b) | | | The duty provided in the applicable subheading |
| 9903.01.30 | Articles that are donations, by persons subject to the jurisdiction of the United States, such as food, clothing, and medicine, intended to be used to relieve human suffering, as provided for in subdivision (v)(ii) of U.S. note 2 to this subchapter . . . . . . . | The duty provided in the applicable subheading | The duty provided in the applicable subheading | The duty provided in the applicable subheading |
| 9903.01.31 | Articles that are informational materials, including but not limited to, publications, films, posters, phonograph records, photographs, microfilms, microfiche, tapes, compact disks, CD ROMs, artworks, and news wire feeds . . . . . . . . . . | The duty provided in the applicable subheading | The duty provided in the applicable subheading | The duty provided in the applicable subheading |
| 9903.01.32 | Articles the product of any country, classified in the subheadings enumerated in subdivision (v)(iii) of U.S. note 2 to this subchapter . . . . . | The duty provided in the applicable subheading | The duty provided in the applicable subheading | The duty provided in the applicable subheading |
| 9903.01.33 | Articles of iron or steel, derivative articles of iron or steel, articles of aluminum, derivative articles of aluminum, passenger vehicles (sedans, sport utility vehicles, crossover utility vehicles, minivans, and cargo vans) and light trucks and parts of passenger vehicles (sedans, sport utility vehicles, crossover utility vehicles, minivans, and cargo vans) and light trucks, of any country, as provided in subdivision (v)(vi) through (v)(xi) of note 2 to this subchapter . . . . . | The duty provided in the applicable subheading | The duty provided in the applicable subheading | The duty provided in the applicable subheading |
| 9903.01.34 | The U.S. content of articles the product of any country, in which the U.S. content of the article provides at least 20 percent of the Customs value of the imported article, as provided | The duty provided in the applicable subheading | The duty provided in the applicable subheading | The duty provided in the applicable subheading" |

| | for in subdivision (v)(xii) of U.S. note 2 to this subchapter . . . . . . . | | | |
|---|---|---|---|---|

2. Effective with respect to goods of countries enumerated in subdivision (v)(xiii) of U.S. note 2 to this subchapter entered for consumption, or withdrawn from warehouse for consumption, on or after 12:01 a.m. eastern daylight time on April 9, 2025, subchapter III of chapter 99 of the Harmonized Tariff Schedule of the United States (HTSUS) is modified by inserting the following new headings in numerical sequence, with the material in the new heading inserted in the columns of the HTSUS labeled "Heading/Subheading", "Article Description", "Rates of Duty 1-General", "Rates of Duty 1-Special" and "Rates of Duty 2", respectively:

| Heading/ Subheading | Article Description | Rates of Duty | | |
|---|---|---|---|---|
| | | 1 | | 2 |
| | | General | Special | |
| "9903.01.43 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Cameroon or the Democratic Republic of the Congo, as provided for in subdivision (v) of U.S. note 2 to this subchapter . . . . . . . | The duty provided in the applicable subheading + 11% | The duty provided in the applicable subheading + 11% | The duty provided in the applicable subheading |
| 9903.01.44 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Chad or Equatorial Guinea, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 13% | The duty provided in the applicable subheading + 13% | The duty provided in the applicable subheading |

| 9903.01.45 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Nigeria, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 14% | The duty provided in the applicable subheading + 14% | The duty provided in the applicable subheading |
|---|---|---|---|---|
| 9903.01.46 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Norway or Venezuela, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 15% | The duty provided in the applicable subheading + 15% | The duty provided in the applicable subheading |
| 9903.01.47 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Mozambique, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 16% | The duty provided in the applicable subheading + 16% | The duty provided in the applicable subheading |
| 9903.01.48 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Israel, Malawi, Philippines, or Zambia, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 17% | The duty provided in the applicable subheading + 17% | The duty provided in the applicable subheading |

| 9903.01.49 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Nicaragua or Zimbabwe, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 18% | The duty provided in the applicable subheading + 18% | The duty provided in the applicable subheading |
| 9903.01.50 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of the European Union or Jordan as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 20% | The duty provided in the applicable subheading + 20% | The duty provided in the applicable subheading |
| 9903.01.51 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Côte d'Ivoire or Namibia, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 21% | The duty provided in the applicable subheading + 21% | The duty provided in the applicable subheading |
| 9903.01.52 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Vanuatu, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 22% | The duty provided in the applicable subheading + 22% | The duty provided in the applicable subheading |

5

Federal Register / Vol. 90, No. 65 / Monday, April 7, 2025 / Presidential Documents  **15093**

| 9903.01.53 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Brunei, Japan, or Malaysia, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 24% | The duty provided in the applicable subheading + 24% | The duty provided in the applicable subheading |
| --- | --- | --- | --- | --- |
| 9903.01.54 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of South Korea, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 25% | The duty provided in the applicable subheading + 25% | The duty provided in the applicable subheading |
| 9903.01.55 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of India, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 26% | The duty provided in the applicable subheading + 26% | The duty provided in the applicable subheading |
| 9903.01.56 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Kazakhstan, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 27% | The duty provided in the applicable subheading + 27% | The duty provided in the applicable subheading |

6

| 9903.01.57 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Tunisia, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 28% | The duty provided in the applicable subheading + 28% | The duty provided in the applicable subheading |
|---|---|---|---|---|
| 9903.01.58 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Pakistan, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 29% | The duty provided in the applicable subheading + 29% | The duty provided in the applicable subheading |
| 9903.01.59 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Algeria, Nauru, or South Africa, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 30% | The duty provided in the applicable subheading + 30% | The duty provided in the applicable subheading |
| 9903.01.60 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Libya, Moldova, or Switzerland, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 31% | The duty provided in the applicable subheading + 31% | The duty provided in the applicable subheading |

7

| | | | | |
|---|---|---|---|---|
| 9903.01.61 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Angola, Fiji, Indonesia, or Taiwan, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 32% | The duty provided in the applicable subheading + 32% | The duty provided in the applicable subheading |
| 9903.01.62 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of North Macedonia, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 33% | The duty provided in the applicable subheading + 33% | The duty provided in the applicable subheading |
| 9903.01.63 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of China, including Hong Kong and Macau, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . | The duty provided in the applicable subheading + 34% | The duty provided in the applicable subheading + 34% | The duty provided in the applicable subheading |
| 9903.01.64 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Bosnia and Herzegovina, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 35% | The duty provided in the applicable subheading + 35% | The duty provided in the applicable subheading |

8

| 9903.01.65 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Thailand, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 36% | The duty provided in the applicable subheading + 36% | The duty provided in the applicable subheading |
|---|---|---|---|---|
| 9903.01.66 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Bangladesh, Botswana, Liechtenstein, or Serbia, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 37% | The duty provided in the applicable subheading + 37% | The duty provided in the applicable subheading |
| 9903.01.67 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Guyana, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 38% | The duty provided in the applicable subheading + 38% | The duty provided in the applicable subheading |
| 9903.01.68 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Iraq, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 39% | The duty provided in the applicable subheading + 39% | The duty provided in the applicable subheading |

9

Federal Register / Vol. 90, No. 65 / Monday, April 7, 2025 / Presidential Documents    **15097**

| 9903.01.69 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Mauritius, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 40% | The duty provided in the applicable subheading + 40% | The duty provided in the applicable subheading |
|---|---|---|---|---|
| 9903.01.70 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Falkland Islands or Syria, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 41% | The duty provided in the applicable subheading + 41% | The duty provided in the applicable subheading |
| 9903.01.71 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Myanmar (Burma) or Sri Lanka, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 44% | The duty provided in the applicable subheading + 44% | The duty provided in the applicable subheading |
| 9903.01.72 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Vietnam, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 46% | The duty provided in the applicable subheading + 46% | The duty provided in the applicable subheading |

10

57

| 9903.01.73 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Madagascar, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 47% | The duty provided in the applicable subheading + 47% | The duty provided in the applicable subheading |
|---|---|---|---|---|
| 9903.01.74 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Laos, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . | The duty provided in the applicable subheading + 48% | The duty provided in the applicable subheading + 48% | The duty provided in the applicable subheading |
| 9903.01.75 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Cambodia, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 49% | The duty provided in the applicable subheading + 49% | The duty provided in the applicable subheading |
| 9903.01.76 | Except for goods loaded onto a vessel at the port of loading and in transit on the final mode of transit before 12:01 a.m. eastern daylight time on April 9, 2025, except for products described in headings 9903.01.28-9903.01.33, and except as provided for in heading 9903.01.34, articles the product of Lesotho, as provided for in subdivision (v) of U.S. note 2 to this subchapter. . . . . . . | The duty provided in the applicable subheading + 50% | The duty provided in the applicable subheading + 50% | The duty provided in the applicable subheading |

11

3. (a) In the event of the termination of actions pursuant to Executive Order 14193 of February 1, 2025 (Imposing Duties To Address the Flow of Illicit Drugs Across Our Northern Border), as amended by Executive Order 14197 of February 3, 2025 (Progress on the Situation at Our Northern Border), and Executive Order 14231 of March 2, 2025 (Amendment to Duties To Address the Flow of Illicit Drugs Across Our Northern Border), effective with respect to goods entered for consumption, or withdrawn from warehouse for consumption, on or after 12:01 a.m. eastern daylight time on the date after such termination, subchapter III of chapter 99 of the Harmonized Tariff Schedule of the United States (HTSUS) is modified by inserting the following new headings in numerical sequence, with the material in the new heading inserted in the columns of the HTSUS labeled "Heading/Subheading", "Article Description", "Rates of Duty 1-General", "Rates of Duty 1-Special" and "Rates of Duty 2", respectively:

| Heading/ Subheading | Article Description | Rates of Duty | | |
|---|---|---|---|---|
| | | 1 | | 2 |
| | | General | Special | |
| "9903.01.35 | Except for products described in headings 9903.01.28-9903.01.33, except as provided for in heading 9903.01.34, and except as provided in headings 9903.01.37 and 9903.01.38, articles the product of Canada that are not eligible for duty-free treatment under the United States-Mexico-Canada Agreement, pursuant to the terms of general note 11 to the HTSUS. . . . . . . | The duty provided in the applicable subheading + 12% | The duty provided in the applicable subheading | The duty provided in the applicable subheading |
| 9903.01.36 | Articles the product of Canada that are entered free of duty under the United States-Mexico-Canada Agreement, pursuant to the terms of general note 11 to the HTSUS . . . . . | The duty provided in the applicable subheading | The duty provided in the applicable subheading | The duty provided in the applicable subheading |
| 9903.01.37 | Except for articles described in heading 9903.01.32, which include potash, energy products of Canada, including crude oil, natural gas, lease condensates, natural gas liquids, refined petroleum products, uranium, coal, biofuels, geothermal heat, the kinetic movement of flowing water, and critical minerals, as defined by 30 U.S.C. 1606(a)(3). . . . | The duty provided in the applicable subheading | The duty provided in the applicable subheading | The duty provided in the applicable subheading |

| 9903.01.38 | Except for products described in heading 9903.01.32, articles the products of Canada eligible for duty-free treatment under the United States-Mexico-Canada Agreement that are parts or components that will be substantially finished in the United States . . . . . . | The duty provided in the applicable subheading | The duty provided in the applicable subheading | The duty provided in the applicable subheading" |

(b) Therefore, with respect to goods entered for consumption, or withdrawn from warehouse for consumption, on or after 12:01 a.m. eastern daylight time on the date after such termination, heading 9903.01.26 is ineffective.

4.  (a) In the event of the termination of actions pursuant to Executive Order 14194 of February 1, 2025 (Imposing Duties To Address the Situation at Our Southern Border), as amended by Executive Order 14198 of February 3, 2025 (Progress on the Situation at Our Southern Border) and Executive Order 14227 of March 2, 2025 (Amendment to Duties To Address the Situation at Our Southern Border), effective with respect to goods entered for consumption, or withdrawn from warehouse for consumption, on or after 12:01 a.m. eastern daylight time on the date after such termination, subchapter III of chapter 99 of the Harmonized Tariff Schedule of the United States (HTSUS) is modified by inserting the following new headings in numerical sequence, with the material in the new heading inserted in the columns of the HTSUS labeled "Heading/Subheading", "Article Description", "Rates of Duty 1-General", "Rates of Duty 1-Special" and "Rates of Duty 2", respectively:

| Heading/ Subheading | Article Description | Rates of Duty | | |
| --- | --- | --- | --- | --- |
| | | 1 | | 2 |
| | | General | Special | |
| "9903.01.39 | Except for products described in headings 9903.01.28-9903.01.33, except as provided for in heading 9903.01.34, and except as provided in headings 9903.01.41 and 9903.01.42, articles the product of Mexico that are not eligible for duty-free treatment under the United States-Mexico-Canada Agreement, pursuant to the terms of general note 11 to the HTSUS. . . . . . . | The duty provided in the applicable subheading + 12% | The duty provided in the applicable subheading | The duty provided in the applicable subheading |

13

| 9903.01.40 | Articles the product of Mexico that are entered free of duty under the United States-Mexico-Canada Agreement, pursuant to the terms of general note 11 to the HTSUS . . . . . | The duty provided in the applicable subheading | The duty provided in the applicable subheading | The duty provided in the applicable subheading |
| 9903.01.41 | Except for articles described in heading 9903.01.32, which include potash, energy products of Mexico, including crude oil, natural gas, lease condensates, natural gas liquids, refined petroleum products, uranium, coal, biofuels, geothermal heat, the kinetic movement of flowing water, and critical minerals, as defined by 30 U.S.C. 1606(a)(3). . . . | The duty provided in the applicable subheading | The duty provided in the applicable subheading | The duty provided in the applicable subheading |
| 9903.01.42 | Except for products described in heading 9903.01.32, articles the products of Mexico eligible for duty-free treatment under the United States-Mexico-Canada Agreement that are parts or components that will be substantially finished in the United States . . . . . . | The duty provided in the applicable subheading | The duty provided in the applicable subheading | The duty provided in the applicable subheading" |

(b) Therefore, with respect to goods entered for consumption, or withdrawn from warehouse for consumption, on or after 12:01 a.m. eastern daylight time on the date after such termination, heading 9903.01.27 is ineffective.

5. Effective with respect to goods entered for consumption, or withdrawn from warehouse for consumption, on or after 12:01 a.m. eastern daylight time on April 5, 2025, subchapter III of chapter 99 of the HTSUS is modified by inserting the following new subdivision (v) to U.S. note 2 to subchapter III of chapter 99 of the HTSUS in numerical sequence:

"(v) (i) Except as provided in headings 9903.01.26-9903.01.33, in heading 9903.01.34, and in subdivisions (v)(ii) through (v)(xii) of this note, and other than products for personal use included in accompanied baggage of persons arriving in the United States, headings 9903.01.25, 9903.01.35, 9903.01.39, and 9903.01.43-9903.01.76 impose additional *ad valorem* rates of duty on imports of all products. Notwithstanding U.S. note 1 to this subchapter, all products that are subject to the additional *ad valorem* rate of duty imposed by these headings shall also be subject to the general rates of duty imposed under subheadings in chapters 1 to 97 of the tariff schedule. Except as provided in subdivisions (v)(ii) through (v)(xii) of this note, all products that are subject to the additional *ad valorem* rates of duty imposed by these headings shall also be subject to any additional duty provided for in this subchapter or subchapter IV of chapter 99. Products

14

61

that are eligible for special tariff treatment under general note 3(c)(i) to the tariff schedule, or that are eligible for temporary duty exemptions or reductions under subchapter II to chapter 99, shall be subject to the additional *ad valorem* rate of duty imposed by these headings.

The additional duties imposed by these headings shall not apply to goods for which entry is properly claimed under a provision of chapter 98 of the tariff schedule pursuant to applicable regulations of U.S. Customs and Border Protection ("CBP"), and whenever CBP agrees that entry under such a provision is appropriate, except for goods entered under heading 9802.00.80; and subheadings 9802.00.40, 9802.00.50, and 9802.00.60. For subheadings 9802.00.40, 9802.00.50, and 9802.00.60, the additional duties apply to the value of repairs, alterations, or processing performed, as described in the applicable subheading. For heading 9802.00.80, the additional duties apply to the value of the article assembled abroad, less the cost or value of such products of the United States, as described.

Products that are provided for in headings 9903.01.25, 9903.01.35, 9903.01.39, and 9903.01.43-9903.01.76 shall continue to be subject to antidumping, countervailing, or other duties, taxes, fees, exactions and charges that apply to such products, as well as to the additional *ad valorem* rate of duty imposed by these headings.

(ii) Heading 9903.01.30 covers only products that are donations, by persons subject to the jurisdiction of the United States, of articles, such as food, clothing, and medicine, intended to be used to relieve human suffering, except to the extent that the President determines that such donations (A) would seriously impair his ability to deal with any national emergency declared under section 1701 of title 19 of the U.S. Code, (B) are in response to coercion against the proposed recipient or donor, or (C) would endanger Armed Forces of the United States which are engaged in hostilities or are in a situation where imminent involvement in hostilities is clearly indicated by the circumstances.

(iii) As provided in heading 9903.01.32, the additional duties imposed by headings 9903.01.25, 9903.01.35, 9903.01.39, and 9903.01.43-9903.01.76 shall not apply to products classified in the following subheadings of the HTSUS:

| | | | | | |
|---|---|---|---|---|---|
| 0508.00.00 | 2841.80.00 | 2926.90.48 | 2937.23.10 | 4403.96.01 | 7202.19.10 |
| 2504.10.50 | 2841.90.20 | 2927.00.40 | 2937.23.25 | 4403.97.00 | 7202.19.50 |
| 2504.90.00 | 2841.90.40 | 2927.00.50 | 2937.23.50 | 4403.98.00 | 7202.30.00 |
| 2510.10.00 | 2843.29.01 | 2928.00.25 | 2937.29.10 | 4403.99.01 | 7202.41.00 |
| 2510.20.00 | 2843.30.00 | 2928.00.30 | 2937.29.90 | 4404.10.00 | 7202.49.10 |
| 2511.10.10 | 2843.90.00 | 2928.00.50 | 2937.50.00 | 4404.20.00 | 7202.49.50 |
| 2511.10.50 | 2844.10.10 | 2929.20.20 | 2937.90.05 | 4405.00.00 | 7202.50.00 |
| 2519.10.00 | 2844.10.20 | 2929.90.50 | 2937.90.10 | 4406.11.00 | 7202.80.00 |
| 2519.90.10 | 2844.20.00 | 2930.20.20 | 2937.90.20 | 4406.12.00 | 7202.91.00 |
| 2519.90.20 | 2844.30.20 | 2930.20.90 | 2937.90.40 | 4406.91.00 | 7202.93.40 |
| 2524.90.00 | 2844.30.50 | 2930.30.60 | 2937.90.45 | 4406.92.00 | 7202.93.80 |
| 2529.21.00 | 2844.43.00 | 2930.90.29 | 2937.90.90 | 4407.11.00 | 7204.21.00 |
| 2529.22.00 | 2845.90.01 | 2930.90.49 | 2938.10.00 | 4407.12.00 | 7401.00.00 |

15

| | | | | | |
|---|---|---|---|---|---|
| 2530.20.10 | 2846.10.00 | 2930.90.92 | 2938.90.00 | 4407.13.00 | 7402.00.00 |
| 2530.20.20 | 2846.90.20 | 2931.49.00 | 2939.11.00 | 4407.14.00 | 7403.11.00 |
| 2530.90.10 | 2846.90.40 | 2931.53.00 | 2939.19.10 | 4407.19.00 | 7403.12.00 |
| 2530.90.20 | 2846.90.80 | 2931.90.22 | 2939.19.20 | 4407.21.00 | 7403.13.00 |
| 2530.90.80 | 2849.20.10 | 2931.90.90 | 2939.19.50 | 4407.22.00 | 7403.19.00 |
| 2602.00.00 | 2849.20.20 | 2932.14.00 | 2939.20.00 | 4407.23.01 | 7403.21.00 |
| 2603.00.00 | 2849.90.30 | 2932.19.51 | 2939.30.00 | 4407.25.00 | 7403.22.00 |
| 2605.00.00 | 2853.90.10 | 2932.20.20 | 2939.41.00 | 4407.26.00 | 7403.29.01 |
| 2606.00.00 | 2853.90.90 | 2932.20.30 | 2939.42.00 | 4407.27.00 | 7404.00.30 |
| 2608.00.00 | 2903.45.10 | 2932.20.50 | 2939.44.00 | 4407.28.00 | 7404.00.60 |
| 2610.00.00 | 2903.59.90 | 2932.99.61 | 2939.45.00 | 4407.29.02 | 7405.00.10 |
| 2611.00.30 | 2903.69.90 | 2932.99.70 | 2939.49.03 | 4407.91.00 | 7405.00.60 |
| 2611.00.60 | 2903.78.00 | 2932.99.90 | 2939.59.00 | 4407.92.00 | 7406.10.00 |
| 2612.10.00 | 2903.79.90 | 2933.11.00 | 2939.62.00 | 4407.93.00 | 7406.20.00 |
| 2614.00.30 | 2903.89.15 | 2933.19.35 | 2939.63.00 | 4407.94.00 | 7407.10.15 |
| 2614.00.60 | 2903.89.20 | 2933.19.45 | 2939.69.00 | 4407.95.00 | 7407.10.30 |
| 2615.90.30 | 2903.89.70 | 2933.19.90 | 2939.72.00 | 4407.96.00 | 7407.10.50 |
| 2615.90.60 | 2903.92.00 | 2933.21.00 | 2939.79.00 | 4407.97.00 | 7407.21.15 |
| 2616.10.00 | 2904.99.40 | 2933.29.20 | 2939.80.00 | 4407.99.02 | 7407.21.30 |
| 2617.10.00 | 2905.29.90 | 2933.29.35 | 2940.00.60 | 4408.10.01 | 7407.21.50 |
| 2620.30.00 | 2905.39.90 | 2933.29.43 | 2941.10.10 | 4408.31.01 | 7407.21.70 |
| 2620.99.50 | 2905.59.10 | 2933.29.45 | 2941.10.20 | 4408.39.02 | 7407.21.90 |
| 2701.11.00 | 2905.59.90 | 2933.29.90 | 2941.10.30 | 4408.90.01 | 7407.29.16 |
| 2701.12.00 | 2906.19.50 | 2933.33.01 | 2941.10.50 | 4409.10.05 | 7407.29.34 |
| 2701.19.00 | 2906.29.60 | 2933.34.00 | 2941.20.10 | 4409.10.10 | 7407.29.38 |
| 2701.20.00 | 2907.29.90 | 2933.35.00 | 2941.20.50 | 4409.10.20 | 7407.29.40 |
| 2702.10.00 | 2908.19.60 | 2933.37.00 | 2941.30.00 | 4409.10.40 | 7407.29.50 |
| 2702.20.00 | 2909.19.18 | 2933.39.08 | 2941.40.00 | 4409.10.45 | 7408.11.30 |
| 2703.00.00 | 2909.20.00 | 2933.39.10 | 2941.50.00 | 4409.10.50 | 7408.11.60 |
| 2704.00.00 | 2909.30.60 | 2933.39.20 | 2941.90.10 | 4409.10.60 | 7408.19.00 |
| 2705.00.00 | 2909.49.10 | 2933.39.21 | 2941.90.30 | 4409.10.65 | 7408.21.00 |
| 2706.00.00 | 2909.49.15 | 2933.39.23 | 2941.90.50 | 4409.10.90 | 7408.22.10 |
| 2707.10.00 | 2909.49.20 | 2933.39.25 | 2942.00.05 | 4409.21.05 | 7408.22.50 |
| 2707.20.00 | 2909.49.60 | 2933.39.27 | 2942.00.35 | 4409.21.90 | 7408.29.10 |
| 2707.30.00 | 2909.50.40 | 2933.39.31 | 2942.00.50 | 4409.22.05 | 7408.29.50 |
| 2707.40.00 | 2909.50.45 | 2933.39.41 | 3001.20.00 | 4409.22.10 | 7409.11.10 |
| 2707.50.00 | 2909.50.50 | 2933.39.61 | 3001.90.01 | 4409.22.25 | 7409.11.50 |
| 2707.91.00 | 2912.19.50 | 2933.39.92 | 3002.12.00 | 4409.22.40 | 7409.19.10 |
| 2707.99.10 | 2912.49.26 | 2933.41.00 | 3002.13.00 | 4409.22.50 | 7409.19.50 |
| 2707.99.20 | 2914.19.00 | 2933.49.08 | 3002.14.00 | 4409.22.60 | 7409.19.90 |
| 2707.99.40 | 2914.40.90 | 2933.49.10 | 3002.15.00 | 4409.22.65 | 7409.21.00 |
| 2707.99.51 | 2914.50.30 | 2933.49.15 | 3002.41.00 | 4409.22.90 | 7409.29.00 |
| 2707.99.55 | 2914.50.50 | 2933.49.17 | 3002.42.00 | 4409.29.06 | 7409.31.10 |

16

| | | | | | |
|---|---|---|---|---|---|
| 2707.99.59 | 2914.62.00 | 2933.49.20 | 3002.49.00 | 4409.29.11 | 7409.31.50 |
| 2707.99.90 | 2914.69.21 | 2933.49.26 | 3002.51.00 | 4409.29.26 | 7409.31.90 |
| 2708.10.00 | 2914.69.90 | 2933.49.30 | 3002.59.00 | 4409.29.41 | 7409.39.10 |
| 2708.20.00 | 2914.79.40 | 2933.49.60 | 3002.90.10 | 4409.29.51 | 7409.39.50 |
| 2709.00.10 | 2915.29.30 | 2933.49.70 | 3002.90.52 | 4409.29.61 | 7409.39.90 |
| 2709.00.20 | 2915.39.31 | 2933.52.10 | 3003.10.00 | 4409.29.66 | 7409.40.00 |
| 2710.12.15 | 2915.39.35 | 2933.52.90 | 3003.20.00 | 4409.29.91 | 7409.90.10 |
| 2710.12.18 | 2915.39.47 | 2933.53.00 | 3003.39.10 | 4410.11.00 | 7409.90.50 |
| 2710.12.25 | 2915.39.90 | 2933.54.00 | 3003.39.50 | 4410.12.00 | 7409.90.90 |
| 2710.12.45 | 2915.90.10 | 2933.59.10 | 3003.41.00 | 4410.19.00 | 7410.11.00 |
| 2710.12.90 | 2915.90.14 | 2933.59.15 | 3003.42.00 | 4410.90.00 | 7410.12.00 |
| 2710.19.06 | 2915.90.18 | 2933.59.18 | 3003.49.00 | 4411.12.10 | 7410.21.30 |
| 2710.19.11 | 2915.90.20 | 2933.59.21 | 3003.90.01 | 4411.12.20 | 7410.21.60 |
| 2710.19.16 | 2915.90.50 | 2933.59.22 | 3004.10.10 | 4411.12.30 | 7410.22.00 |
| 2710.19.24 | 2916.19.30 | 2933.59.36 | 3004.10.50 | 4411.12.60 | 7411.10.10 |
| 2710.19.25 | 2916.19.50 | 2933.59.46 | 3004.20.00 | 4411.12.90 | 7411.10.50 |
| 2710.19.26 | 2916.20.50 | 2933.59.53 | 3004.31.00 | 4411.13.10 | 7411.21.10 |
| 2710.19.30 | 2916.31.50 | 2933.59.59 | 3004.32.00 | 4411.13.20 | 7411.21.50 |
| 2710.19.35 | 2916.39.46 | 2933.59.70 | 3004.39.00 | 4411.13.30 | 7411.22.00 |
| 2710.19.40 | 2916.39.79 | 2933.59.80 | 3004.41.00 | 4411.13.60 | 7411.29.10 |
| 2710.19.45 | 2917.13.00 | 2933.59.85 | 3004.42.00 | 4411.13.90 | 7411.29.50 |
| 2710.19.90 | 2917.19.10 | 2933.59.95 | 3004.49.00 | 4411.14.10 | 7412.10.00 |
| 2710.20.05 | 2917.19.70 | 2933.69.60 | 3004.50.10 | 4411.14.20 | 7412.20.00 |
| 2710.20.10 | 2917.34.01 | 2933.72.00 | 3004.50.20 | 4411.14.30 | 7413.00.10 |
| 2710.20.15 | 2917.39.30 | 2933.79.08 | 3004.50.30 | 4411.14.60 | 7413.00.50 |
| 2710.20.25 | 2918.11.51 | 2933.79.15 | 3004.50.40 | 4411.14.90 | 7413.00.90 |
| 2710.91.00 | 2918.13.50 | 2933.79.85 | 3004.50.50 | 4411.92.10 | 7415.10.00 |
| 2710.99.05 | 2918.16.50 | 2933.91.00 | 3004.60.00 | 4411.92.20 | 7415.21.00 |
| 2710.99.10 | 2918.19.60 | 2933.99.01 | 3004.90.10 | 4411.92.30 | 7415.29.00 |
| 2710.99.16 | 2918.19.90 | 2933.99.02 | 3004.90.92 | 4411.92.40 | 7415.33.05 |
| 2710.99.21 | 2918.22.10 | 2933.99.05 | 3006.30.10 | 4411.93.10 | 7415.33.10 |
| 2710.99.31 | 2918.22.50 | 2933.99.06 | 3006.30.50 | 4411.93.20 | 7415.33.80 |
| 2710.99.32 | 2918.23.30 | 2933.99.08 | 3006.60.00 | 4411.93.30 | 7415.39.00 |
| 2710.99.39 | 2918.23.50 | 2933.99.11 | 3006.70.00 | 4411.93.60 | 7418.10.00 |
| 2710.99.45 | 2918.29.20 | 2933.99.12 | 3006.93.10 | 4411.93.90 | 7418.20.10 |
| 2710.99.90 | 2918.29.65 | 2933.99.16 | 3006.93.20 | 4411.94.00 | 7418.20.50 |
| 2711.11.00 | 2918.29.75 | 2933.99.17 | 3006.93.50 | 4412.10.05 | 7419.20.00 |
| 2711.12.00 | 2918.30.25 | 2933.99.22 | 3006.93.60 | 4412.10.90 | 7419.80.03 |
| 2711.13.00 | 2918.30.30 | 2933.99.24 | 3006.93.80 | 4412.31.06 | 7419.80.06 |
| 2711.14.00 | 2918.30.90 | 2933.99.26 | 3104.20.00 | 4412.31.26 | 7419.80.09 |
| 2711.19.00 | 2918.99.30 | 2933.99.42 | 3104.30.00 | 4412.31.42 | 7419.80.15 |
| 2711.21.00 | 2918.99.43 | 2933.99.46 | 3104.90.01 | 4412.31.45 | 7419.80.16 |
| 2711.29.00 | 2918.99.47 | 2933.99.51 | 3105.10.00 | 4412.31.48 | 7419.80.17 |

17

| | | | | | |
|---|---|---|---|---|---|
| 2712.10.00 | 2918.99.50 | 2933.99.53 | 3105.20.00 | 4412.31.52 | 7419.80.30 |
| 2712.20.00 | 2919.90.30 | 2933.99.55 | 3105.60.00 | 4412.31.61 | 7419.80.50 |
| 2712.90.10 | 2919.90.50 | 2933.99.58 | 3203.00.80 | 4412.31.92 | 7508.90.50 |
| 2712.90.20 | 2920.90.51 | 2933.99.61 | 3204.13.80 | 4412.33.06 | 7901.11.00 |
| 2713.11.00 | 2921.19.11 | 2933.99.65 | 3204.17.20 | 4412.33.26 | 7901.12.10 |
| 2713.12.00 | 2921.19.61 | 2933.99.70 | 3204.18.00 | 4412.33.32 | 7901.12.50 |
| 2713.20.00 | 2921.29.00 | 2933.99.75 | 3206.11.00 | 4412.33.57 | 7901.20.00 |
| 2713.90.00 | 2921.30.10 | 2933.99.79 | 3206.19.00 | 4412.34.26 | 7902.00.00 |
| 2714.10.00 | 2921.30.50 | 2933.99.82 | 3402.42.10 | 4412.34.32 | 7907.00.60 |
| 2714.90.00 | 2921.42.90 | 2933.99.85 | 3402.42.20 | 4412.34.57 | 8001.10.00 |
| 2715.00.00 | 2921.46.00 | 2933.99.89 | 3402.42.90 | 4412.39.10 | 8001.20.00 |
| 2716.00.00 | 2921.49.38 | 2933.99.90 | 3606.90.30 | 4412.39.30 | 8002.00.00 |
| 2801.20.00 | 2921.49.43 | 2933.99.97 | 3808.94.10 | 4412.39.40 | 8007.00.50 |
| 2804.29.00 | 2921.49.45 | 2934.10.10 | 3808.94.50 | 4412.39.50 | 8101.10.00 |
| 2804.50.00 | 2921.49.50 | 2934.10.20 | 3818.00.00 | 4412.41.00 | 8101.97.00 |
| 2804.61.00 | 2921.59.80 | 2934.10.90 | 3824.91.00 | 4412.42.00 | 8103.20.00 |
| 2804.80.00 | 2922.11.00 | 2934.20.40 | 3824.99.29 | 4412.49.00 | 8103.30.00 |
| 2804.90.00 | 2922.14.00 | 2934.20.80 | 3824.99.49 | 4412.51.10 | 8103.91.00 |
| 2805.19.10 | 2922.19.09 | 2934.30.23 | 3824.99.55 | 4412.51.31 | 8103.99.00 |
| 2805.19.20 | 2922.19.20 | 2934.30.27 | 3824.99.93 | 4412.51.41 | 8104.11.00 |
| 2805.19.90 | 2922.19.33 | 2934.30.43 | 3901.90.90 | 4412.51.51 | 8104.19.00 |
| 2805.30.00 | 2922.19.60 | 2934.30.50 | 3902.90.00 | 4412.52.10 | 8104.20.00 |
| 2811.11.00 | 2922.19.70 | 2934.91.00 | 3904.61.00 | 4412.52.31 | 8104.30.00 |
| 2811.19.10 | 2922.19.90 | 2934.92.00 | 3905.91.10 | 4412.52.41 | 8104.90.00 |
| 2811.29.10 | 2922.19.96 | 2934.99.01 | 3905.99.80 | 4412.52.51 | 8105.20.30 |
| 2811.29.20 | 2922.29.27 | 2934.99.03 | 3906.90.50 | 4412.59.80 | 8105.20.60 |
| 2812.19.00 | 2922.29.61 | 2934.99.05 | 3907.10.00 | 4412.59.90 | 8105.20.90 |
| 2813.90.10 | 2922.29.81 | 2934.99.06 | 3907.21.00 | 4412.59.95 | 8105.30.00 |
| 2815.20.00 | 2922.31.00 | 2934.99.07 | 3907.29.00 | 4412.91.06 | 8105.90.00 |
| 2816.10.00 | 2922.39.25 | 2934.99.08 | 3907.30.00 | 4412.91.10 | 8106.10.00 |
| 2816.40.10 | 2922.39.45 | 2934.99.09 | 3907.61.00 | 4412.91.31 | 8106.90.00 |
| 2816.40.20 | 2922.39.50 | 2934.99.11 | 3907.69.00 | 4412.91.41 | 8108.20.00 |
| 2817.00.00 | 2922.41.00 | 2934.99.12 | 3907.70.00 | 4412.91.51 | 8108.30.00 |
| 2818.10.10 | 2922.42.50 | 2934.99.15 | 3907.99.50 | 4412.92.07 | 8108.90.30 |
| 2818.10.20 | 2922.44.00 | 2934.99.16 | 3908.10.00 | 4412.92.11 | 8108.90.60 |
| 2818.20.00 | 2922.49.10 | 2934.99.18 | 3910.00.00 | 4412.92.31 | 8110.10.00 |
| 2818.30.00 | 2922.49.26 | 2934.99.20 | 3911.90.25 | 4412.92.42 | 8110.20.00 |
| 2820.10.00 | 2922.49.30 | 2934.99.30 | 3911.90.91 | 4412.92.52 | 8110.90.00 |
| 2821.10.00 | 2922.49.37 | 2934.99.39 | 3912.31.00 | 4412.99.58 | 8111.00.47 |
| 2821.20.00 | 2922.49.49 | 2934.99.44 | 3912.39.00 | 4412.99.61 | 8111.00.49 |
| 2822.00.00 | 2922.49.80 | 2934.99.47 | 3912.90.00 | 4412.99.71 | 8112.21.00 |
| 2823.00.00 | 2922.50.07 | 2934.99.70 | 3913.90.20 | 4412.99.81 | 8112.22.00 |
| 2825.20.00 | 2922.50.10 | 2934.99.90 | 3913.90.50 | 4412.99.91 | 8112.29.00 |

18

| | | | | | |
|---|---|---|---|---|---|
| 2825.50.30 | 2922.50.11 | 2935.50.00 | 3914.00.60 | 4412.99.97 | 8112.41.10 |
| 2825.60.00 | 2922.50.13 | 2935.90.06 | 4001.10.00 | 4413.00.00 | 8112.41.50 |
| 2825.80.00 | 2922.50.14 | 2935.90.10 | 4001.21.00 | 4820.20.00 | 8112.49.00 |
| 2825.90.15 | 2922.50.17 | 2935.90.13 | 4001.22.00 | 4901.10.00 | 8112.59.00 |
| 2825.90.30 | 2922.50.25 | 2935.90.15 | 4001.29.00 | 4901.91.00 | 8112.92.10 |
| 2825.90.90 | 2922.50.35 | 2935.90.20 | 4001.30.00 | 4901.99.00 | 8112.92.30 |
| 2826.12.00 | 2922.50.40 | 2935.90.30 | 4401.11.00 | 4902.10.00 | 8112.92.40 |
| 2826.30.00 | 2922.50.50 | 2935.90.32 | 4401.12.00 | 4902.90.10 | 8112.92.60 |
| 2826.90.90 | 2923.10.00 | 2935.90.33 | 4401.21.00 | 4902.90.20 | 8112.92.65 |
| 2827.31.00 | 2923.20.20 | 2935.90.42 | 4401.22.00 | 4903.00.00 | 8112.99.10 |
| 2827.39.45 | 2923.90.01 | 2935.90.48 | 4401.31.00 | 4904.00.00 | 8112.99.91 |
| 2827.39.60 | 2924.11.00 | 2935.90.60 | 4401.32.00 | 4905.20.00 | 8541.10.00 |
| 2827.39.90 | 2924.19.11 | 2935.90.75 | 4401.39.42 | 4905.90.20 | 8541.21.00 |
| 2827.41.00 | 2924.19.80 | 2935.90.95 | 4401.41.00 | 4905.90.60 | 8541.29.00 |
| 2827.49.50 | 2924.21.16 | 2936.21.00 | 4401.49.00 | 4906.00.00 | 8541.30.00 |
| 2827.59.51 | 2924.21.50 | 2936.22.00 | 4402.10.00 | 4911.10.00 | 8541.49.10 |
| 2827.60.10 | 2924.29.10 | 2936.23.00 | 4402.20.00 | 4911.99.60 | 8541.49.70 |
| 2827.60.51 | 2924.29.62 | 2936.24.01 | 4402.90.01 | 4911.99.80 | 8541.49.80 |
| 2833.21.00 | 2924.29.71 | 2936.25.00 | 4403.11.00 | 7106.91.10 | 8541.49.95 |
| 2833.25.00 | 2924.29.77 | 2936.26.00 | 4403.12.00 | 7108.12.10 | 8541.51.00 |
| 2833.27.00 | 2924.29.95 | 2936.27.00 | 4403.21.01 | 7110.11.00 | 8541.59.00 |
| 2833.29.10 | 2925.12.00 | 2936.28.00 | 4403.22.01 | 7110.19.00 | 8541.90.00 |
| 2833.29.45 | 2925.19.42 | 2936.29.10 | 4403.23.01 | 7110.21.00 | 8542.31.00 |
| 2833.29.51 | 2925.19.91 | 2936.29.16 | 4403.24.01 | 7110.29.00 | 8542.32.00 |
| 2834.21.00 | 2925.21.00 | 2936.29.20 | 4403.25.01 | 7110.31.00 | 8542.33.00 |
| 2834.29.20 | 2925.29.20 | 2936.29.50 | 4403.26.01 | 7110.39.00 | 8542.39.00 |
| 2834.29.51 | 2925.29.60 | 2936.90.01 | 4403.42.00 | 7110.41.00 | 8542.90.00 |
| 2836.60.00 | 2925.29.90 | 2937.11.00 | 4403.49.02 | 7110.49.00 | |
| 2836.91.00 | 2926.30.10 | 2937.12.00 | 4403.91.00 | 7112.92.01 | |
| 2836.92.00 | 2926.40.00 | 2937.19.00 | 4403.93.01 | 7118.90.00 | |
| 2836.99.10 | 2926.90.14 | 2937.21.00 | 4403.94.01 | 7202.11.10 | |
| 2836.99.50 | 2926.90.43 | 2937.22.00 | 4403.95.01 | 7202.11.50 | |

(iv) As provided in 9903.01.26, the additional duties imposed by heading 9903.01.25 shall not apply to any products of Canada, including those products of Canada entered free of duty as under the United States-Mexico-Canada Agreement, including any treatment set forth in subchapter XXIII of chapter 98 and subchapter XXII of chapter 99 of the HTSUS.

(v) As provided in 9903.01.27, the additional duties imposed by heading 9903.01.25 shall not apply to any products of Mexico, including those products of Mexico entered free of duty as under the United States-Mexico-Canada Agreement, including any treatment set forth in subchapter XXIII of chapter 98 and subchapter XXII of chapter 99 of the HTSUS.

19

(vi) The additional duties imposed by headings 9903.01.25, 9903.01.35, 9903.01.39, and 9903.01.43-9903.01.76 shall not apply to products of iron or steel provided for in headings 9903.81.87 and 9903.81.88.

(vii) The additional duties imposed by headings 9903.01.25, 9903.01.35, 9903.01.39, and 9903.01.43-9903.01.76 shall not apply to derivative iron or steel products provided for in headings 9903.81.89, 9903.81.90, 9903.81.91, 9903.81.92 and 9903.81.93.

(viii) The additional duties imposed by headings 9903.01.25, 9903.01.35, 9903.01.39, and 9903.01.43-9903.01.76 shall not apply to products of aluminum provided for in heading 9903.85.02.

(ix) The additional duties imposed by headings 9903.01.25, 9903.01.35, 9903.01.39, and 9903.01.43-9903.01.76 shall not apply to derivative aluminum products provided for in headings 9903.85.04, 9903.85.07, 9903.85.08 and 9903.85.09.

(x) The additional duties imposed by headings 9903.01.25, 9903.01.35, 9903.01.39, and 9903.01.43-9903.01.76 shall not apply to passenger vehicles (sedans, sport utility vehicles, crossover utility vehicles, minivans, and cargo vans) and light trucks provided for in headings 9903.94.01 and 9903.94.03.

(xi) The additional duties imposed by headings 9903.01.25, 9903.01.35, 9903.01.39, and 9903.01.43-9903.01.76 shall not apply to parts of passenger vehicles (sedans, sport utility vehicles, crossover utility vehicles, minivans, and cargo vans) and parts of light trucks provided for in heading 9903.94.05.

(xii) The additional duties imposed by headings 9903.01.25, 9903.01.35, 9903.01.39, and 9903.01.43-9903.01.76 shall not apply to the U.S. content of an article, provided at least 20% of the customs value, as determined under 19 U.S.C. 1401a, of the product is U.S. originating, consistent with heading 9903.01.34. For greater certainty, with respect to an article for which at least 20% of the customs value is U.S. originating, consistent with 9903.01.34, the additional duties imposed by headings 9903.01.25, 9903.01.35, 9903.01.39, and 9903.01.43-9903.01.76, shall apply only to the non-U.S. content of such article. Heading 9903.01.34 covers only the U.S. content portion of articles described by that heading. The term "U.S. content" refers to the value of an article attributable to the components wholly obtained, produced entirely, or substantially transformed in the United States.

(xiii) Heading 9903.01.25 shall not apply to articles the product of the following countries entered for consumption, or withdrawn from warehouse for consumption, on or after 12:01 a.m. eastern daylight time on April 9, 2025, and that were not in transit on the final mode of transit prior to 12:01 a.m. eastern daylight time on April 9, 2025:

    1)     Algeria, subject to an additional duty of 30%
    2)     Angola, subject to an additional duty of 32%
    3)     Bangladesh, subject to an additional duty of 37%
    4)     Bosnia and Herzegovina, subject to an additional duty of 35%

5)    Botswana, subject to an additional duty of 37%
6)    Brunei, subject to an additional duty of 24%
7)    Cambodia, subject to an additional duty of 49%
8)    Cameroon, subject to an additional duty of 11%
9)    Chad, subject to an additional duty of 13%
10)   China, including Hong Kong and Macau, subject to an additional duty of 34%
11)   Côte d`Ivoire, subject to an additional duty of 21%
12)   Democratic Republic of the Congo, subject to an additional duty of 11%
13)   Equatorial Guinea, subject to an additional duty of 13%
14)   European Union, subject to an additional duty of 20%
15)   Falkland Islands, subject to an additional duty of 41%
16)   Fiji, subject to an additional duty of 32%
17)   Guyana, subject to an additional duty of 38%
18)   India, subject to an additional duty of 26%
19)   Indonesia, subject to an additional duty of 32%
20)   Iraq, subject to an additional duty of 39%
21)   Israel, subject to an additional duty of 17%
22)   Japan, subject to an additional duty of 24%
23)   Jordan, subject to an additional duty of 20%
24)   Kazakhstan, subject to an additional duty of 27%
25)   Laos, subject to an additional duty of 48%
26)   Lesotho, subject to an additional duty of 50%
27)   Libya, subject to an additional duty of 31%
28)   Liechtenstein, subject to an additional duty of 37%
29)   Madagascar, subject to an additional duty of 47%
30)   Malawi, subject to an additional duty of 17%
31)   Malaysia, subject to an additional duty of 24%
32)   Mauritius, subject to an additional duty of 40%
33)   Moldova, subject to an additional duty of 31%
34)   Mozambique, subject to an additional duty of 16%
35)   Myanmar (Burma), subject to an additional duty of 44%
36)   Namibia, subject to an additional duty of 21%
37)   Nauru, subject to an additional duty of 30%
38)   Nicaragua, subject to an additional duty of 18%
39)   Nigeria, subject to an additional duty of 14%
40)   North Macedonia, subject to an additional duty of 33%
41)   Norway, subject to an additional duty of 15%
42)   Pakistan, subject to an additional duty of 29%
43)   Philippines, subject to an additional duty of 17%
44)   Serbia, subject to an additional duty of 37%
45)   South Africa, subject to an additional duty of 30%
46)   South Korea, subject to an additional duty of 25%
47)   Sri Lanka, subject to an additional duty of 44%
48)   Switzerland, subject to an additional duty of 31%
49)   Syria, subject to an additional duty of 41%
50)   Taiwan, subject to an additional duty of 32%

21

51)    Thailand, subject to an additional duty of 36%
52)    Tunisia, subject to an additional duty of 28%
53)    Vanuatu, subject to an additional duty of 22%
54)    Venezuela, subject to an additional duty of 15%
55)    Vietnam, subject to an additional duty of 46%
56)    Zambia, subject to an additional duty of 17%
57)    Zimbabwe, subject to an additional duty of 18%"

22

[FR Doc. 2025–06063

Filed 4–4–25; 11:15 am]

Billing code 7020–02–C

**EXHIBIT 2**

**THE WHITE HOUSE**

WASHINGTON

July 9, 2025

His Excellency
Luiz Inacio Lula da Silva
President of the Federative Republic of
  Brazil
Brasilia

Dear Mr. President:

I knew and dealt with former President Jair Bolsonaro, and respected him greatly, as did most other Leaders of Countries. The way that Brazil has treated former President Bolsonaro, a Highly Respected Leader throughout the World during his Term, including by the United States, is an international disgrace. This Trial should not be taking place. It is a Witch Hunt that should end IMMEDIATELY!

Due in part to Brazil's insidious attacks on Free Elections, and the fundamental Free Speech Rights of Americans (as lately illustrated by the Brazilian Supreme Court, which has issued hundreds of SECRET and UNLAWFUL Censorship Orders to U.S. Social Media platforms, threatening them with Millions of Dollars in Fines and Eviction from the Brazilian Social Media market), starting on August 1, 2025, we will charge Brazil a Tariff of 50% on any and all Brazilian products sent into the United States, separate from all Sectoral Tariffs. Goods transshipped to evade this 50% Tariff will be subject to that higher Tariff.

In addition, we have had years to discuss our Trading Relationship with Brazil, and have concluded that we must move away from the longstanding, and very unfair trade relationship engendered by Brazil's Tariff, and Non-Tariff, Policies and Trade Barriers. Our relationship has been, unfortunately, far from Reciprocal.

Please understand that the 50% number is far less than what is needed to have the Level Playing Field we must have with your Country. And it is necessary to have this to rectify the grave injustices of the current regime. As you are aware, there will be no Tariff if Brazil, or companies within your Country, decide to build or manufacture product within the United States and, in fact, we will do everything possible to get approvals quickly, professionally, and routinely — in other words, in a matter of weeks.

2

If for any reason you decide to raise your Tariffs, then, whatever the number you choose to raise them by, will be added onto the 50% that we charge. Please understand that these Tariffs are necessary to correct the many years of Brazil's Tariff, and Non-Tariff, Policies and Trade Barriers, causing these unsustainable Trade Deficits against the United States. This Deficit is a major threat to our Economy and, indeed, our National Security! Additionally, because of Brazil's continued attacks on the Digital Trade activities of American Companies, as well as other unfair Trading Practices, I am directing United States Trade Representative Jamieson Greer to immediately initiate a Section 301 Investigation of Brazil.

If you wish to open your heretofore closed Trading Markets to the United States, and eliminate your Tariff, and Non-Tariff, Policies and Trade Barriers, we will, perhaps, consider an adjustment to this letter. These Tariffs may be modified, upward or downward, depending on our relationship with your Country. You will never be disappointed with the United States of America.

Thank you for your attention to this matter!

With best wishes, I am,

Sincerely,

**DONALD J. TRUMP**
PRESIDENT OF THE UNITED STATES OF AMERICA

**EXHIBIT 3**

IN THE UNITED STATES COURT
OF INTERNATIONAL TRADE

JOHANNA FOODS, INC. and :
JOHANNA BEVERAGE COMPANY, LLC, :
          :
    Plaintiffs   :
          :
  v.        :
          : Case No.
EXECUTIVE OFFICE OF THE PRESIDENT :
OF THE UNITED STATES OF AMERICA, :
UNITED STATES OF AMERICA, :
UNITED STATES CUSTOMS AND BORDER :
PROTECTION AGENCY, :
PETE R. FLORES, in his official capacity as :
Acting Commissioner of United States Customs :
And Border Protection, :
OFFICE OF THE UNITED STATES TRADE :
REPRESENTATIVE, :
JAMIESON GREER, in his official capacity as :
United States Trade Representative, and :
HOWARD LUTNICK, in his official capacity as :
Secretary of Commerce, :
          :
    Defendants  :

## DECLARATION OF ROBERT A. FACCHINA

I, Robert A. Facchina, state as follows:

1. I am a US citizen at least 18 years of age. If called to testify, I would testify as follows.

2. I am the Chief Executive Officer of Johanna Foods, Inc. and Johanna Beverage Company, LLC (the "Johanna Parties").

3. The Johanna Parties are headquartered in New Jersey. Johanna Foods, Inc. operates manufacturing, logistics, and distribution facilities in Flemington, New Jersey, and Johanna Beverage Company operates facilities in Spokane, Washington. Together

1

they employ approximately 685 people across these locations, with approximately 590 at the Flemington location and 90 in Spokane.

4.  The Johanna Parties manufacture chilled and aseptic juices and yogurt. The chilled and aseptic juice business represents the vast majority of the volume and profitability of the business, with an overwhelming portion of the juice business being orange juice which is wholly reliant on imported not from concentrate orange juice originating in Brazil.

5.  The not from concentrate orange juice ingredients imported from Brazil are not reasonably available from any supplier in the United States in sufficient quantity or quality to meet the Johanna Parties' production needs.

6.  The 50% tariffs imposed on Brazil by the Trump administration significantly impact the Johanna Parties' business, resulting in an estimated additional cost of at least $68 million, which exceeds any single year of profits in the 30-year history of the Johanna Parties' business.

7.  Brazilian not from concentrate orange juice imports are critical to the Johanna Parties' operations due to the catastrophic decline in orange juice production in the state of Florida. U.S. orange juice production, particularly in Florida, has declined by over 95% in the past 25 years due to factors such as citrus greening disease, hurricanes, and urban development, rendering domestic supply insufficient to meet the Johanna Parties' production requirements.

2

8. The imposition of the 50% tariffs disrupts the Johanna Parties' ability to plan and meet production requirements and manage cash flow, as the additional costs impose **an immediate and unmanageable financial burden that cannot be absorbed by our** current profit margins.

9. The Johanna Parties have long-standing relationships with Brazilian suppliers who rely on Johanna's consistent orders to sustain their agricultural operations. These tariffs threaten to disrupt these partnerships.

10. The increased costs from the tariffs will force the Johanna Parties to raise prices to its customers which in turn will result in increased costs to consumers of approximately 20-25%.

11. Without relief from these tariffs, the Johanna Parties face potential layoffs of union manufacturing employees as well as administrative staff, reduced production capacity, and an existential threat to the sustainability of our business, which supports almost 700 American jobs and contributes significantly to the economies of New Jersey and Washington state.

12. The Johanna Parties supply nearly 75% of all private label not from concentrate orange juice customers in the United States, as well as two of the largest branded orange juice producers, making our operations a cornerstone of the national orange juice supply chain. The increased tariffs make it impossible for Johanna to provide supply and price certainty to its customers.

3

I, Robert A. Facchina, Chief Executive Officer of Johanna Foods and Johanna Beverage, certify under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2025.

Dated: _7-17-2025_

Robert A. Facchina

4

# EXHIBIT 4




**United States Department of Agriculture**
**National Agricultural Statistics Service**
**DECEMBER FORECAST**

# CITRUS   MATURITY TEST RESULTS AND FRUIT SIZE

Cooperating with the Florida Department of Agriculture and Consumer Services
851 Trafalgar Ct, Suite 310E, Maitland, FL 32751-4132
(407) 648-6013 · (855) 271-9801 FAX · www.nass.usda.gov/fl

December 10, 2024

**Florida All Orange Production Down 20 Percent from the October Forecast**
**Florida Non-Valencia Orange Production Down 17 Percent**
**Florida Valencia Orange Production Down 22 Percent**
**Florida All Grapefruit Production Down 14 Percent**
**Florida Lemon Production Unchanged**
**Florida Tangerine and Mandarin Production Down 13 Percent**

| FORECAST DATES - 2024-2025 SEASON | |
|---|---|
| January 10, 2025 | April 10, 2025 |
| February 11, 2025 | May 12, 2025 |
| March 11, 2025 | June 12, 2025 |
| July 11, 2025 | |

## Citrus Production by Type – States and United States

| Crop and State | Production [1] | | 2024-2025 Forecasted Production [1] | |
|---|---|---|---|---|
| | 2022-2023 | 2023-2024 | October | December |
| | (1,000 boxes) | (1,000 boxes) | (1,000 boxes) | (1,000 boxes) |
| **Non-Valencia Oranges [2]** | | | | |
| Florida | **6,150** | **6,760** | **6,000** | **5,000** |
| California [3] | 36,000 | 38,200 | 39,000 | 39,000 |
| Texas [3] | 570 | 690 | 400 | 400 |
| United States | 42,720 | 45,650 | 45,400 | 44,400 |
| **Valencia Oranges** | | | | |
| Florida | **9,670** | **11,200** | **9,000** | **7,000** |
| California [3] | 8,600 | 9,300 | 8,700 | 8,700 |
| Texas [3] | 560 | 490 | 450 | 450 |
| United States | 18,830 | 20,990 | 18,150 | 16,150 |
| **All Oranges** | | | | |
| Florida | **15,820** | **17,960** | **15,000** | **12,000** |
| California [3] | 44,600 | 47,500 | 47,700 | 47,700 |
| Texas [3] | 1,130 | 1,180 | 850 | 850 |
| United States | 61,550 | 66,640 | 63,550 | 60,550 |
| **Grapefruit** | | | | |
| Florida-All | **1,810** | **1,790** | **1,400** | **1,200** |
| Red | **1,560** | **1,550** | **1,200** | **1,050** |
| White | **250** | **240** | **200** | **150** |
| California [3 4] | 4,500 | 4,300 | 4,200 | 4,200 |
| Texas [3] | 2,250 | 2,400 | 1,900 | 1,900 |
| United States | 8,560 | 8,490 | 7,500 | 7,300 |
| **Lemons [3]** | | | | |
| Florida [5] | **(NA)** | **(NA)** | **500** | **500** |
| Arizona | 1,400 | 950 | 900 | 900 |
| California | 25,800 | 24,600 | 26,000 | 26,000 |
| United States | 27,200 | 25,550 | 27,400 | 27,400 |
| **Tangerines and Mandarins [6]** | | | | |
| Florida | **480** | **450** | **400** | **350** |
| California [3] | 23,500 | 27,400 | 25,000 | 25,000 |
| United States | 23,980 | 27,850 | 25,400 | 25,350 |

(NA) Not Available.
[1] Net pounds per box: oranges in California-80, Florida-90, Texas-85; grapefruit in California and Texas-80, Florida-85; lemons in Arizona and California-80, Florida-90; and tangerines and mandarins in California-80, Florida-95.
[2] Early non-Valencia (including Navel) and midseason non-Valencia varieties in Florida; Navel and miscellaneous varieties in California; Early and mid-season varieties in Texas.
[3] Estimates carried forward from October.
[4] Includes pummelos in California.
[5] Estimates began with the 2024-2025 crop year.
[6] Includes tangelos.

USDA is an equal opportunity provider and employer.

### All Oranges 12.0 Million Boxes

The 2024-2025 Florida all orange forecast released today by the USDA Agricultural Statistics Board is 12.0 million boxes, down 20 percent from the October forecast. If realized, this will be 33 percent less than last season's final production. The forecast consists of 5.00 million boxes of non-Valencia oranges (early, mid-season, and Navel varieties) and 7.00 million boxes of Valencia oranges. An 8-year regression was used for comparison purposes. All references to "average", "minimum", and "maximum" refer to the previous 10 seasons, excluding the 2017-2018 season, which was affected by Hurricane Irma, and the 2022-2023 season, which was affected by Hurricanes Ian and Nicole. Average fruit per tree includes both regular bloom and the first late bloom.

### Non-Valencia Oranges 5.00 Million Boxes

The forecast of non-Valencia production is 5.00 million boxes, down 1.00 million boxes from the October forecast. Final fruit size is projected to be below average at harvest. Current droppage is above the maximum and projected to be above the maximum at harvest. The Navel forecast, included in the non-Valencia forecast is 150,000 boxes, comprising 3 percent of the non-Valencia total.

### Valencia Oranges 7.00 Million Boxes

The forecast of Valencia production is 7.00 million boxes, down 2.00 million boxes from October. Current fruit size is average and is projected to be average at harvest. Current droppage is projected to be above the maximum at harvest.

### All Grapefruit 1.20 Million Boxes

The forecast of all grapefruit production is 1.20 million boxes, down 200,000 boxes from the October forecast. If realized, this will be 33 percent less than last season's final production. The red grapefruit, at 1.05 million boxes, is lowered 150,000 boxes from the October forecast. Fruit size of red grapefruit at harvest is projected to be above average, and droppage is projected to above the maximum. The white grapefruit forecast is down 50,000 boxes to 150,00 boxes. Projected fruit size of white grapefruit at harvest is above average and projected droppage is above average.

### Lemons 500,000 Boxes

The forecast of lemons is 500,000 boxes, carried over from the October forecast.

### Tangerines and Mandarins 350,000 Boxes

The forecast of tangerines and mandarins is 350,000 boxes, down 50,000 boxes from the October forecast. This forecast number includes all certified tangerine and tangelo varieties.

### Reliability

To assist users in evaluating the reliability of the December 1 Florida production forecasts, the "Root Mean Square Error," a statistical measure based on past performance, is computed. The deviation between the December 1 production forecast and the final estimate is expressed as a percentage of the final estimate. The average of squared percentage deviations for the latest 20-year period is computed. The square root of the average becomes statistically the "Root Mean Square Error." Probability statements can be made concerning expected differences in the current forecast relative to the final end-of-season estimate, assuming that factors affecting this year's forecast are not different from those influencing recent years.

The "Root Mean Square Error" for the December 1 Florida all orange production forecast is 10.6 percent. However, if you exclude the four abnormal production seasons (four hurricane seasons), the "Root Mean Square Error" is 9.1 percent. This means chances are 2 out of 3 that the current all orange production forecast will not be above or below the final estimate by more than 10.6 percent, or 9.1 percent excluding abnormal seasons. Chances are 9 out of 10 (90 percent confidence level) that the difference will not exceed 18.4 percent, or 15.9 percent excluding abnormal seasons.

Changes between the December 1 Florida all orange forecast and the final estimates during the past 20 years have averaged 6.91 million boxes (6.28 million, excluding abnormal seasons), ranging from 0.95 million boxes to 18.2 million boxes including abnormal seasons, (1.30 to 16.3 million boxes excluding abnormal seasons). The December 1 forecast for all oranges has been below the final estimate 2 times, above 18 times, (below 2 times, above 14 times, excluding abnormal seasons). The difference does not imply that the December 1 forecast this year is likely to understate or overstate final production.

### Forecast Components, by Type – Florida: December 2024

[Survey data is considered final in December for Navels, January for early-midseason (non-Valencia) oranges, February for grapefruit, and April for Valencia oranges]

| Type | Bearing trees | Fruit per tree | Droppage | Fruit per box |
|---|---|---|---|---|
| | (1,000 trees) | (number) | (percent) | (number) |
| **ORANGES** | | | | |
| Early-midseason (non-Valencia) [1]... | 9,725 | 392 | 59 | 328 |
| Navel.............................................. | 480 | 123 | 65 | 146 |
| Valencia ......................................... | 20,124 | 244 | 60 | 253 |
| **GRAPEFRUIT** | | | | |
| Red ................................................ | 1,357 | 271 | 43 | 116 |
| White............................................... | 161 | 369 | 35 | 106 |

[1] Excludes Navels.

## Maturity

Regular bloom fruit samples (311 orange and 94 grapefruit) were collected from groves on established routes in Florida's five major citrus producing areas on November 25-26, 2024, and tested by the USDA, NASS, Florida Field Office on December 2-4, 2024.

### Unadjusted Maturity Tests – Florida: 2023-2024 and 2024-2025

[Averages of regular bloom fruit from sample groves. Samples were run through an FMC 091B machine using pneumatic pressure. This machine utilizes a 0.025 short strainer with a 1-inch orifice tube for the 3-inch cup and a 1.25-inch orifice tube for the 4-inch and 5-inch cups.]

| Fruit type (number of groves) test date | Acid | | Solids (Brix) | | Ratio | | Unfinished juice per box | | Solids per box | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2023-2024 | 2024-2025 | 2023-2024 | 2024-2025 | 2023-2024 | 2024-2025 | 2023-2024 | 2024-2025 | 2023-2024 | 2024-2025 |
| | (percent) | (percent) | (percent) | (percent) | | | (pounds) | (pounds) | (pounds) | (pounds) |
| **ORANGES** | | | | | | | | | | |
| Early N-V (115-106) | | | | | | | | | | |
| Sep 1 ............................ | 1.06 | 1.17 | 9.63 | 8.95 | 9.15 | 7.75 | 45.59 | 44.16 | 4.39 | 3.95 |
| Oct 1 ............................ | 0.82 | 0.86 | 9.05 | 8.88 | 11.19 | 10.53 | 45.89 | 47.68 | 4.16 | 4.23 |
| Nov 1 ........................... | 0.67 | 0.69 | 9.09 | 9.08 | 13.67 | 13.23 | 48.82 | 50.03 | 4.44 | 4.54 |
| Dec 1 ........................... | 0.62 | 0.57 | 9.27 | 8.92 | 14.98 | 15.90 | 50.80 | 52.42 | 4.71 | 4.68 |
| Midseason N-V (54-55) | | | | | | | | | | |
| Sep 1 ............................ | 1.20 | 1.46 | 9.18 | 8.77 | 7.73 | 6.09 | 43.61 | 44.81 | 4.00 | 3.93 |
| Oct 1 ............................ | 0.98 | 1.07 | 9.26 | 8.74 | 9.56 | 8.27 | 46.74 | 49.00 | 4.33 | 4.28 |
| Nov 1 ........................... | 0.78 | 0.88 | 9.02 | 8.74 | 11.70 | 10.12 | 49.49 | 50.96 | 4.47 | 4.46 |
| Dec 1 ........................... | 0.72 | 0.72 | 9.26 | 9.11 | 13.03 | 12.97 | 51.67 | 53.26 | 4.79 | 4.85 |
| Valencia (149-150) | | | | | | | | | | |
| Sep 1 ............................ | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) | (NA) |
| Oct 1 ............................ | 1.76 | 1.79 | 9.14 | 8.64 | 5.31 | 4.89 | 45.58 | 47.15 | 4.17 | 4.08 |
| Nov 1 ........................... | 1.46 | 1.46 | 9.20 | 8.69 | 6.41 | 6.04 | 49.08 | 50.79 | 4.52 | 4.42 |
| Dec 1 ........................... | 1.22 | 1.17 | 9.53 | 8.97 | 7.92 | 7.79 | 51.41 | 54.54 | 4.90 | 4.90 |
| **GRAPEFRUIT** | | | | | | | | | | |
| Red Seedless (42-46) | | | | | | | | | | |
| Sep 1 ............................ | 1.49 | 1.56 | 10.92 | 9.53 | 7.37 | 6.14 | 40.09 | 37.53 | 4.38 | 3.58 |
| Oct 1 ............................ | 1.26 | 1.30 | 10.29 | 9.47 | 8.16 | 7.28 | 43.87 | 45.19 | 4.52 | 4.28 |
| Nov 1 ........................... | 1.23 | 1.25 | 10.03 | 9.13 | 8.21 | 7.33 | 48.85 | 47.82 | 4.91 | 4.37 |
| Dec 1 ........................... | 1.22 | 1.17 | 9.72 | 9.35 | 7.97 | 8.07 | 50.77 | 51.29 | 4.94 | 4.80 |
| White Seedless (46-48) | | | | | | | | | | |
| Sep 1 ............................ | 1.64 | 1.60 | 10.90 | 9.44 | 6.66 | 5.93 | 39.14 | 37.98 | 4.26 | 3.59 |
| Oct 1 ............................ | 1.41 | 1.36 | 10.49 | 9.43 | 7.47 | 6.97 | 42.94 | 44.44 | 4.51 | 4.18 |
| Nov 1 ........................... | 1.34 | 1.31 | 10.18 | 9.11 | 7.62 | 6.97 | 48.83 | 47.90 | 4.97 | 4.37 |
| Dec 1 ........................... | 1.35 | 1.24 | 10.13 | 8.91 | 7.56 | 7.24 | 50.20 | 50.75 | 5.08 | 4.52 |

(NA) Not available.

## Size Frequency Measurement Distributions, by Type – Florida: November

[Size frequency distributions from the November size survey are shown in the following table. The distributions are by percent of fruit falling within the size range of each 4/5-bushel container. These frequency distributions include fruit from regular bloom and exclude fruit from summer bloom.]

| Type and number of fruit per 4/5-bushel containers | 2022 | 2023 | 2024 | Type and number of fruit per 4/5-bushel containers | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|
| | (percent) | (percent) | (percent) | | (percent) | (percent) | (percent) |
| **NON-VALENCIA ORANGES** [1] | | | | **RED GRAPEFRUIT** [2] | | | |
| 64 or less | 0.1 | 0.1 | 0.2 | 32 or less | 0.2 | 1.4 | 1.7 |
| 80 | 1.1 | 1.4 | 1.1 | 36 | 2.3 | 5.3 | 7.4 |
| 100 | 7.2 | 7.8 | 9.2 | 40 | 6.1 | 9.2 | 10.1 |
| 125 | 25.0 | 23.5 | 25.9 | 48 | 9.1 | 14.5 | 17.5 |
| 163 or more | 66.6 | 67.2 | 63.6 | 56 | 13.2 | 16.4 | 19.4 |
| | | | | 63 or more | 69.1 | 53.2 | 43.9 |
| **NAVEL ORANGES** | | | | | | | |
| 64 or less | 48.7 | 42.4 | 26.5 | **WHITE GRAPEFRUIT** [2] | | | |
| 80 | 29.0 | 30.3 | 38.5 | 32 or less | 1.2 | 0.6 | 3.6 |
| 100 | 16.7 | 19.0 | 13.5 | 36 | 5.2 | 4.8 | 15.9 |
| 125 | 5.0 | 6.0 | 13.0 | 40 | 7.7 | 9.0 | 17.7 |
| 163 or more | 0.6 | 2.3 | 8.5 | 48 | 13.3 | 17.9 | 18.7 |
| | | | | 56 | 17.3 | 19.0 | 10.0 |
| **VALENCIA ORANGES** | | | | 63 or more | 55.3 | 48.7 | 34.1 |
| 64 or less | 0.0 | 0.3 | 0.3 | | | | |
| 80 | 1.5 | 2.6 | 3.4 | | | | |
| 100 | 11.1 | 13.2 | 20.9 | | | | |
| 125 | 30.7 | 31.2 | 34.4 | | | | |
| 163 or more | 56.7 | 52.7 | 41.0 | | | | |

[1] Excludes Navels.
[2] Excludes seedy.

The charts below show the distribution of fruit sizes in 2023 compared to 2024. The diameter measurements shown are the minimum values of each eighth inch range, except for the smallest values.



Fruit Size Frequency Measurements, Non-Valencia Oranges [1], by Diameter - Florida: November

[1] Excludes Navels.



Fruit Size Frequency Measurements, Red Grapefruit, by Diameter - Florida: November

**Citrus Forecast (December 2024)**
USDA. NASS. Florida Field Office

**EXHIBIT 5**



**United States Department of Agriculture**



**Economic Research Service | Situation and Outlook Report**

FTS-381 | March 27, 2025

Next release is July 24, 2025

# Fruit and Tree Nuts Outlook: March 2025

**Catharine Weber, Skyler Simnitt, Helen Wakefield, and Seth Wechsler**

## Florida Orange Forecast Down in 2024/25

**In this report:**



Weather Outlook

Price Outlook

Citrus Fruit Outlook

Noncitrus Fruit Outlook

Melons Outlook

Tree Nuts Outlook

The most recent Florida all orange crop forecast (March 2025) for 2024/25 is 522,000 tons, down 35 percent from the 2023/24 final utilized total of 808,000 tons. If realized, the 2024/25 Florida orange crop would be the smallest in 95 years. The USDA, National Agricultural Statistics Service (NASS) *Crop Production* report forecasts Florida's combined early, midseason and Navel orange production and Valencia orange production will fall 32 and 38 percent, respectively, compared to 2023/24. In October 2024, Hurricane Milton ripped across the Florida peninsula and through prime citrus producing counties. The storm caused millions of dollars in damage, dealing further blows to Florida's citrus industry already beset with challenges from the devastating botanical disease Huanglongbing (citrus greening). Despite considerable attrition of the State's citrus industry, Florida oranges continue to play a major role in the U.S. orange juice industry, accounting for 49 percent of the oranges used in domestic production in the 2023/24 season.

**Florida oranges: Hurricane Milton and citrus greening lower 2024/25 production**



F = Forecast.
Note: Florida orange marketing year starts in October and ends in September of the following year.
Source: USDA, Economic Research Service based on data from USDA, National Agricultural Statistics Service, *Crop Production* (March 2025).

**Approved by USDA's World Agricultural Outlook Board**

# Weather Outlook

## Summer and Fall Heat Fueled Drought in 2024, but Improvements are Forecast in 2025

According to U.S. Department of Commerce's National Oceanic and Atmospheric Administration's (NOAA) National Centers for Environmental Information (NCEI), 2024 was the warmest year in the contiguous United States since 1895. Though it was also the third wettest year, it was relatively dry during the summer in fruit and tree nut producing States like California and Washington. Throughout the late summer, extreme heat strained crops, and drought conditions intensified.

The weather outlook for spring 2025 is mixed. NOAA forecasts that northern California will remain drought free but that drought will persist in southern parts of the State. Though most of western Washington is currently in drought, NOAA expects conditions to ease in the spring. Water availability will be an important factor in both States, which represent more than 80 percent of fruit and tree nut value, particularly if summer temperatures reach last year's heights.

**California:** Drought was particularly severe in southern California in 2024. As of February 2025, all the land in the southeast interior was in moderate (D1), severe (D2), or extreme (D3) drought, according to U.S. Drought Monitor ratings. Conditions were less severe in the Sacramento Valley and San Joaquin Valley regions, where many fruits and tree nuts are grown.

In the Sacramento Valley, the percent of abnormally dry (D0) land rose from 0 to 100 percent from July 2024 to October 2024 (figure 1). However, low temperatures and higher than average levels of precipitation helped ease drought conditions in November. The San Joaquin Valley remained drought-free until September 2024 (figure 2). Subsequently, however, drought conditions have steadily worsened since. As of February 2025, approximately 99 percent of the San Joaquin Valley was in drought, with more than 60 percent at the D1 or D2 (moderate to severe drought) level. Currently, conditions in the Sacramento and San Joaquin valleys mirror those elsewhere in the State; it is warmer and drier in the south than in the north.

As of March 26, 2024, the California Department of Water Resources (DWR) reported that snowpack in the Sierra Nevada range was 96 percent of normal, year to date. Nonetheless, water allocations are on track to improve from 2023/24. To date, the DWR's State Water Project has allocated 40 percent of requested water supplies, a ten-percentage point increase over the 30 percent allocated in March 2024.



Figure 1

**The Sacramento Valley was abnormally dry in the late summer and early fall, but drought free through early 2025**

Figure 2

**Drought pressure in the San Joaquin Valley increased from fall 2024 through early 2025**

Note: The Sacramento Valley region reflects conditions in Butte, Colusa, Glenn, Sacramento, Sutter, Yolo, and Yuba counties. The San Joaquin Valley region reflects conditions in Fresno, Kern, Kings, Madera, Merced, San Joaquin, Stanislaus, and Tulare counties.
Source: USDA, Economic Research Service using data from the U.S. National Integrated Drought Information System and the National Oceanic and Atmospheric Administration's (NOAA) National Centers for Environmental Information (NCEI).

**Washington:** In February 2024, the Washington Department of Ecology warned residents to prepare for a dry spring. The first quarter of water year 2023/24 had been the sixth driest since 1895. High temperatures in December 2023 increased the amount of precipitation falling as rain, eroding Washington's snowpack and decreasing the amount of water available in the spring 2024.The Washington Department of Ecology declared a statewide drought in April 2024 due to low snowpack and a warm and dry forecast; a drought emergency was declared in July. Drought was worst in August 2024, when almost 90 percent of Washington was in drought, more than 50 percent of which was categorized as moderate to extreme.

The first quarter of 2024/25 was 1.4 degrees above normal and 12 percent drier than usual. Nonetheless, temperatures are expected to be lower than normal this spring, and precipitation is expected to be higher than normal. If so, Washington will be drought-free at the start of the growing season. However, reservoirs in the Yakima Basin are currently at their third lowest levels since 1971 at 38 percent of average for this time of year. If reservoir levels remain low, less irrigation water will be available this spring.

# Price Outlook

## Fruit and Tree Nut Grower Prices Higher in Early 2025

In January 2025, the index of prices received by growers for fruit and tree nuts was 139 (2011=100), about 9 percent higher than January 2024 but 8 percent lower than January 2023 (figure 3). As in prior years, prices received by growers in 2024 increased in the late spring and early summer (June through August). This trend partially stems from seasonal production of fruit and tree nuts. Grower prices for apples, strawberries, and grapefruit were higher in early 2025 than they had been in early 2024. Lower year-over-year volumes for nut crops like almonds, walnuts, and pistachios also have put upward pressure on grower prices.

Figure 3
**Index of prices received by growers for fruit and tree nuts**
2011=100



Source: USDA, Economic Research Service based on data from USDA, National Agricultural Statistics Service, *Agricultural Prices.*

## Consumer Price Index for Fresh Fruit Up in Early 2025

The Consumer Price Index (CPI) for fresh fruit was reported at 418.9 (1982–84=100) in February 2025, up 2 percent from the same time last year (figure 4). Apples and bananas are two of the most heavily weighted prices in the fresh fruit CPI, together accounting for about 34 percent of the index relative importance—more than three times the weight of citrus fruit CPI (11 percent). The CPI for apples, which reflects changes in apple retail prices, was up 3.6 percent in February 2025 compared with February 2024, but lower than the same month in 2022 and 2023. A larger apple harvest in fall 2023 put downward pressure on retail prices, which dipped to a 3-year low in April 2024. In February 2025, banana average retail prices fell below year-ago prices for a decrease of 1.3 percent. In the first 2 months of 2025, USDA, Agricultural Marketing Service (AMS) banana shipment volumes were higher compared with the same period last year, despite slightly lower volumes from major suppliers Guatemala, Costa Rica, and Ecuador through the end of February.

Figure 4

**U.S. monthly retail prices for selected fruit, 2022–25**



Source: USDA, Economic Research Service based on data from U.S. Department of Labor, Bureau of Labor Statistics.

# Citrus Fruit Outlook

## Imports Make Up Growing Share of U.S. Citrus Consumption

Fresh citrus per capita availability is expected to exceed 26 pounds in the 2024/25 season. If realized, this value will be the highest in the last 5 years, exceeding the 10-year average by 7 percent. Imports comprise a growing share of all the citrus consumed fresh in the United States. Two decades ago, the import share of domestic availability (imports divided by the domestic supply) was around 20 percent of fresh citrus. This value is expected to exceed 40 percent in the 2024/25 season. California plays an outsized role as a growing region and leads the nation in production of all major citrus commodities except for limes.

Consumption of citrus juices (particularly orange juice and grapefruit juice) has fallen considerably from a decade ago. Orange and grapefruit juice consumption declined 57 percent since 2005/06, with per capita availability on an annual basis expected to fall to 2 gallons single strength equivalent (SSE) in the 2024/25 season. Historically, most orange juice available for consumption in the United States was frozen concentrated orange juice (FCOJ), but by the 2013/14 season not-from-concentrate (NFC) varieties had surpassed FCOJ in terms of market share. As U.S. production of orange juice has declined, consumers have become more reliant on imports. The import share of orange juice availability is expected to reach nearly 90 percent in the current season (2024/25), with Brazil and Mexico continuing to supply 95 percent of U.S. orange juice imports (figure 5).

Figure 5
**Orange juice per capita availability declines while import share of orange juice increases**



F = Forecast; SSE = Single strength equivalent; FCOJ = Frozen concentrated orange juice; NFC = Not-from-concentrate.
Source: USDA, Economic Research Service based on data from USDA, National Agricultural Statistiscs Service, U.S. Census Bureau Trade Data, and Florida Department of Citrus movement data.

**Orange production forecast down in 2024/25:** Orange varieties differ in fruit flavor, size and color, juice content, the presence of seeds, and ripening window. For purposes of tracking market data, USDA, NASS distinguishes between two main categories of oranges: 1) Valencia oranges, which typically have seeds and are excellent for juice production, and 2) non-Valencia oranges, which include Navels. Non-Valencia oranges include varieties that ripen earlier in the season and are popularly consumed in the fresh market. Although the marketing seasons vary by State, the U.S. national marketing year for oranges begins in November of the previous year and lasts through October of the current year.

The combined U.S. orange forecast for the 2024/25 season is estimated at 2.42 million tons, down 12 percent from last season's total utilized production. California's non-Valencia orange crop is forecast at 1.56 million tons, up 2 percent, while its Valencia crop is expected to decline 19 percent to 300,000 tons. Florida's Valencia orange crop is forecast at 315,000 tons, down 38 percent, and its non-Valencia crop is forecast at 207,000 tons, down 32 percent from last season (2023/24). Texas orange production is expected to fall 22 percent to 39,000 tons. The net decline in U.S. orange production is mostly attributable to Florida, which has seen year-over-year declines in production most years since the 2004/05 season. However, the California Valencia orange crop is also expected to be smaller than last year's crop by 72,000 tons, further contributing to the net U.S. production decrease.

**Orange prices and trade outlook:** Grower on-tree-equivalent prices for fresh oranges averaged $23.60 per box between September 2024 and January 2025, about 4 percent higher than last season's prices. Higher prices for fresh oranges reflect tighter domestic supply, given historically low production in Florida this season. Decreases in Florida's orange production for the processing market have elevated prices for processing oranges. The average on-tree-equivalent grower price for a box of oranges for the processing market reached $11.48 per box, a 74-percent increase year over year.

Fresh orange imports declined 6 percent early in the season (November 2024–January 2025) compared to the same period a year prior, largely on lower imports from Mexico (down 19 percent). Larger imports from Chile, Dominican Republic, and Morocco partially offset this decline. Fresh orange exports were down 1 percent during the same period as compared to the prior marketing year.

**Orange juice market conditions:** Hurricane Milton is the third tropical storm to cause major losses to Florida's citrus industry within the last 8 years. Damage from Milton came on the heels of a 20-year decline of Florida's citrus industry, which has been afflicted by citrus canker and the

even more devastating botanical disease Huanglongbing (citrus greening). Historically, Florida has dominated U.S. orange juice production with Florida-grown oranges accounting for around 90 percent of domestic orange juice production as recently as the 2016/17 season. Orange juice production is forecast at 108.3 million SSE gallons, the lowest since at least 1970/71 and a 22-percent drop from last season. Beginning stocks are 166 million SSE gallons—the lowest since 1991/92—and ending stocks are forecast to reach a 53-year low. Given reduced domestic availability, orange juice prices have continued to climb this season.

From October 2024 to January 2025, U.S. orange juice volume imports are up 5 percent compared to a year prior and projected to reach around one of the highest levels in four decades (577 million SSE gallons). Brazil, Mexico, and Costa Rica supply nearly all U.S. orange juice imports. U.S. orange juice exports are up 29 percent this season to date (October 2024–January 2025), with increased quantities going to Canada, Mexico, and Costa Rica. This trend is expected to subside in the coming months, however, given a reduced Florida orange crop in 2024/25. U.S. orange juice producers rely on foreign consumers for a significant share of their sales each season, with the ratio of the volume of U.S. orange juice exports to the domestic production ranging from 9 to 28 percent between 2014/15–2023/24. Canada has been the top export destination for U.S. orange juice for decades and already accounts for 68 percent of U.S. juice exports in the first 4 months of the current (2024/25) season. Other important export markets for U.S. orange juice are Japan and Costa Rica.

**Grapefruit outlook:** The U.S. marketing year for grapefruit begins in September and lasts through August. At one time, grapefruit was the second most popular fruit among U.S. consumers (after oranges), with annual production for the fresh market in the 1975/76 season exceeding 1.3 million tons and per capita availability more than 9 pounds. In the current season, (2024/25) combined production (fresh and processing) is forecast at 299,000 tons, the lowest level since 1922. For the 2024/25 season, California is expected to produce 148,000 tons (down 14 percent from 2023/24), Florida 51,000 tons (down 33 percent), and Texas 100,000 tons (up 4 percent).

The average on-tree-equivalent grower price for a box of fresh grapefruit was $43.16 per box (October–January), up 19 percent from the same period last season. Higher prices are supported by tighter supplies and reduced domestic availability. Fresh grapefruit imports fell 13 percent in the first 5 months of the 2024/25 season, while exports declined 16 percent. Shipments to Canada and South Korea dropped 8 percent and 48 percent, respectively; exports to Japan rose 9 percent.

Current ERS estimates suggest that grapefruit juice production for the 2024/25 season is projected to reach a historic low of 10.6 million SSE gallons. Per capita availability is expected to be 0.04 gallons. Imports are projected to reach 8 million gallons; exports are trending up and forecast at nearly 5 million gallons. Based on the first 5 months of trade data for the current season, exports to Canada, South Korea, and the United Kingdom (UK) are up 17 percent, 95 percent, and 71 percent, respectively.

**Lemon outlook:** Lemon production for 2024/25 is forecast at 1.1 million tons. California accounts for 1 million tons (up 6 percent from 2023/24), Florida for 27,000 tons (first year forecasted), and Arizona for 36,000 tons (down 5 percent) (figure 6). The on-tree-equivalent price for fresh lemons averaged $30.61 (August–January), down 8 percent. Lemon juice production for the 2024/25 season is forecast at 24.5 million SSE gallons (up 14 percent).

Figure 6
**Lemons: Forecast up in 2024/25 thanks to a boost from Florida**



F = Forecast.
Source: USDA, Economic Research Service based on data from USDA, National Agricultural Statistics Service, Crop Production, March 2025 issue, and Citrus Fruit Summary, various issues.

Fresh lemon imports are up 8 percent season to date (August 2024–January 2025) but are expected to settle closer to the lower levels observed last year (423 million pounds) because of increased domestic production. Lemon juice imports are also up considerably (20 percent) compared with the same time last year. However, lemon juice import volumes are expected to trend downward in coming months. Chile led early season imports, though Argentina is expected to dominate later. Fresh lemon exports are down 3 percent season to date; exports to Canada are up 16 percent, while exports to Japan and South Korea have fallen relative to the same time a year prior. Lemon juice exports are expected to exceed last year's 4.56 million single strength equivalent gallons, on the strength of exports during the first part of the current season and increased domestic production. U.S. per capita availability of lemon juice is projected to exceed last year's 0.20 gallon.

**Tangerine outlook:** The tangerine commodity group includes various hybrids of the species citrus reticulata such as tangerines, mandarins and clementines. These fruits are typically smaller and easier to peel than oranges. Although tangerines have historically been important in East Asian markets, they have been gaining popularity in the United States for several decades. Production is forecast at 1.02 million tons in 2024/25, with California contributing 1 million tons (down 9 percent from 2023/24) and Florida 17,000 tons (down 19 percent) (figure 7). Although the combined U.S. tangerine crop is expected to be down 9 percent this year, it still exceeds the previous 5-year average. U.S. fresh market production is expected to reach 1.39 billion pounds, with per capita availability of fresh tangerines projected at 7.24 pounds.

Figure 7
**Tangerines: forecast down 9 percent in 2024/25 compared to last year**



F = Forecast.
Source: USDA, Economic Research Service based on data from USDA, National Agricultural Statistics Service, Crop Production, March 2025 issue, and Citrus Fruit Summary, various issues.

Given lower forecasted production, imports were up 53 percent during the first 3 months of the current season at a combined total of 113 million pounds. Imports have historically accounted for a large share of the domestic availability of tangerines. About 43 percent of the tangerines available for consumption in the United States in the 2023/24 season came from other countries. U.S. tangerine exports were up 47 percent during the first 3 months of the 2024/25 season (November 2024–January 2025), reaching a combined total of 47.5 million pounds. This trend is not expected to continue, however, given lower forecast domestic production. The primary destinations for U.S. grown tangerines are expected to remain Mexico, Canada, and South Korea in the 2024/25 season.

# Noncitrus Fruit Outlook

## Winter Strawberry Shipments Higher, Prices Lower

USDA, NASS reports annual strawberry production data for two major-producing States: California and Florida. California accounts for about 90 percent of national production, with shipments peaking in May or June. Florida produces strawberries in winter and spring, with shipments typically peaking in February. USDA, NASS will release its 2024 annual production estimates for strawberries in May 2025 in the *Noncitrus Fruits and Nuts 2024 Summary*. In the meantime, information on the 2024 season can be drawn from domestic shipment data from USDA, AMS:

- Domestic shipments from California increased year-over-year in 2024, particularly in the major producing regions in Central Coastal California such as Salinas, Watsonville, and Santa Maria. Volumes from Southern California's Oxnard district were also higher compared with the prior year.
- Florida shipments in 2024 were lower year-over-year. Heavy rain, wind, and hail in early March 2024 were reported to have resulted in some crop loss for strawberries.
- Overall, with elevated shipments from California, domestic strawberry production in 2024 is expected to be higher than 2023 production.

**Strawberry exports higher, imports lower in 2024:** In 2024, fresh strawberry export volumes increased 20 percent year-over-year to 351.5 million pounds—the highest on record (figure 8). Fresh strawberry exports for 2024 were valued at $570.3 million, making strawberries the third most valuable fresh fruit export behind apples and grapes and ahead of oranges and cherries. Canada is the top destination for fresh strawberries from the United States, though the share and volume of domestic supplies destined for Mexico have both increased in recent years.

Processed strawberry exports make up about 8 percent of strawberry exports by value. Most processed strawberries are exported frozen. Frozen strawberry export volumes rebounded in 2024 after record lows in 2023, increasing 42 percent year-over-year to 31.1 million pounds. Almost all frozen strawberries were destined for four countries in 2024: Mexico (46 percent), Canada (30 percent), Japan (13 percent), and South Korea (7 percent).



Figure 8
**Fresh strawberry exports reach record high volumes in 2024**

Source: USDA, Economic Research Service based on data from U.S. Department of Commerce, Bureau of the Census.

In 2024, the volume of U.S. fresh strawberry imports decreased less than 1 percent year-over-year to 585.4 million pounds. This breaks a 5-year streak of increasing import volumes but is near 2023's record high of 588.6 million pounds. Fresh strawberry imports in 2024 were valued at $1.17 billion. Mexico supplies 98 percent of fresh strawberry import volume to the United States on average (2022–2024), with more than half of volume entering the U.S. during the first 3 months of the year when domestic supplies are lower. Mexico's strawberry production is expected to increase in 2025, driven by domestic and export demand, according to USDA, Foreign Agricultural Service's *Mexico: Berry Annual*. Much of Mexico's strawberry production is concentrated in Baja California and in central Mexico, including the States of Michoacán and Guanajuato.

Processed strawberry imports were valued at $373.4 million in 2024. Frozen strawberries make up the bulk of processed strawberry imports, with the rest prepared or preserved items such as jams, pastes, and purees. Frozen strawberry import volumes decreased slightly in 2024, down 1.8 percent from the year prior to 348.6 million pounds and down 18 percent from peak volumes in 2021. Until the late 2000s, frozen strawberry imports typically exceeded fresh strawberry volumes. This shift occurred as domestic demand for fresh berries increased in the 2000s.[1]

**2024 strawberry pack higher year-over-year:** The Processing Strawberry Advisory Board of California reported the 2024 pack estimate for U.S. frozen strawberries at 343.3 million pounds (product-weight equivalent), up slightly year-over-year and about two-thirds of peak pack volumes in 2007. There were 170.6 million pounds of strawberries in cold storage as of the end of December 2024, slightly higher than the previous year. In 2024, on average half of

---

[1] For more information on changes in U.S. berry production, consumption, and markets, see *The Changing Landscape of U.S. Strawberry and Blueberry Markets: Production, Trade, and Challenges from 2000 to 2020* by D. A. Yeh, J. Kramer, L. Calvin, and C. Weber (2023).

strawberries in cold storage were individually quick frozen as whole berries, with the remaining in barrels, pails, or frozen for juice.

**U.S. strawberry acreage expected to increase in 2025:** The California Strawberry Commission (CSC) conducts annual acreage surveys with estimates typically released in the fall or winter and updated the following summer. CSC data indicate that strawberry acreage in California is expected to increase in 2025, continuing an upward trend. In recent years, almost three-quarters of California strawberry acreage is planted in the fall for winter, spring, and summer production. The remaining acreage is planted in summer for fall production. In 2025, increases in summer-planted acreage are expected to more than offset decreases in fall-planted acreage.

Strawberry acreage in Florida is also expected to be higher in 2025, with CSC estimating an increase of 13 percent. This would mark the fifth consecutive year of increasing strawberry acreage and a 60-percent increase in acreage since 2019/20 in the Sunshine State. Almost 90 percent of this acreage is in Hillsborough County and Manatee County in the Tampa Bay area of Central Florida. Winter strawberries were still being planted when Hurricane Milton made landfall in Siesta Key in Central Florida in October 2024. Some growers were reported to have delayed planting in anticipation of the hurricane.

**Winter strawberry domestic shipments higher, prices lower in early 2025:** In January, Winter Storm Enzo dropped more than 8 inches of snow in the Florida Panhandle. Wintery weather led to reports of crop damage and slow growth for Florida strawberries in the first 2 months of 2025. Despite weather challenges, early season domestic strawberry shipments from Florida were up 2 percent year-over-year in the first two and a half months of 2025. In early 2024, Florida experienced crop loss in the Panhandle because of freeze events and rain and in Central Florida because of windy and rainy conditions. Including shipments from Central and Southern California, all domestic strawberry shipment volumes in the first two and a half months of 2025 were up 5 percent over the same period last year. USDA, NASS reported strawberries grew well during a warm and wet February in California.

Strawberry prices tend to have strong seasonal trends, with lower prices typical in the summer and higher prices typical in the winter. Monthly grower prices for fresh market strawberries were higher year-over-year for the last 8 months of 2024 (May to December). Grower prices were $225 per hundredweight (cwt) in January 2025, lower than a year before. Free-on-board (FOB) shipping point prices for conventional strawberries averaged between $13.86 and $15.71 per flat (eight 1-pound containers with lids) through mid-March 2025 and were lower year-over-year.

Similarly, U.S. monthly average retail prices for strawberries averaged $2.91 per 12-ounce package in February 2025, down 5 percent from $3.05 per 12-ounce package in February 2024.

## Apple Grower Prices Recovering From 4-year Low

Fresh apple grower prices reported by USDA, NASS began to slowly increase in the first 6 months of 2024/25 after falling to a 4-year low in April of the preceding season in both nominal and real terms. The January 2025 fresh apple grower price was 75 cents per pound—up 20 percent from the same month last year but 19 percent lower than 2023. In 2023/24 (August–July), total U.S. apple production increased 14 percent year-over-year after falling below 11 billion pounds for three consecutive seasons because of a combination of factors that included weather. While the 2024/25 production forecast is slightly lower than 2023/24, by volume, the apple harvest is still projected to be above average. U.S. total apple holdings (fresh and processing market) on February 1, 2024, were down 5 percent from last year but 26 percent above the same month 2 years ago, U.S. Apple Association reported.

In mid-March 2025, FOB prices for popular varieties such as Gala, Granny Smith, and Red Delicious were higher than the same week last year but remained below average prices during the same period in 2023 (figure 9). In the second half of 2023/24, Honeycrisp prices fell below Gala apples as higher than average storage volumes put downward pressure on prices. Honeycrisp apples were a patented cultivar until 2008 and have historically received a price premium compared with other common apple varieties. However, FOB prices for Honeycrisp have recovered in 2024/25, reflecting a year-over-year decrease in production volume.

Figure 9
**Washington apples: FOB prices for selected varieties, August 2022–mid-March 2025**



FOB = Free-on-board.
Note: Domestic conventional apples, in 40-pound carton tray packs, item sizes 64-88, extra fancy.
Source: USDA, Economic Research Service using data from USDA, Agricultural Marketing Service, *Market News*, shipping-point prices.

**Gala and Red Delicious remained top apple varieties in 2024/25:** Gala and Red Delicious varieties are expected to account for almost one-third of U.S. apple production this season, according to the U.S. Apple Association (figure 10). After a record large Honeycrisp crop in 2023/24, Honeycrisp production is expected to fall back to fourth place behind Granny Smith. The Cosmic Crisp varietal (grown only in Washington) is forecast to set another production record in 2024/25 as bearing acreage continues to increase. Cosmic Crisp currently ranks seventh behind production of Fuji and Golden Delicious varieties.

Figure 10
**Top apple varieties, production by the bushel in 2024/25F**



F = Forecast.
Note. 1 bushel is equivalent to 42 pounds. Top 10 varieties represent approximately 91 percent of U.S. production in 2024/25F.
Source. USDA, Economic Research Service using data from U.S. Apple Association's *US Apple Industry Outlook 2024 Report.*

In the first half of 2024/25 (August–January), U.S. fresh apple exports fell 1 percent in value and 4 percent in volume compared with the same period last season. Decreases in fresh apple exports to top destinations Mexico, Canada, Taiwan, and India more than offset a 14-percent year-over-year increase to Vietnam. Through January 2025, organic apples represented about one-fifth of fresh export volume (181.5 million pounds) with 60 percent of organic apple volume going to Mexico. In the United States, about one in four fresh-market apples produced are destined for export. Fresh apple imports represent a relatively small share of the domestic market, accounting for 2 percent of domestic availability in 2023/24.

## Fresh Blueberry Trade Hits Record Highs in 2024

USDA, NASS reports annual production of both cultivated and wild blueberries in the United States. Wild blueberries are grown in Maine, with production concentrated in Washington County in the eastern coastal region of the State. Most blueberries grown in the U.S. are cultivated blueberries, and production is reported for eight States, led by Washington (representing about 23 percent of production), Oregon (22 percent), and Georgia (14 percent).

About half of blueberry production each year is processed, with the remainder sold in the fresh market. USDA, NASS will release its 2024 annual production estimates for blueberries in May 2025 in the *Noncitrus Fruits and Nuts 2024 Summary*. In the meantime, USDA, AMS shipment data for 2024 fresh blueberries indicate production in Washington, Oregon, and Georgia was higher year-over-year.

The North American Blueberry Council (NABC) estimated that the 2024 U.S. blueberry crop reached 735.5 million pounds, up 23 percent from the previous year's production estimate. Of this, 394.7 million pounds (54 percent) are destined for the fresh market, with the remaining 340.8 million pounds intended for processing. With both market segments expected to have expanded year-over-year in 2024, NABC estimates that production of blueberries for processing increased by 44 percent.

**Fresh blueberry exports and imports hit record highs in 2024:** In 2024, fresh blueberry export volumes increased 36 percent year-over-year to 104 million pounds—the highest on record and exceeding 100 million pounds for the first time. Typically, almost three-quarters of this volume is cultivated blueberries, with wild varieties making up the remaining share. Fresh blueberry exports were valued at $163 million in 2024. Canada is the top destination for U.S. fresh blueberries exports, accounting for about 94 percent of volume in recent years (2022–2024).

Processed blueberry exports (excluding juice) make up about half of blueberry exports by volume. Of these processed exports, more than 90 percent are frozen blueberries, with the remaining either canned or dried. In 2024, frozen blueberry export volume decreased 6 percent year-over-year to 75.2 million pounds. About 80 percent of these exports are cultivated blueberries, up from one-third in the early 2000s when most frozen blueberry exports were wild. Two-thirds of this volume is destined for Canada, followed by South Korea (19 percent) and Japan (5 percent).

In 2024, the volume of fresh blueberries imported by the United States increased 22 percent year-over-year to 684 million pounds—surpassing 2022's record high. Almost all (about 98 percent) of this volume is cultivated blueberry varieties, and about 15 percent is organic. On average, about 66 percent of fresh blueberries available in the U.S. are imported each year. Fresh blueberry imports were valued at $2.18 billion in 2024—making blueberries the United States' fourth most valuable imported fresh fruit behind avocados, bananas, and grapes. Just three countries supply nearly 90 percent of imported blueberries to the United States by volume—Peru, Mexico, and Chile. Peru's blueberry production and shipments to the U.S.

rebounded in 2024 after warmer weather severely limited flowering and led to reduced fruit in 2023 (figure 11).

Figure 11
**Fresh blueberry imports reach record high volumes in 2024**



Note: Fresh blueberry imports include both cultivated and wild blueberries.
Source: USDA, Economic Research Service based on data from U.S. Department of Commerce, Bureau of the Census.

**Blueberry shipment volumes higher, prices slightly lower in early 2025:** Domestic blueberries typically are available from April to September with peak shipments in July, so almost all early 2025 shipment volumes to date were imported. In the first two and a half months of 2025, blueberry shipments were higher than the same period a year ago with more supplies from the top three importers: Peru, Chile, and Mexico. Conventional blueberry FOB shipping point prices averaged between $19.60 and $22.20 per flat (12 1-pint cups with lids) by mid-March 2025, similar to last year. U.S. advertised national retail prices for conventional blueberries averaged $3.00 per 6-ounce package in the first two and a half months of 2025, down slightly from $3.08 per 6-ounce package in the same period in 2024.

## California Avocado Production Forecast Up in 2025

The California Avocado Commission (CAC) estimates that California will produce 375 million pounds of avocados in marketing year 2024/25 (November–October), up 3 percent (11.4 million pounds) from 2023/24 and 44 percent above the previous 3-year average. If realized, the 2024/25 California avocado crop would be the third largest in the last decade behind 2015/16 and 2019/20. In 2024/25, Hass avocados are expected to account for 95 percent (355 million pounds) of California's crop volume, with Lamb, Gem, and other avocado varieties accounting for the remainder. California produces approximately 90 percent of the avocados grown in the U.S. each year. U.S. net production (domestic production minus exports) represents about 10 percent of U.S. fresh avocado availability.

**2024 sets import value record high:** In calendar year 2024, the United States imported a record $3.8 billion of fresh avocados, the highest in nominal and inflation-adjusted terms. Fresh avocados from Mexico accounted for 91 percent of import value. U.S. avocado imports are identified as either Hass-like or non-Hass like. Hass-like conventional ($3.5 billion) and Hass-like organic avocados ($240.5 million) represented 99 percent of total fresh avocado import value. Approximately 1 percent of fresh avocado import value was non-Hass-like avocados ($49 million), primarily from the Dominican Republic. In terms of import volume, U.S. fresh avocado imports totaled 2.7 billion pounds, down 4 percent from a record high 2.8 billion pounds in 2023. Most fresh avocado imports continued to enter the United States through the Laredo customs district in South Texas (86 percent by volume), with all avocados originating from Mexico. In contrast, the majority of avocado imports in the Philadelphia, Pennsylvania, customs district (6 percent of U.S. fresh avocado imports by volume) came primarily from Peru and Colombia. Imports at the Miami, Florida, customs district (5 percent) came mainly from the Dominican Republic and Colombia.

**Avocado shipments and prices:** Despite a larger domestic crop in California, lower year-over-year shipment volumes from Mexico and Peru led to tighter midyear domestic supplies in 2024 and put upward pressure on prices, according to AMS *Market News* data. Shipments from Mexico began to increase seasonally during the fall and winter months, with weekly volume peaking during the end of January (week ending February 1, 2025) at 75 million pounds, about two weeks before the Super Bowl (figure 12).

Figure 12
**Weekly shipment volumes for avocados, January 2024–mid-March 2025**



Note: Volumes include all fresh avocado varieties. Other destinations include imports and domestic shipments from Florida.
Source: USDA, Economic Research Service using data from USDA, Agricultural Marketing Service, *Market News,* movement data.

The Mexican Hass Avocado Importer Association (MHAIA) reported lower volumes of larger size fruit through week 32 of the Mexican crop season (July 2024–February 2024) compared with the same period a year ago. MHAIA reported that larger fruit sizes represented 41 percent of season-to-date shipments, which is lower than last season (2023/24, 45 percent) and almost half of volume a decade ago (2015/16, 71 percent). Since mid-August 2024, average FOB shipping point prices[2] for larger size Hass avocados from Mexico have remained elevated, while smaller size fruit has fluctuated between $1 and $2 dollars per pound (figure 13). On a per-pound basis, Hass avocados for small size fruit are less expensive than larger fruit and are primarily destined for retail as opposed to foodservice.

Figure 13
**FOB prices for Hass avocados from Mexico, January 2024–mid-March 2025**



FOB = Free-on-board shipping point.
Note: Average weekly FOB prices by fruit size for conventional Hass avocados in two-layer cartons. The item size (ex. 32s) represents the approximate fruit count in a 25-pound case holding two layers of fruit.
Source: USDA, Economic Research Service using data from USDA, Agricultural Marketing Service, *Market News,* shipping-point prices.

**Outlook for mid-2025:** Avocado shipment volumes from California were off to an early start with shipments beginning in mid-January. By March 9, 2025, the California Avocado Commission reported season-to-date avocado shipments from California were 8 percent of the forecasted crop—up from the previous 4-year historical average of 5 percent. If California shipments follow a similar pattern to 2022's early start, this season's shipments would wind down earlier than normal during late summer. Mexican avocado shipments are expected to continue as harvest in the States of Michoacán and Jalisco move to orchards at higher elevations. If avocado imports from Mexico follow previous seasonal patterns, shipments to the United States will gradually decline toward the middle of 2025.

---

[2] USDA, AMS *Market News* FOB shipping point prices of imported produce represent the sale price at the crossing point or port of import, with any duties, crossing charges, or import fees paid prior to the reported sale.

# Melons Outlook

The United States produced 5.02 billion pounds of melons (watermelon, cantaloupe, and honeydew melons) in 2024. Domestic availability of melons was 7.42 billion pounds in 2024, down less than 1 percent from the previous year (table 1). Per capita availability fell by slightly less than half a pound year-over-year to 21.8 pounds per person. Watermelon continued to account for just over two-thirds of melon per capita availability at 14.9 pounds per person, up from about half in the early 2000s. Melon availability has trended downward since peaking at 29 pounds per person in 1999.

**Table 1—U.S. melons: Supply and availability, by type and all, 2020–24**

| Year | Supply | | | | Availability | | Trade share of: | |
|---|---|---|---|---|---|---|---|---|
| | Utilized production | Imports[1] | Total supply | Exports[2] | Domestic availability | Per capita availability | Availability imported | Supply exported |
| | --Million pounds-- | | | | | --Pounds-- | --Percent-- | |
| Cantaloupe | | | | | | | | |
| 2020 | 1,238 | 753 | 1,991 | 105 | 1,886 | 5.7 | 39.9 | 5.3 |
| 2021 | 1,157 | 762 | 1,920 | 103 | 1,817 | 5.5 | 42.0 | 5.4 |
| 2022 | 1,277 | 786 | 2,064 | 91 | 1,973 | 5.9 | 39.9 | 4.4 |
| 2023 | 1,047 | 832 | 1,879 | 132 | 1,747 | 5.2 | 47.7 | 7.0 |
| 2024 | 1,063 | 811 | 1,874 | 135 | 1,738 | 5.1 | 46.6 | 7.2 |
| Honeydew | | | | | | | | |
| 2020 | 245 | 231 | 475 | 46 | 430 | 1.3 | 53.6 | 9.6 |
| 2021 | 195 | 357 | 552 | 66 | 486 | 1.5 | 73.5 | 12.0 |
| 2022 | 184 | 408 | 592 | 66 | 526 | 1.6 | 77.6 | 11.1 |
| 2023 | 235 | 459 | 694 | 69 | 625 | 1.9 | 73.5 | 10.0 |
| 2024 | 261 | 418 | 679 | 82 | 596 | 1.8 | 70.0 | 12.1 |
| Watermelon | | | | | | | | |
| 2020 | 3,522 | 1,658 | 5,179 | 360 | 4,820 | 14.5 | 34.4 | 6.9 |
| 2021 | 3,503 | 1,788 | 5,290 | 376 | 4,914 | 14.8 | 36.4 | 7.1 |
| 2022 | 3,547 | 1,766 | 5,314 | 329 | 4,985 | 14.9 | 35.4 | 6.2 |
| 2023 | 3,648 | 1,810 | 5,457 | 378 | 5,079 | 15.1 | 35.6 | 6.9 |
| 2024 | 3,691 | 1,782 | 5,473 | 400 | 5,073 | 14.9 | 35.1 | 7.3 |
| All melons | | | | | | | | |
| 2020 | 5,004 | 2,784 | 7,789 | 539 | 7,250 | 21.8 | 38.4 | 6.9 |
| 2021 | 4,855 | 2,918 | 7,773 | 548 | 7,226 | 21.7 | 40.4 | 7.0 |
| 2022 | 5,008 | 2,971 | 7,979 | 487 | 7,492 | 22.4 | 39.7 | 6.1 |
| 2023 | 4,929 | 3,119 | 8,048 | 581 | 7,467 | 22.2 | 41.8 | 7.2 |
| 2024 | 5,015 | 3,025 | 8,040 | 620 | 7,420 | 21.8 | 40.8 | 7.7 |

[1] Prior to July 2023, honeydew melon imports were included in "other melon" Harmonized System (HS) trade codes. USDA, Agricultural Marketing Service import shipment data was used to estimate the portion of honeydew melons from 2020 to July 2023. In July 2023, honeydew import trade codes were added.
[2] Honeydew melon exports are included in "other melon" HS trade codes. Shipment data from USDA, Agricultural Marketing Service was used to estimate the portion of honeydew melons from 2020 to 2024.
Source: USDA, Economic Research Service using data from USDA, National Agricultural Statistics Service; USDA, Agricultural Marketing Service; and U.S. Department of Commerce, Bureau of the Census.

## Watermelon

USDA, NASS reports annual production data for 10 States: Florida, Georgia, California, Texas, Indiana, North Carlina, Arizona, South Carolina, Maryland, and Delaware. Data for Maryland and Delaware are new for 2024 after having been discontinued in 2019. Florida is the top producing State and accounts for about 28 percent of domestic watermelon production in recent years. Georgia and California collectively make up an additional 35 percent of U.S. production. Domestically grown watermelons are available from April to October, with shipments typically peaking in July (figure 14).

Figure 14

**Watermelon shipments spike in summer during peak domestic harvest**



Source: USDA, Economic Research Service based on data from USDA, Agricultural Marketing Service, *Market News*, movement data.

In 2024, watermelon utilized production was 3.69 billion pounds, up 1 percent year-over-year with the addition of production data from Maryland and Delaware. Comparing production for only the eight States that were surveyed in 2023 and 2024, utilized production fell 4 percent. Watermelon production in two of the major producing States, Florida and California, fell 14 percent for each State year-over-year. Flooding and strong winds in late spring 2024 disrupted Florida's early watermelon harvest, resulting in a slow start to the season. In California, yields fell 17 percent below the 5-year average with heat waves affecting the State before and during harvest.

The 2024 watermelon crop was valued at $686 million, down 12 percent from a year before. Grower prices decreased from $21.30 per hundredweight (cwt) in 2023 to $18.60 per cwt in 2024. Prices decreased for growers in all surveyed States except Texas and Indiana.

**Fresh watermelon exports higher, imports lower in 2024:** In 2024, the volume of fresh watermelons exported by the U.S. rose 6 percent to 400 million pounds, the second highest

volume on record. More than half of watermelon exports leave the U.S. in June and July as domestic production peaks, with almost all destined for Canada. About 10 percent of domestic production is typically exported. Fresh watermelon exports were valued at $115.9 million in 2024, unchanged from a year ago.

The volume of fresh watermelons imported in 2024 fell 2 percent to 1.78 billion pounds, down from 2023's record high volume of 1.81 billion pounds. Fresh watermelon imports peak in May and spike again in October as the domestic season winds down. Mexico has accounted for 82 percent of watermelon imports to the U.S. by volume in recent years. Watermelon is grown throughout Mexico, with major producing areas in the north (Sonora and Chihuahua) and in the central region of the country (Veracruz and Jalisco). Fresh watermelon imports were valued at $440 million in 2024, also unchanged from a year ago.

**Watermelon shipment volumes higher, prices lower in early 2025:** In the first two and a half months of 2025, watermelon shipments (all imported) were 10 percent higher than the same period last year according to AMS shipment data. About 56 percent of this shipment volume to date is from Mexico. Conventional red flesh seedless watermelon FOB shipping point prices typically averaged between $227.86 and $256.10 per 24-inch bin (approximately 35 count) through mid-March, lower than a year before. U.S. advertised retail prices for conventional red flesh seedless watermelons averaged $6.09 each from January through mid-March 2025, down from $7.39 during the same period in 2024. Retail prices for conventional red flesh seedless miniature watermelons were also lower year-over-year, averaging $3.88 each through mid-March 2025.

## Cantaloupe

USDA, NASS surveys annual cantaloupe production for four States: California, Arizona, Georgia, and Texas. In 2024, production estimates were discontinued for Florida and added for Texas. California accounted for 59 percent of production, followed by Arizona (34 percent). Domestic cantaloupes are available from April to November, with shipments typically peaking in July.

In 2024, cantaloupe utilized production was 1.06 billion pounds, a 2-percent increase year-over-year. In California, production declined 7 percent in 2024. Planted acreage in California decreased to 24,200 acres, about half of what it was 20 years ago. The 2024 cantaloupe crop was valued at $302 million, down 5 percent from a year before. Grower prices decreased from $30.30 per hundredweight (cwt) in 2023 to $28.40 per cwt in 2024.

**Fresh cantaloupe exports higher, imports lower in 2024:** Fresh cantaloupe export volume rose 2 percent to 135.2 million pounds in 2024, the highest since 2018. Higher volumes to top destination Canada (up 13 percent) more than offset lower volumes to Mexico (down 9 percent). Fresh cantaloupe exports were valued at $40 million in 2024, down slightly year-over-year from $40.4 million in 2023.

Fresh cantaloupe import volume fell 3 percent to 810.6 million pounds in 2024. Cantaloupe import volume peaked in 2000 at 1.12 billion pounds. About 65 percent of fresh cantaloupe imports by volume came from Guatemala in recent years (2022–2024), up from 36 percent in 2002–2004. Guatemala is the sixth-largest global producer of cantaloupes (including melons other than watermelons) and sends 95 percent of its fresh melons for export (excluding watermelons) to the United States. Honduras is the second-largest exporter to the United States, accounting for about 20 percent of volume. Tropical Storm Sara caused flooding in Central America in November 2024, reducing yields and delaying shipments for cantaloupes. Fresh cantaloupe imports were valued at $245.1 million in 2024, down 7 percent from $263.8 million in 2023.

**Cantaloupe shipment volumes lower, prices higher in early 2025:** In the first two and a half months of 2025, cantaloupe shipment volumes were down 16 percent compared with the same period last year. All shipments to date were of imported cantaloupe, and about 63 percent originated from Guatemala. Conventional cantaloupe FOB shipping point prices typically averaged between $19.52 and $21.04 per carton (half cartons containing sizes 9s and 12s) through mid-March, higher than a year prior. U.S. advertised retail prices for conventional cantaloupes averaged $3.21 each from January through mid-March 2025, up from $3.04 each during the same period in 2024.

## Honeydew

USDA, NASS reports annual honeydew production estimates for California. Domestic honeydew melons are available from May to November, with shipments typically peaking in late summer (August or September). In 2024, honeydew utilized production was 261 million pounds, up 11 percent year-over-year and up 42 percent from 2022's historic low production (figure 15). Honeydew acreage in California increased 7 percent to 9,000 acres in 2024—the highest since 2019. The 2024 honeydew melon crop was valued at $82.5 million, up 13 percent from a year before. Unlike watermelon and cantaloupe, grower prices for honeydew increased from $31.20

per hundredweight (cwt) in 2023 to $31.60 per cwt in 2024—up 1 percent year-over-year but down 20 percent from 2022's high.

Figure 15
**Honeydew utilized production in 2024 was the highest in 6 years**



Million pounds

Source: USDA, Economic Research Service based on data from USDA, National Agricultural Statistics Service.

**Fresh honeydew exports higher, imports lower in 2024:** About 32 percent of domestic honeydew has been exported in recent years. With increased domestic production, fresh honeydew export volume rose 19 percent to 82.3 million pounds in 2024. Of these exports, 73 percent were destined for Canada, followed by South Korea (10 percent) and Taiwan (7 percent). Fresh honeydew import volume fell 9 percent to 417.6 million pounds in 2024. Like cantaloupe, honeydew yields and shipments from Central America were affected by flooding from Tropical Storm Sara in November 2024. Almost all (99 percent) of fresh honeydew imports came from three countries in 2024: Guatemala (47 percent), Mexico (37 percent), and Honduras (16 percent). Fresh honeydew imports were valued at $134.7 million in 2024.

**Honeydew shipment volumes lower, prices higher in early 2025:** In the first two and a half months of 2025, honeydew shipment volumes were down 8 percent from the same period last year. All shipments to date were imported, and about 52 percent originated from Guatemala. Conventional honeydew FOB shipping point prices typically averaged between $13.78 and $16.00 per carton (two-thirds cartons containing sizes 5s and 6s) through mid-March, higher than a year prior. U.S. advertised retail prices for conventional honeydew melons averaged $4.09 each from January through mid-March 2025, up from $4.00 each during the same period in 2024.

# Tree Nuts Outlook

Spring weather influences flower bloom conditions and pollination efficacy for tree nuts. Almond pollination typically begins in early to mid-February and ends in mid-March. Pollination events for walnuts and pistachios typically follow the almond bloom and begin in late March and end in mid-April. Hazelnut pollination begins in January and lasts through February; flowers begin to form on hazelnut trees in June and July but do not mature until November or December.

In 2025, almond trees broke dormancy during first week of February. However, variation in weather conditions drove differences in the timing of bloom and the level of bee activity between orchards in the northern Central Valley (the Sacramento Valley) and the southern Central Valley (the San Joaquin Valley). Almond orchards in the Sacramento Valley bloomed first this year and about a week earlier than usual. In early February, cool temperatures slowed bloom progression and reduced bee activity. Bee activity in the San Joaquin Valley was further suppressed by dry conditions, which reduced the number of flowers on cover crops. In late February, warm weather and good conditions accelerated bloom across the Central Valley. By early March, bloom had peaked in most almond orchards and petal fall had begun. Hailstorms concentrated in the Northern San Joaquin Valley are reported to have damaged some trees in local orchards.

Though hazelnuts, walnuts, and pistachios are wind pollinated, almonds tend to be pollinated using honeybees. However, the share of acreage planted with self-fertilizing almond varieties, like Independence and Shasta, has risen rapidly over the last decade. Industry estimates suggest that approximately 15 percent of almond production is currently attributable to self-fertilizing varieties (the vast majority of which are Independence). Following a winter when commercial honey bee colony losses were reported to be especially high, pollination servers may have been harder to contract than usual. Growers of self-pollinating almond varieties were largely insulated from decreases in production and increases in operating costs.

As discussed in previous spring *Fruit and Tree Nuts Outlook* reports, walnuts have one of the highest chill requirements of the tree nuts grown in California. While some types of almonds require only 250 to 350 hours between 32 degrees to 45 degrees Fahrenheit to blossom productively, some walnut cultivars, such as Chandlers, require between 700 and 1,000 chill hours each winter. In 2022/23, the average number of hours between 32 and 45 degrees exceeded 1,100 in both the Sacramento and San Joaquin Valleys, where almost 90 percent of domestic walnut acreage is located. The cold weather helped support yields that were almost 10 percent higher than the 5-year average. Last year, in 2023/24, average chill hours were below 800 in the Central Valley and yields dropped appreciably. In 2024/25, chill hours in the

California Central Valley averaged more than 900 hours from November through February, a substantial increase from last year. However, some southern counties in the San Joaquin Valley—such as Kern county—did not see significant increases in total chill hours.

## Pistachio 2024/25 Forecast: Production 3rd Largest on Record

Total production for the 2024/25 (September–August) U.S. pistachio crop is forecast at 1.1 billion pounds (in-shell), based on data from the Administrative Committee for Pistachios (ACP). If realized, the 2024/25 crop will be the third largest on record behind 2023/24 and 2021/22 and will mark the 9th straight year the United States has led the world in pistachio production. The current crop is 26 percent smaller than last season, reflecting an off-year in alternate bearing production. Yield was similar to other off-years in the past decade despite lower chill hours and higher than normal summer temperatures.

California pistachio bearing acres reached a record high in 2024, totaling approximately 488,000—a 25,000-acre increase from the previous year. Acreage has increased nearly fivefold in the last two decades, surpassing walnut acreage in 2021 to rank second in California tree nut bearing acres (figure 16). In 2024, almond bearing acreage totaled 1.38 million, accounting for 62 percent of total California tree nut acres, followed by pistachios (22 percent) and walnuts (16 percent). Pistachio bearing acreage is expected to increase in the coming years. In 2024, the ACP estimated there were approximately 124,000 non-bearing pistachio acres (immature plantings in their first through fifth year) and 7,500 newly planted pistachio acres in California.



Figure 16
**California pistachio bearing acreage surpassed walnuts in 2021**

F = Forecast.
Source: USDA, Economic Research Service using data from USDA, National Agricultural Statistics Service and the Adminstrative Committee for Pistachios.

**Recap on 2023/24 pistachio marketing year:** The 2023/24 season set record highs in production, domestic consumption, and exports. Domestically, USDA, ERS estimates 2023/24

per capita availability for pistachios at 0.74 pounds per person (shelled basis), more than three times higher than a decade ago. In 2023/24, pistachio per capita availability was estimated to be higher than both walnuts and pecans for the first time since estimates were published. U.S. pistachio export volume (shelled basis) totaled 487 million pounds in 2023/24, a 49-percent increase from 2022/23. Pistachio exports accounted for 57 percent of total U.S. supply, which is the highest share in 5 years. Despite increased domestic consumption and exports in 2023/24, the NASS average grower price fell to $2 per pound—the lowest inflation-adjusted price in 15 years. The larger crop offset lower prices, increasing the value of production to a record high $2.98 billion.

**2024/25 exports started strong:** For 2024/25, a larger carry-in than last season was unable to offset the decline in production, resulting in inventories falling about 20 percent year-over-year. Similar to 2023/24, U.S. pistachio exports in 2024/25 rose seasonally following the September harvest (figure 17). In the first quarter of the 2024/25 season (September–November), U.S. export volume of in-shell pistachios totaled 257 million pounds, 8 percent higher than the same time last year. However, export volumes in December 2024 and January 2025 were both lower than the same months a year ago, reflecting smaller U.S. inventories.

Figure 17
**U.S. in-shell pistachio export volume peaks following fall harvest**

Million pounds



Note: Pistachio marketing year begins in September and ends in August of the following year. Export volume for in-shell pistachios only.
Source: USDA, Economic Research Service using data from U.S. Department of Commerce, Bureau of the Census.

In the first 5 months of the 2024/25 (September–January) marketing year, in-shell pistachio export volume fell by double-digits year-over-year to top pistachio destinations China, European Union, Turkey, and India, but increased 220 percent to Vietnam. China accounted for the largest share (35 percent) of U.S. pistachio export volume (119 million pounds) with more than half of volume (73 million pounds) shipping in November. The United States exported more in-shell pistachios to Vietnam during September–January 2024/25 (48 million pounds) than any

previous 12-month marketing year. However, the USDA, Foreign Agricultural Service indicates most U.S. tree nuts imported by Vietnam are further processed and re-exported to other countries.

In-shell pistachio export volumes represent about 80 percent of U.S. export volume when converted on an equal basis (either in-shell or shelled equivalent), making in-shell pistachio exports an important indicator of international demand for U.S. pistachios and a key variable in the determination of domestic prices. Last season, the export unit value for in-shell pistachios in the first months of the season was an early indicator of lower prices received for California pistachio growers. Comparing the USDA, NASS pistachio season average grower price to export unit value (in-shell), preliminary trade data indicate that 2024/25 grower prices are trending higher than 2023/24 and are similar to 2022/23 (figure 18).

Figure 18
**U.S. pistachio season average grower prices and export unit value (in-shell)**



F = Forecast.
Note: Pistachio marketing year begins in September and ends in August of the following year.
[1] Export unit value is calculated by dividing total export value by total export volume for in-shell pistachio trade code 0802510000. 2024/25 export unit value calculated from data from September 2024 through January 2025.
Source: USDA, Economic Research Service using data from U.S. Department of Commerce, Bureau of the Census and USDA, National Agricultural Statistics Service.

**Outlook for 2025 crop:** California pistachio bloom typically occurs in early to mid-April. Unlike almonds, pistachio pollen is spread by wind. Male and female trees are planted in a pistachio orchard, where male trees pollinate the nut-producing female trees. The California pistachio harvest usually takes place in September. Industry sources are currenty expecting the 2025 pistachio crop will be an "on-year" in the alternate bearing cycle, which is supportive of elevated yields and production. With an increase in bearing acreage from 2023 to 2025, this year's pistachio harvest is on track to meet or exceed the record-high 2023 harvest.

## 2024 Pecan Production Down in Five Surveyed States

USDA, NASS reported that the 2024 U.S. pecan production forecast was 270.9 million pounds (utilized in-shell basis) in its October 2024 *Crop Production* report. NASS did not release an updated December 2024 pecan forecast, or a *Pecan Production* report in January 2025. A revised estimate of 2024 pecan production will be published in the *Noncitrus Fruits and Nuts 2024 Summary* in May 2025.

**Georgia pecans and Hurricane Helene:** Based off the October 2024 forecast, the top pecan producing State—Georgia—is expected to have an 8 percent year-over-year decline due in part to the effects of Hurricane Helene. Hurricane Helene made landfall in Florida on September 26, 2024, as a Category 4 hurricane and swept through Georgia as a Category 1 hurricane. The USDA, NASS October 2024 pecan forecast survey occurred from September 28 to October 7, and the *Crop Production* report noted the full impact of the storm might not be reflected until future reports. Typically, the pecan harvest in Georgia begins at the end of September. University of Georgia Extension and industry reports indicated strong winds knocked pecans off trees leaving them unlikely to be harvested. Reports also indicated older pecan orchards (i.e., taller mature trees) suffered higher amounts of tree loss than younger orchards. The combined impacts of these factors on the Georgia and U.S. pecan production estimates will be clearer in USDA, NASS' May 2025 *Noncitrus Fruits and Nuts 2024 Summary.*

**Pecan production down in New Mexico and three other States:** The October 2024 USDA, NASS forecast for 2024 New Mexico pecan production is down 15 percent year-over-year, but at 91 million pounds would be its third-largest crop on record behind 2023 and 2017. According to NASS crop progress data, pecan harvest in New Mexico began at the end of October 2024 and was 93 percent complete by the first week of March. Nut set for the 2024 crop was above the 5-year average, indicating average nut sizing may be smaller than last year's crop. State-level pecan production in 2024 is also forecast down in the remaining NASS surveyed-States (Arizona, Texas, and Oklahoma), which collectively account for 30 percent of the current U.S. production forecast.

Based on USDA, NASS cold storage data, 2023/24 ending stocks (September 30, 2024) had increased for shelled (up 18 percent) and in-shell pecans (up 27 percent) compared with 2022/23. After reaching a record high per capita availability in 2022/23 (0.67 pounds, shelled basis), per capita availably fell back to 0.5 pounds, which is closer to the previous 5-year average USDA, ERS estimates. The dip in 2023/24 per capita availability is associated with a 63-percent year-over-year increase in pecan export volume (shelled basis). For 2024/25, larger

beginning stocks partially offset the smaller crop, putting the starting total shelled basis inventory at 205 million pounds, which is 2 percent lower than last season (figure 19).

Figure 19
**U.S. pecan production and beginning stocks (shelled basis), 2015/16–2024/25F**



Million pounds

F = Forecast.
Note: U.S. pecan marketing year begins in October and ends in September of the following year. 2024/25 production is based off the USDA, NASS October 2024 pecan production forecast.
Source: USDA, Economic Research Service using data from USDA, National Agricultural Statistics Service.

**Early 2025 outlook:** In the first 4 months of the 2024/25 marketing year (October–January), in-shell pecan export volume totaled 14.4 million pounds, a 70-percent decline from the same period last year. Shelled pecan exports totaled 12.4 million pounds (down 6 percent year-over-year), with the European Union and Canada accounting for 26 and 24 percent of volume, respectively. The value of shelled pecan exports was unchanged as unit values rose 6 percent during this period. Pecan imports (almost all from Mexico) were also down during this period for shelled (12 percent) and in-shell (18 percent). According to the American Pecan Council's January 2025 *Pecan Industry Position Report*, season-to-date pecans received by handlers totaled 209 million pounds, down 26 percent from the same month last year. Total pecans in inventory were also down (4 percent), with shelled shipments remaining similar to last year and in-shell exports down.

# Suggested Citation

Weber, C., Simnitt, S., Wakefield, H., & Wechsler, S. (2025). *Fruit and tree nuts outlook: March 2025* (Report No. FTS-381) U.S. Department of Agriculture, Economic Research Service.

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.

Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at How to File a Program Discrimination Complaint and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov.

USDA is an equal opportunity provider, employer, and lender.